

**PRIMERICA** J
LIFE INSURANCE COMPANY
A member of citigroup

Executive Offices:
3120 Breckinridge Boulevard
Duluth, Georgia 30099-0001

```
For Client Services:
Call:  1-800-257-4725
Mon.-Fri.  9 am - 6 pm
1-800-338-6866 Spanish
Hearing Impaired Call:
1-800-824-1715
```

NOVEMBER 20, 2006
EMMA J SMITH
610 TAYLOR CT
DUNCANVILLE TX 75137-2541

Re:  Insured:     ERNEST R SMITH JR
     Policy No.:  0431595869

Dear Policyowner:

Here is the copy of your Primerica Life Insurance policy.

You're one of 2 million policyholders who believe Primerica Life Insurance Company is the best choice. We value you as a client and are proud to offer you low-cost, high-value term life insurance protection.

If you have questions or wish to make any changes, please call our Client Services department at the number shown above.

Sincerely,

Jeffrey S. Fendler
President

DUPLICATE

Primerica Life Insurance Company
Boston, Massachusetts
Underwriter for Primerica Financial Services





EXHIBIT

A

# PRIMERICA LIFE INSURANCE COMPANY

HOME OFFICE: BOSTON, MASSACHUSETTS
EXECUTIVE OFFICE: 3120 BRECKINRIDGE BOULEVARD, DULUTH, GEORGIA   30099-0001

* * * * * * * NOTICE TO POLICYOWNER * * * * * * *

YOUR ORIGINAL POLICY CONTAINED YOUR APPLICATION.  YOU MAY RECEIVE

A COPY OF THIS DOCUMENT UPON REQUEST.   IF YOU HAVE ANY QUESTIONS,

CONTACT YOUR PFS REPRESENTATIVE OR CALL OUR TOLL FREE LINE AT

1-800-257-4725.

DUPLICATE

## SUMMARY OF MISSISSIPPI LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION ACT AND NOTICE CONCERNING COVERAGE LIMITATIONS AND EXCLUSIONS

Residents of this state who purchase life insurance, health insurance or annuities should know that the insurance companies licensed in this state to write these types of insurance are members of the Mississippi Life and Health Insurance Guaranty Association (the "Guaranty Association"). The purpose of the Guaranty Association is to assure that policy and contract owners will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of policy owners who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by the member insurers through the Guaranty Association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting insurance companies that are well-managed and financially stable.

---

### DISCLAIMER

The Mississippi Life and Health Insurance Guaranty Association (the "Guaranty Association") may not provide coverage for this policy. If coverage is provided, it will be subject to substantial limitations and exclusions, and require continued residency in this state. You should not rely on coverage by the Guaranty Association when selecting an insurer.

Coverage is NOT provided for your policy or contract or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as non-guaranteed amounts held in a separate account under a variable life or variable annuity contract.

Insurance companies or their agents are required by law to provide you with this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guaranty Association for the purpose of sales, solicitation or inducement to purchase any form of insurance. You may contact either the Guaranty Association or the Mississippi Insurance Department at the following addresses if you should have any questions regarding this notice.

Mississippi Life and Health Insurance Guaranty Association
300 North Mart Plaza, Suite 2
Jackson, Mississippi 39206

Mississippi Insurance Department
1804 Walter Sillers Building
P.O. Box 79
Jackson, Mississippi 39205

---

The state law that provides for this safety-net coverage is called the Mississippi Life and Health Insurance Guaranty Association Act (the "Act"). Below is a brief summary of the Act's coverages, exclusions and limits. This summary does not cover all provisions of the Act; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Guaranty Association.

### COVERAGE

Generally, individuals will be protected by the Guaranty Association if they live in this state and hold a life or health insurance contract or policy, or an annuity contract or policy, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of policy or contract owners are protected as well, even if they live in another state.

### EXCLUSIONS FROM COVERAGE

However, persons holding such policies are NOT protected by the Guaranty Association if:

- They are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);

DUPLICATE



**PRIMERICA**
**LIFE INSURANCE COMPANY**
A member of citigroup

Executive Offices:
3120 Breckinridge Boulevard
Duluth, Georgia 30099-0001

For Policyowner Service
Call 1-800-257-4725

We will pay the Face Amount, in a lump sum, to the Beneficiary upon receiving due proof that the Insured died before the Expiry Date and while this Policy was in force. This agreement is subject to the provisions on the following pages, which constitute the Policy.

**RIGHT TO RETURN POLICY:** You may return this Policy to Us for any reason within 20 days after You receive it. If returned, it will be considered void from the beginning. Any premium paid will be refunded.

This Policy is effective at 12:01 A.M. on the Date of Issue.

Signed on the Date of Issue at Our Executive Offices.

Secretary

President

### MODIFIED PREMIUM TERM LIFE INSURANCE

### FACE AMOUNT DECREASES AFTER 25 YEARS
### (NO DECREASES AFTER AGE 65)

### EXCHANGEABLE AFTER FIVE YEARS TO ANNUAL INCREASING PREMIUM
### OR DECREASING TERM INSURANCE TO AGE 100

### PREMIUMS ARE SUBJECT TO CHANGE

### NONPARTICIPATING

**Primerica Life Insurance Company**
(A Stock Company)
Home Office:  Boston, Massachusetts

## DUPLICATE

D-25

2.97

POLICY SPECIFICATIONS

```
POLICY NUMBER:          0431595869    INSURED:  ERNEST R SMITH JR

ISSUE AGE:              33            DATE OF ISSUE: DUPLICATE

INITIAL FACE AMOUNT:    $100,000      POLICY DATE:   APRIL 25, 2001

PREMIUM CLASS:          STANDARD/     EXPIRY DATE:   APRIL 25, 2048
                        NON-TOBACCO USE
```

| FORM NUMBER | PLAN NAME | INITIAL FACE AMOUNT | SCHEDULED ANNUAL PREMIUMS* YEAR 1 | YEARS 2-20 |
|---|---|---|---|---|
| D-25 | MODIFIED PREMIUM TERM LIFE INS | $100,000 | $477.00 | $201.00 |
| C-25S | SPOUSE TERM INSURANCE RIDER | 100,000 | 188.00 | SEE RIDER |
| CH-25 | CHILDRENS TERM INS. RIDER TO AGE 25 | 10,000 | 65.00 | SEE RIDER |
| B-20IB | INSURED TERM INSURANCE RIDER | 200,000 | 306.00 | SEE RIDER |
| B-20SB | SPOUSE TERM INSURANCE RIDER | 200,000 | 376.00 | SEE RIDER |
| C4-I15 | INSURED TERM INSURANCE RIDER | 150,000 | 174.00 | SEE RIDER |
| C4-I20TX | INSURED TERM INSURANCE RIDER | 350,000 | 511.00 | SEE RIDER |
| C4-S20TX | SPOUSE TERM INSURANCE RIDER | 250,000 | 480.00 | SEE RIDER |
| DWP | WAIVER OF PREMIUM | | SEE RIDER | SEE RIDER |

*The Scheduled Annual Premiums shown above are guaranteed for the years for which premium amounts are shown. Premium guarantees shown above beyond the first 5 years are provided by the Extension of Scheduled Premium Guarantee Rider. The premiums for the premium payment option You chose are shown on Page 3A and explained in Part 4, Premium Provisions.

TOTAL PREMIUM PAYMENT OPTIONS (includes all riders):

|  | ANNUAL | SEMI-ANNUAL | QUARTERLY | MONTHLY |
|---|---|---|---|---|
| PRESENT YEAR | $2,505.50 | $1,302.86 | $663.99 | $238.06 |

# DUPLICATE

POLICY SPECIFICATIONS (CONT'D)

TABLE A
MONTHLY PREMIUMS FOR BASIC POLICY CONTINUATION TO EXPIRY DATE

| POLICY YEARS | ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | FACE AMOUNT |
|---|---|---|---|---|
| 01 | 33 | $45.32 | $45.32 | $100,000.00 |
| 02 | 34 | $19.10 | $19.10 | $100,000.00 |
| 03 | 35 | $19.10 | $19.10 | $100,000.00 |
| 04 | 36 | $19.10 | $19.10 | $100,000.00 |
| 05 | 37 | $19.10 | $19.10 | $100,000.00 |
| 06 | 38 | $19.10 | $19.10 | $100,000.00 |
| 07 | 39 | $19.10 | $19.10 | $100,000.00 |
| 08 | 40 | $19.10 | $19.10 | $100,000.00 |
| 09 | 41 | $19.10 | $19.10 | $100,000.00 |
| 10 | 42 | $19.10 | $19.10 | $100,000.00 |
| 11 | 43 | $19.10 | $19.10 | $100,000.00 |
| 12 | 44 | $19.10 | $19.10 | $100,000.00 |
| 13 | 45 | $19.10 | $19.10 | $100,000.00 |
| 14 | 46 | $19.10 | $19.10 | $100,000.00 |
| 15 | 47 | $19.10 | $19.10 | $100,000.00 |
| 16 | 48 | $19.10 | $19.10 | $100,000.00 |
| 17 | 49 | $19.10 | $19.10 | $100,000.00 |
| 18 | 50 | $19.10 | $19.10 | $100,000.00 |
| 19 | 51 | $19.10 | $19.10 | $100,000.00 |
| 20 | 52 | $19.10 | $19.10 | $100,000.00 |
| 21 | 53 | $19.10 | $78.47 | $100,000.00 |
| 22 | 54 | $19.10 | $78.47 | $100,000.00 |
| 23 | 55 | $19.10 | $78.47 | $100,000.00 |
| 24 | 56 | $19.10 | $78.47 | $100,000.00 |
| 25 | 57 | $19.10 | $78.47 | $100,000.00 |
| 26 | 58 | $19.10 | $78.47 | $94,000.00 |
| 27 | 59 | $19.10 | $78.47 | $89,000.00 |
| 28 | 60 | $19.10 | $78.47 | $84,000.00 |
| 29 | 61 | $19.10 | $78.47 | $78,000.00 |
| 30 | 62 | $19.10 | $78.47 | $72,000.00 |
| 31 | 63 | $19.10 | $78.47 | $66,000.00 |
| 32 | 64 | $19.10 | $78.47 | $60,000.00 |
| 33 | 65 | $107.07 | $188.58 | $60,000.00 |
| 34 | 66 | $117.71 | $209.19 | $60,000.00 |
| 35 | 67 | $129.30 | $230.85 | $60,000.00 |

*Scheduled premiums may change, but they will not increase beyond the
maximum premiums.  See Part 4, Premium Provisions.



DUPLICATE
Policy Page 3A

2.97

# PART 1
## DEFINITIONS

These are some key words used in this Policy.

1.  *YOU or YOUR* - The Owner of the Policy. Unless You tell Us otherwise, the Owner is the Insured.

2.  *WE, OUR or US* - Primerica Life Insurance Company.

3.  *INSURED* - The person whose life the Policy insures.

4.  *NOTICE TO US* - Information We have received which is written, signed by You, and acceptable to Us.

5.  *BENEFICIARY* - The person(s) to whom the Policy proceeds are payable at the death of the Insured. This is the person(s) named in the application as the Beneficiary, unless later changed (see Part 3).

6.  *FACE AMOUNT* - The amount for each Policy year which is shown in Table A on Page 3A.

7.  *DATE OF ISSUE* - The date (shown on Page 3) on which We issue the Policy to You. This date controls the Incontestability and Suicide Exclusion Provisions in Part 2.

8.  *POLICY DATE* - The date (shown on Page 3) from which premium due dates, policy anniversaries, policy years and policy months are measured.

9.  *ISSUE AGE* - The Insured's age on the birthday nearest the Policy Date.

10. *ATTAINED AGE* - The Issue Age plus the number of policy years since the Policy Date.

11. *EXPIRY DATE* - The date shown on the Policy Specifications. This Policy is not in force on or after this date.

## PART 2
## GENERAL PROVISIONS

*OWNER OF POLICY* - This Policy belongs to You. During the Insured's life, You have all of the rights described in this Policy. If You die, Your rights will pass to the contingent owner, if any. If there is no contingent owner, Your rights will pass to the Insured.

*THE CONTRACT* - This Policy is issued in consideration of the application and payment of the first premium. A copy of the application, including any supplemental applications, is attached and is a part of the Policy. Together, they are the entire contract. All statements in the application, except fraudulent ones, are deemed to be representations and not warranties. No statement will void this Policy or be used in defense of a claim unless: (1) it is contained in the written application; and (2) a copy of that application is attached to this Policy.

*DUPLICATE POLICY* - You may request a duplicate copy of Your Policy, which will not contain a copy of the application(s), unless requested by You. A duplicate Policy request should be sent to Us at our Executive Offices. We will charge a fee for each duplicate Policy request.

*WAIVER OR MODIFICATION* - Any change to this Policy must be in writing and signed by Our President or Secretary. No agent or any other person can change this Policy or waive any of its provisions on Our behalf.

*INCONTESTABILITY* - We will not contest this Policy after it has been in force for two years during the Insured's life. The two years begin on the Date of Issue. This provision does not apply to any rider for disability benefits or additional insurance specifically for accidental death.

If insurance coverage (excluding group coverage) is to be replaced, as shown in the application, and has terminated: (a) prior to the Insured's death; and (b) between 60 days before and 60 days after the Date of Issue of this Policy, We will not contest the amount of the replaced coverage that would not have been contestable had it not been replaced. If it is not possible to terminate any coverage to be replaced because of its provisions within 60 days after the Date of Issue of this Policy, such 60-day period will be extended to the earliest possible date for the coverage to be terminated under its provisions.

*MISSTATEMENT OF AGE* - If the age of the Insured has been misstated in the application, We will be liable only for the amount of insurance the premiums paid would have purchased for the correct age.

*SUICIDE EXCLUSION* - If the Insured dies by suicide, while sane or insane, within two years of the Date of Issue, We are only liable for the premiums paid.

If insurance coverage (excluding group coverage) is to be replaced, as shown in the application, and has terminated: (a) prior to the Insured's death by suicide; and (b) between 60 days before and 60 days after the Date of Issue of this Policy, We will not contest the amount of the replaced coverage that would not have been contestable had it not been replaced. If it is not possible to terminate any coverage to be replaced because of its provisions within 60 days after the Date of Issue of this Policy, such 60-day period will be extended to the earliest possible date for the coverage to be terminated under its provisions.

*REINSTATEMENT* - If this Policy terminates due to unpaid premiums, it may be reinstated within three years after the date the first unpaid premium was due, if prior to the Expiry Date. To be reinstated We must have each of the following: (1) evidence of insurability satisfactory to Us for all persons to be covered; and (2) payment of all unpaid premiums; and (3) payment of interest on all unpaid premiums to the date of reinstatement. Interest will be at 6% per year compounded annually. The reinstated date is the date We approve the reinstatement application. The reinstated Policy shall be incontestable to the same extent as indicated in the above Incontestability Provision, from the date of reinstatement. This means that the two year contestable period will begin anew with the reinstatement.

## PART 5
## EXCHANGE PROVISIONS

*EXCHANGE AT ATTAINED AGE* - You may exchange this Policy at any time after it has been in force for five years to the annual increasing premium term insurance to age 100 plan described below; or the decreasing term insurance to age 100 plan described below; or any other plan of insurance then available for exchange for this Policy, as periodically determined by Us. We will not require evidence of insurability. The new plan will take effect on the exchange date and this Policy will terminate. However, the new plan's Incontestability and Suicide Exclusion Provisions will be controlled by the Date of Issue of this Policy. We will issue either revised policy specifications pages or a new policy.

The following conditions are necessary for exchange: (1) We receive Notice to Us requesting an exchange; (2) the face amount of the new plan is not less than the minimum required by Us nor greater than the Face Amount in effect under this Policy on the exchange date; (3) the required premium is paid within 31 days after the exchange date; (4) the Insured is alive; and (5) this Policy is in force on the exchange date.

*ANNUAL INCREASING PREMIUM TERM INSURANCE TO AGE 100 PLAN* - For this plan, the face amount remains level while premiums increase each year with Attained Age. Annual premiums per $1,000 face amount for this plan are shown below in Table B. We reserve the right to change the scheduled premiums shown in Table B. We will not change the premiums to more than the maximum premiums shown in Table B.

## TABLE B
## ANNUAL EXCHANGE PREMIUMS PER $1,000 FACE AMOUNT

| AGE | PREFERRED AND NON-TOBACCO USE SCHEDULED | MAXIMUM | TOBACCO USE SCHEDULED | MAXIMUM | AGE | PREFERRED AND NON-TOBACCO USE SCHEDULED | MAXIMUM | TOBACCO USE SCHEDULED | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|
| 23 | $ 1.36 | $ 1.68 | $ 2.12 | $ 2.54 | 63 | $ 14.05 | $ 25.63 | $ 27.31 | $ 48.66 |
| 24 | 1.36 | 1.68 | 2.21 | 2.65 | 64 | 15.62 | 28.50 | 30.00 | 53.44 |
| 25 | 1.36 | 1.68 | 2.30 | 2.76 | 65 | 17.36 | 31.67 | 33.02 | 58.81 |
| 26 | 1.36 | 1.70 | 2.36 | 2.91 | 66 | 19.23 | 35.28 | 36.01 | 64.13 |
| 27 | 1.36 | 1.72 | 2.42 | 3.06 | 67 | 21.26 | 39.08 | 39.15 | 69.71 |
| 28 | 1.36 | 1.75 | 2.48 | 3.22 | 68 | 23.44 | 44.01 | 42.38 | 77.15 |
| 29 | 1.36 | 1.77 | 2.55 | 3.40 | 69 | 25.81 | 50.93 | 45.82 | 85.70 |
| 30 | 1.36 | 1.79 | 2.62 | 3.58 | 70 | 30.70 | 58.18 | 49.74 | 94.80 |
| 31 | 1.37 | 1.81 | 2.69 | 3.77 | 71 | 33.36 | 65.38 | 54.19 | 103.28 |
| 32 | 1.41 | 1.85 | 2.75 | 3.96 | 72 | 36.02 | 72.81 | 59.71 | 113.80 |
| 33 | 1.45 | 1.93 | 2.83 | 4.18 | 73 | 39.16 | 81.86 | 66.44 | 126.63 |
| 34 | 1.49 | 2.01 | 2.90 | 4.39 | 74 | 42.73 | 92.51 | 74.29 | 141.59 |
| 35 | 1.53 | 2.09 | 2.97 | 4.62 | 75 | 46.63 | 104.56 | 83.02 | 158.22 |
| 36 | 1.58 | 2.18 | 3.04 | 4.87 | 76 | 50.76 | 117.79 | 92.42 | 176.14 |
| 37 | 1.64 | 2.29 | 3.12 | 5.13 | 77 | 55.05 | 132.00 | 102.29 | 194.94 |
| 38 | 1.64 | 2.35 | 3.20 | 5.40 | 78 | 59.49 | 147.19 | 112.57 | 214.52 |
| 39 | 1.72 | 2.54 | 3.34 | 5.78 | 79 | 64.19 | 163.78 | 123.58 | 235.49 |
| 40 | 1.81 | 2.75 | 3.48 | 6.19 | 80 | 70.31 | 173.13 | 135.78 | 247.12 |
| 41 | 1.97 | 3.00 | 3.87 | 6.88 | 81 | 77.20 | 183.29 | 149.57 | 259.67 |
| 42 | 2.13 | 3.26 | 4.24 | 7.53 | 82 | 85.03 | 194.42 | 165.32 | 273.34 |
| 43 | 2.30 | 3.57 | 4.66 | 8.28 | 83 | 93.88 | 206.54 | 183.19 | 288.11 |
| 44 | 2.47 | 3.88 | 5.10 | 9.06 | 84 | 103.51 | 219.23 | 204.17 | 304.61 |
| 45 | 2.68 | 4.25 | 5.61 | 9.95 | 85 | 113.88 | 232.37 | 225.14 | 320.25 |
| 46 | 2.90 | 4.65 | 6.12 | 10.84 | 86 | 124.76 | 245.67 | 248.96 | 337.19 |
| 47 | 3.14 | 5.09 | 6.67 | 11.81 | 87 | 136.21 | 259.17 | 271.90 | 352.73 |
| 48 | 3.40 | 5.56 | 7.25 | 12.83 | 88 | 148.09 | 272.70 | 297.84 | 369.55 |
| 49 | 3.69 | 6.10 | 7.90 | 13.98 | 89 | 160.57 | 286.46 | 322.49 | 384.85 |
| 50 | 4.00 | 6.68 | 8.59 | 15.19 | 90 | 170.52 | 297.36 | 324.88 | 387.87 |
| 51 | 4.36 | 7.36 | 9.39 | 16.59 | 91 | 176.85 | 308.08 | 325.79 | 389.14 |
| 52 | 4.78 | 8.16 | 10.28 | 18.15 | 92 | 183.45 | 319.18 | 326.37 | 390.05 |
| 53 | 5.25 | 9.05 | 11.29 | 19.94 | 93 | 192.39 | 331.42 | 330.12 | 394.75 |
| 54 | 5.79 | 10.10 | 12.43 | 21.95 | 94 | 204.28 | 348.31 | 337.77 | 404.12 |
| 55 | 6.39 | 11.26 | 13.64 | 24.09 | 95 | 222.41 | 375.12 | 353.56 | 423.30 |
| 56 | 7.06 | 12.57 | 14.95 | 26.64 | 96 | 254.93 | 421.58 | 389.15 | 466.24 |
| 57 | 7.77 | 13.97 | 16.31 | 29.05 | 97 | 304.48 | 507.32 | 445.52 | 534.19 |
| 58 | 8.54 | 15.50 | 17.76 | 31.62 | 98 | 375.92 | 669.43 | 526.28 | 669.43 |
| 59 | 9.41 | 17.10 | 19.26 | 34.29 | 99 | 481.33 | 956.94 | 673.86 | 956.94 |
| 60 | 10.37 | 18.85 | 20.92 | 37.25 | | | | | |
| 61 | 11.44 | 20.83 | 22.79 | 40.58 | NOTE: | ADD ANNUAL POLICY FEE OF $60. | | | |
| 62 | 12.66 | 23.07 | 24.90 | 44.33 | | AGE IS ATTAINED AGE. | | | |

D-25

2.97

*OPTION B. MONTHLY INSTALLMENTS FOR A GUARANTEED MINIMUM PERIOD AND, THEREAFTER, FOR LIFE* - The proceeds will be paid in equal monthly installments for a guaranteed minimum period of 10, 15 or 20 years and, thereafter, as long as the Beneficiary lives. The amount of each monthly installment will be determined from Table 2 below based on the period selected and the age at the nearest birthday of the Beneficiary on the date the first installment is payable. If a monthly payment for a specific age shown in Table 2 is the same for more than one period, payment will be made for the longest period.

*OPTION C. PROCEEDS HELD AND AVAILABLE FOR WITHDRAWAL* - The proceeds will be held by Us subject to withdrawal in whole or in part at any time. Interest on any unpaid balance will be accumulated or paid annually, semiannually, quarterly or monthly, as selected.

*OPTION D. INSTALLMENTS OF A SELECTED AMOUNT* - The proceeds will be paid in equal installments for the amount selected until the proceeds and interest are fully paid.

The first installment under Option A, B and D is payable on the date the option becomes effective. The interest rate for Option A, B, C and D is 3-1/2% annually. We may from time to time credit or pay excess interest under any option. Any proceeds being held by Us under any option will be commingled with Our general funds.

When the Beneficiary under any of the options dies, unless otherwise provided, We will pay in one lump sum to such Beneficiary's estate:

(1)  any unpaid sum left under Options C or D plus any unpaid interest under that option; or

(2)  the present value of any remaining payments under Option A; or

(3)  the present value of any remaining payments for the fixed period under Option B.

### EQUAL MONTHLY INSTALLMENTS UNDER OPTION A AND B FOR EACH $1,000 PAYABLE

| TABLE 1+ | | TABLE 2 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fixed Period in Years | Monthly Amount | Age++ | Guaranteed Minimum Period in Years | | | Age++ | Guaranteed Minimum Period in Years | | | Age++ | Guaranteed Minimum Period in Years | | |
| | | | 10 | 15 | 20 | | 10 | 15 | 20 | | 10 | 15 | 20 |
| 1 | $84.65 | *6 | $3.11 | $3.11 | $3.11 | 31 | $3.49 | $3.49 | $3.48 | 56 | $4.66 | $4.59 | $4.50 |
| 2 | 43.05 | 7 | 3.12 | 3.12 | 3.12 | 32 | 3.52 | 3.51 | 3.50 | 57 | 4.74 | 4.67 | 4.56 |
| 3 | 29.19 | 8 | 3.13 | 3.13 | 3.13 | 33 | 3.54 | 3.54 | 3.53 | 58 | 4.83 | 4.75 | 4.62 |
| 4 | 22.27 | 9 | 3.14 | 3.14 | 3.14 | 34 | 3.57 | 3.56 | 3.55 | 59 | 4.92 | 4.83 | 4.69 |
| 5 | 18.12 | 10 | 3.15 | 3.15 | 3.15 | 35 | 3.60 | 3.59 | 3.58 | 60 | 5.02 | 4.91 | 4.75 |
| 6 | 15.35 | 11 | 3.16 | 3.16 | 3.16 | 36 | 3.63 | 3.62 | 3.61 | 61 | 5.12 | 5.00 | 4.82 |
| 7 | 13.38 | 12 | 3.17 | 3.17 | 3.17 | 37 | 3.66 | 3.65 | 3.64 | 62 | 5.23 | 5.09 | 4.89 |
| 8 | 11.90 | 13 | 3.18 | 3.18 | 3.18 | 38 | 3.69 | 3.68 | 3.67 | 63 | 5.35 | 5.19 | 4.96 |
| 9 | 10.75 | 14 | 3.20 | 3.19 | 3.19 | 39 | 3.73 | 3.72 | 3.70 | 64 | 5.47 | 5.29 | 5.03 |
| 10 | 9.83 | 15 | 3.21 | 3.21 | 3.20 | 40 | 3.76 | 3.75 | 3.74 | 65 | 5.60 | 5.39 | 5.09 |
| 11 | 9.09 | 16 | 3.22 | 3.22 | 3.22 | 41 | 3.80 | 3.79 | 3.77 | 66 | 5.73 | 5.49 | 5.16 |
| 12 | 8.46 | 17 | 3.23 | 3.23 | 3.23 | 42 | 3.84 | 3.83 | 3.81 | 67 | 5.87 | 5.60 | 5.29 |
| 13 | 7.94 | 18 | 3.25 | 3.25 | 3.24 | 43 | 3.88 | 3.87 | 3.85 | 68 | 6.02 | 5.70 | 5.29 |
| 14 | 7.49 | 19 | 3.26 | 3.26 | 3.26 | 44 | 3.93 | 3.91 | 3.89 | 69 | 6.18 | 5.81 | 5.35 |
| 15 | 7.10 | 20 | 3.28 | 3.27 | 3.27 | 45 | 3.97 | 3.95 | 3.93 | 70 | 6.34 | 5.92 | 5.40 |
| 16 | 6.76 | 21 | 3.29 | 3.29 | 3.29 | 46 | 4.02 | 4.00 | 3.97 | 71 | 6.51 | 6.03 | 5.45 |
| 17 | 6.47 | 22 | 3.31 | 3.31 | 3.30 | 47 | 4.07 | 4.05 | 4.01 | 72 | 6.69 | 6.13 | 5.50 |
| 18 | 6.20 | 23 | 3.33 | 3.32 | 3.32 | 48 | 4.13 | 4.10 | 4.06 | 73 | 6.87 | 6.23 | 5.54 |
| 19 | 5.97 | 24 | 3.34 | 3.34 | 3.34 | 49 | 4.18 | 4.15 | 4.11 | 74 | 7.05 | 6.33 | 5.58 |
| 20 | 5.75 | 25 | 3.36 | 3.36 | 3.35 | 50 | 4.24 | 4.21 | 4.16 | 75 | 7.24 | 6.43 | 5.61 |
| 21 | 5.56 | 26 | 3.38 | 3.38 | 3.37 | 51 | 4.30 | 4.26 | 4.21 | 76 | 7.44 | 6.52 | 5.64 |
| 22 | 5.39 | 27 | 3.40 | 3.40 | 3.39 | 52 | 4.36 | 4.32 | 4.26 | 77 | 7.63 | 6.60 | 5.66 |
| 23 | 5.24 | 28 | 3.42 | 3.42 | 3.41 | 53 | 4.43 | 4.39 | 4.32 | 78 | 7.82 | 6.68 | 5.68 |
| 24 | 5.09 | 29 | 3.44 | 3.44 | 3.43 | 54 | 4.50 | 4.45 | 4.38 | 79 | 8.02 | 6.75 | 5.70 |
| 25 | 4.96 | 30 | 3.47 | 3.46 | 3.46 | 55 | 4.58 | 4.52 | 4.43 | **80 | 8.20 | 6.81 | 5.71 |

+  Multiply the monthly installment found in Table 1 by 2.991 to obtain the quarterly installment; by 5.957 to obtain the semiannual installment; and by 11.813 to obtain the annual installment.

++  The age is the age in years at the nearest birthday of the Beneficiary on the date the first installment is payable.

*  And under

**  And over

# PRIMERICA LIFE INSURANCE COMPANY

Home Office: Boston, Massachusetts
Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia 30099-0001

## EXTENSION OF SCHEDULED PREMIUM GUARANTEE RIDER

We have issued this Rider as a part of the Policy to which it is attached. This Rider is subject to the provisions of the Policy. In case of conflict between the provisions of this Rider and the Policy, the provisions of this Rider will control.

This Rider is effective on the Policy's Date of Issue.

### BENEFIT

The Scheduled Annual Premiums on the Policy and any Riders issued with it are guaranteed for the additional years as shown on the Policy and any applicable Rider Specification pages.

### GENERAL PROVISIONS

**Consideration** - This Rider is issued in consideration of: (1) the application, a copy of which is attached to the Policy; and (2) the payment of the first premium, if any.

**Termination** - This Rider shall terminate if the Policy terminates or is exchanged for a new policy. If this Rider's premium guarantees apply to any rider(s) issued with the Policy, the guarantee applicable to each rider terminates when that rider terminates or is exchanged for a new policy or rider.

Signed at Duluth, Georgia, on the Policy Date of Issue.

*Secretary*

*President*

# PRIMERICA LIFE INSURANCE COMPANY

Home Office: Boston, Massachusetts
Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia 30099-0001

## SPOUSE TERM INSURANCE RIDER

### INITIAL PREMIUM PERIOD 20 YEARS OR TO AGE 70, IF EARLIER

### PREMIUMS ARE SUBJECT TO CHANGE

We have issued this Rider as a part of the Policy to which it is attached. Any payment under this Rider is subject to the provisions of this Rider and the Policy. In case of conflict between this Rider and the Policy, the provisions of this Rider will control.

This Rider is effective at 12:01 A.M. on the Rider Date of Issue.

### BENEFIT

We will pay the Rider Face Amount, in a lump sum, to the Beneficiary of this Rider upon receiving due proof that the Insured Spouse died before the Rider Expiry Date and while this Rider was in force.

### DEFINITIONS

*BENEFICIARY* - The person(s) to whom the rider proceeds are payable upon the death of the Insured Spouse. Unless otherwise stated in the application or later changed (See Change of Beneficiary Provision, below), the Beneficiary of this Rider will be the Insured, if living; otherwise the estate of the Insured Spouse. If the Beneficiary is a partnership, We will pay the rider proceeds to the partnership as it is constituted at the time of the Insured Spouse's death.

*INSURED* - The person whose life the Policy insures and who is named in the Policy Specifications.

*INSURED SPOUSE* - The person whose life this Rider insures. This person is the spouse of the Insured and is named in the Rider Specifications.

*RIDER ATTAINED AGE* - The Insured Spouse's Rider Issue Age plus the number of rider years since the Rider Date.

*RIDER DATE* - The date (shown on Rider Page 3) from which rider anniversaries, rider years and rider months are measured.

*RIDER DATE OF ISSUE* - The date (shown on Rider Page 3) on which We issue the Rider to You. This date controls the below Incontestability and Suicide Exclusion Provisions.

*RIDER EXPIRY DATE* - The date shown on Rider Page 3. This Rider is not in force on or after this date.

*RIDER FACE AMOUNT* - The amount for each rider year which is shown in Table A on Rider Page 3A.

*RIDER ISSUE AGE* - The Insured Spouse's age on the birthday nearest the Rider Date.

### GENERAL PROVISIONS

*CONSIDERATION* - This Rider is issued in consideration of: (1) the application for this Rider, a copy of which is attached to the Policy; and (2) payment of the first premium for this Rider.

*PREMIUM PAYMENTS* - Premiums for this Rider are payable in addition to, but under the same terms and conditions as, the premiums for the Policy. The premiums shown on Rider Page 3A are for the premium payment option You chose. Subject to Our approval, You may change the premium payment option for future premium payments upon Notice to Us. We will provide You with premium rates for other payment options upon written request. Premiums are not due after the Insured Spouse's death or the Rider Expiry Date or when this Rider terminates.

*PREMIUM CHANGES BY COMPANY* - Premiums for this Rider will be the scheduled premiums shown on Rider Pages 3 and 3A, unless changed by Us. We reserve the right to change the scheduled premiums. We will not change them more often than once a year, and in no event will the scheduled premiums be greater than the maximum premiums shown on Rider Page 3A. Any such change will apply uniformly to all riders of this form issued in the same calendar year to Insured Spouses having the same Rider Issue Age, Premium Class and state of residence.

We will mail written notice to You at least 60 days prior to the date on which a change in the scheduled premiums will become effective. We will send You new rider specifications pages to reflect any changes in scheduled premiums.

*OTHER PREMIUM CHANGES* - Changes You make to the Face Amount of the Policy or the Face Amount of any Riders may also change Your scheduled premiums.

*MISSTATEMENT OF AGE* - If the age of the Insured Spouse has been misstated in the application, We will be liable only for the amount of insurance the premiums paid would have purchased for the correct age.

# PRIMERICA LIFE INSURANCE COMPANY

Home Office: Boston, Massachusetts
Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia 30099-0001

## INSURED TERM INSURANCE RIDER

### INITIAL PREMIUM PERIOD 20 YEARS OR TO AGE 70, IF EARLIER

### PREMIUMS ARE SUBJECT TO CHANGE

We have issued this Rider as a part of the Policy to which it is attached. Any payment under this Rider is subject to the provisions of this Rider and the Policy. In case of conflict between this Rider and the Policy, the provisions of this Rider will control.

This Rider is effective at 12:01 A.M. on the Rider Date of Issue.

### BENEFIT

We will pay the Rider Face Amount, in a lump sum, to the Beneficiary of this Rider upon receiving due proof that the Insured died before the Rider Expiry Date and while this Rider was in force.

### DEFINITIONS

*BENEFICIARY* - The person(s) to whom the rider proceeds are payable at the death of the Insured. This is the person(s) named in the application as the Beneficiary, unless later changed. (See Change of Beneficiary Provision, below)

*INSURED* - The person whose life the Policy insures and who is named in the Policy and Rider Specifications.

*RIDER ATTAINED AGE* - The Insured's Rider Issue Age plus the number of rider years since the Rider Date.

*RIDER DATE* - The date (shown on Rider Page 3) from which rider anniversaries, rider years and rider months are measured.

*RIDER DATE OF ISSUE* - The date (shown on Rider Page 3) on which We issue the Rider to You. This date controls the below Incontestability and Suicide Exclusion Provisions.

*RIDER EXPIRY DATE* - The date shown on Rider Page 3. This Rider is not in force on or after this date.

*RIDER FACE AMOUNT* - The amount for each rider year which is shown in Table A on Rider Page 3A.

*RIDER ISSUE AGE* - The Insured's age on the birthday nearest the Rider Date.

### GENERAL PROVISIONS

*CONSIDERATION* - This Rider is issued in consideration of: (1) the application for this Rider, a copy of which is attached to the Policy; and (2) payment of the first premium for this Rider.

*PREMIUM PAYMENTS* - Premiums for this Rider are payable in addition to, but under the same terms and conditions as, the premiums for the Policy. The premiums shown on Rider Page 3A are for the premium payment option You chose. Subject to Our approval, You may change the premium payment option for future premium payments upon Notice to Us. We will provide You with premium rates for other payment options upon written request. Premiums are not due after the Insured's death or the Rider Expiry Date or when this Rider terminates.

*PREMIUM CHANGES BY COMPANY* - Premiums for this Rider will be the scheduled premiums shown on Rider Pages 3 and 3A, unless changed by Us. We reserve the right to change the scheduled premiums. We will not change them more often than once a year, and in no event will the scheduled premiums be greater than the maximum premiums shown on Rider Page 3A. Any such change will apply uniformly to all riders of this form issued in the same calendar year to Insureds having the same Rider Issue Age, Premium Class and state of residence.

We will mail written notice to You at least 60 days prior to the date on which a change in the scheduled premiums will become effective. We will send You new rider specifications pages to reflect any changes in scheduled premiums.

*OTHER PREMIUM CHANGES* - Changes You make to the Face Amount of the Policy or the Face Amount of any Riders may also change Your scheduled premiums.

# PRIMERICA LIFE INSURANCE COMPANY

Home Office: Boston, Massachusetts
Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia 30099-0001

## SPOUSE TERM INSURANCE RIDER

### FACE AMOUNT DECREASES AFTER 25 YEARS
### (NO DECREASES AFTER AGE 65)
### PREMIUMS ARE SUBJECT TO CHANGE

We have issued this Rider as a part of the Policy to which it is attached. Any payment under this Rider is subject to the provisions of this Rider and the Policy. In case of conflict between this Rider and the Policy, the provisions of this Rider will control.

This Rider is effective at 12:01 A.M. on the Rider Date of Issue.

### BENEFIT

We will pay the Rider Face Amount, in a lump sum, to the Beneficiary of this Rider upon receiving due proof that the Insured Spouse died before the Rider Expiry Date and while this Rider was in force.

### DEFINITIONS

*INSURED* - The person whose life the Policy insures and who is named in the Policy Specifications.

*INSURED SPOUSE* - The person whose life this Rider insures. This person is the spouse of the Insured and is named in the Rider Specifications.

*BENEFICIARY* - The person(s) to whom the rider proceeds are payable upon the death of the Insured Spouse. Unless otherwise stated in the application or later changed (See Change of Beneficiary Provision, below), the Beneficiary of this Rider will be the Insured, if living; otherwise the estate of the Insured Spouse. If the Beneficiary is a partnership, We will pay the rider proceeds to the partnership as it is constituted at the time of the Insured Spouse's death.

*RIDER FACE AMOUNT* - The amount for each rider year which is shown in Table A on Rider Page 3A.

*RIDER DATE* - The date (shown on Rider Page 3) from which rider anniversaries, rider years and rider months are measured.

*RIDER DATE OF ISSUE* - The date (shown on Rider Page 3) on which We issue the Rider to You. This date controls the below Incontestability and Suicide Exclusion Provisions.

*RIDER ISSUE AGE* - The Insured Spouse's age on the birthday nearest the Rider Date.

*RIDER ATTAINED AGE* - The Insured Spouse's Rider Issue Age plus the number of rider years since the Rider Date.

*RIDER EXPIRY DATE* - The date shown on Rider Page 3. This Rider is not in force on or after this date.

### GENERAL PROVISIONS

*CONSIDERATION* - This Rider is issued in consideration of: (1) the application for this Rider, a copy of which is attached to the Policy; and (2) payment of the first premium for this Rider.

*PREMIUM PAYMENTS* - Premiums for this Rider are payable in addition to, but under the same terms and conditions as, the premiums for the Policy. The premiums shown on Rider Page 3A are for the premium payment option You chose. Subject to Our approval, You may change the premium payment option for future premium payments upon Notice to Us. We will provide You with premium rates for other payment options upon written request. Premiums are not due after the Insured Spouse's death or the Rider Expiry Date or when this Rider terminates.

*PREMIUM CHANGES BY COMPANY* - Premiums for this Rider will be the scheduled premiums shown on Rider Pages 3 and 3A, unless changed by Us. We reserve the right to change the scheduled premiums. We will not change them more often than once a year, and in no event will the scheduled premiums be greater than the maximum premiums shown on Rider Page 3A. Any such change will apply uniformly to all riders of this form issued in the same calendar year to Insured Spouses having the same Rider Issue Age, Premium Class and state of residence.

We will mail written notice to You at least 60 days prior to the date on which a change in the scheduled premiums will become effective. We will send You new rider specifications pages to reflect any changes in scheduled premiums.

*OTHER PREMIUM CHANGES* - Changes You make to the Face Amount of the Policy or the Face Amount of any Riders may also change Your scheduled premiums.

*INCONTESTABILITY* - We will not contest this Rider after it has been in force for two years during the Insured Spouse's life. The two years begin on the Rider Date of Issue.

# PRIMERICA LIFE INSURANCE COMPANY

Home Office: Boston, Massachusetts
Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia  30099-0001

## CHILDREN'S TERM INSURANCE RIDER

We have issued this Rider as a part of the Policy to which it is attached. Any benefits under this Rider are subject to the provisions of this Rider and the Policy. In case of conflict between this Rider and the Policy, the provisions of this Rider will control.

### BENEFIT

We will pay to the Beneficiary under this Rider, the Face Amount of this Rider shown on Page 3 of the Policy upon receipt of due proof that: (1) an Insured Child's death occurred before the end of the premium payment period following the date the Insured Child attains age 25; and (2) such death occurred while this Rider was in force.

### DEFINITIONS

*INSURED* - "Insured" as used in this Rider means the Insured under the Policy to which this Rider is attached.

*INSURED CHILD(REN)* - "Insured Child(ren)" as used in this Rider means: (a) any child or stepchild or legally adopted child of the Insured; or (b) any child for whom the Insured has been granted legal guardianship; or (c) any grandchild(ren) of the Insured, living with and dependent upon the Insured for support. On the Rider Date, such Insured Child(ren) must be named in the Application and approved by us, subject to the Age of Insured Child(ren) Provision.

After the Rider Date, each child born to the Insured and the spouse of the Insured shall automatically become an Insured Child upon attainment of the age of fifteen days.

Each child legally adopted by the Insured and spouse of the Insured after the Rider Date shall automatically become an Insured Child, subject to the Age of Insured Child(ren) Provision. Coverage under this Rider with respect to such child shall be effective on the later of: (1) the date of adoption; or (2) the date such child attains age fifteen days.

After the Rider Date, a child not named in the application or not automatically covered by this Rider may become an Insured Child provided evidence of insurability satisfactory to us is furnished. Such evidence of insurability shall, in part, be based upon a supplemental application. Upon approval by us, the "Rider Date" with respect to such child shall be the later of: (1) the date of such supplemental application, subject to the Age of Insured Child(ren) Provision; or (2) the date such child attains age fifteen days.

*BENEFICIARY* - Unless otherwise stated in the application or by Notice to Us, the Beneficiary under this Rider shall be the Insured, if living; otherwise the executors or administrators of the Insured Child upon whose death payment is to be made.

You have the right to change the Beneficiary for an Insured Child while such child is alive in the same way and subject to the same conditions as a change of Beneficiary for the Insured's death benefit.

*RIDER DATE* - This date is shown on Rider Page 3 and is the effective date of coverage under this Rider. Rider anniversaries, rider years and rider months are measured from that date.

### GENERAL PROVISIONS

*AGE OF INSURED CHILD(REN)* - On the effective date of coverage of this Rider with respect to any Insured Child, such child must be chiefly dependent on the Insured for support and maintenance, not less than fifteen days of age, and under twenty-five years of age.

An Insured Child shall cease to be covered by this Rider at the end of the premium payment period following the date the Insured Child attains age 25. There shall be no liability under this Rider with respect to such child thereafter.

*PAID-UP TERM INSURANCE* - If the Insured dies while this Rider is in force, this Rider shall automatically be exchanged to nonparticipating paid-up term insurance. Such insurance shall provide a Face Amount equal to the Face Amount of this Rider on the life of each Insured Child to the date that such child attains age twenty-five. Each Insured Child shall be the owner of his (her) insurance. Any paid-up policy issued will be incontestable with respect to each Insured Child two years from the Rider Date and during the lifetime of such Insured Child.

# PRIMERICA LIFE INSURANCE COMPANY

Home Office: Boston, Massachusetts
Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia 30099-0001

## DISABILITY WAIVER OF PREMIUM BENEFIT RIDER

"We" or "Us" refers to the Company. "You" or "Your" refers to the Insured.

We have issued this Rider as a part of the Policy to which it is attached.

### BENEFIT

We will waive, subject to the provisions of this Rider each premium falling due after the commencement and during the continuance of your Total Disability which begins while this Rider is in force. In order to qualify for the waiver of premium benefit under this Rider, you must have a Total Disability for a continuous six months. After you have had a Total Disability for a continuous six months, we will waive any premiums falling due thereafter and refund any premium paid during such six months. Premiums will be waived in accordance with the mode of premium payment in effect at the commencement of Total Disability. Each premium waived will have the same effect as if it had been paid to us.

### DEFINITIONS AND EXCLUSIONS

**Definition of Total Disability -** "Total Disability" means an incapacity which results from bodily injury or disease and prevents you from performing the substantial and material duties of any work for income or profit for which you are, or become, fitted by reason of education, training or experience. The injury or disease must originate while this Rider is in force. You must be under the care of a currently licensed physician of the healing arts and not a member of your household.

**Age Limitation -** No benefits will be allowed or paid under this Rider if commencement of Total Disability is after the policy anniversary nearest your 60th birthday.

**Exclusion from Coverage -** No benefits will be allowed or paid under this Rider if Total Disability results directly or indirectly from: (1) intentionally self-inflicted injury; or (2) during the commission of a felony.

**Rider Date -** This date is shown on Rider Page 3 and is the effective date of coverage under this Rider. Rider anniversaries, rider years and rider months are measured from that date.

### GENERAL PROVISIONS

**Premium Payments -** This Rider is issued in consideration of the application, a copy of which is attached, and payment of the premiums for this Rider. It is payable under the same conditions as the premiums for the Policy. The premium for this Rider will cease to be payable whenever this Rider terminates. If the premium for any other Rider attached to the Policy ceases to be payable, then the part of the premium for this Rider payable with respect to such other Rider will cease to be payable.

**Policy Provisions -** All provisions of the Policy which are not inconsistent with the provisions of this Rider apply to this Rider.

**Notice and Proof of Total Disability -** Written notice of Total Disability must be given to us at our Executive Office during your lifetime and the continuance of Total Disability. Failure to give such notice will not invalidate any claim if it is shown that such notice was given as soon as was reasonably possible. Due proof of Total Disability must be submitted to our Executive Office. Although proof of Total Disability may have been accepted by us as satisfactory, you must at any time, on demand from us, furnish due proof of the continuance of Total Disability. At our option proof of the continuance of Total Disability may include an examination of you by a medical examiner designated by us. Proof of the continuance of Total Disability shall not be required by us more than once each year after Total Disability has continued for two full years. In no event will Total Disability be considered to have commenced more than one year before the date due proof of Total Disability is received by us.

**Recovery from Disability -** The benefits provided by this Rider will be discontinued if you: (1) fail to furnish any such proof; or (2) refuse to submit to such examination; or (3) no longer have a Total Disability.

# PRIMERICA LIFE INSURANCE COMPANY

Home Office: Boston, Massachusetts
Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia 30099-0001

## INSURED TERM INSURANCE RIDER

### INITIAL LEVEL PREMIUM PERIOD FOR 20 YEARS
### PREMIUMS ARE SUBJECT TO CHANGE

We have issued this Rider as a part of the Policy to which it is attached. Any payment under this Rider is subject to the provisions of this Rider and the Policy. In case of conflict between this Rider and the Policy, the provisions of this Rider will control.

This Rider is effective at 12:01 A.M. on the Rider Date of Issue.

### BENEFIT

We will pay the Rider Face Amount, in a lump sum, to the Beneficiary of this Rider upon receiving due proof that the Insured died before the Rider Expiry Date and while this Rider was in force.

### DEFINITIONS

These are some key words used in this Rider.

*BENEFICIARY* - The person(s) to whom the rider proceeds are payable at the death of the Insured. This is the person(s) named in the application as the Beneficiary, unless later changed. (See Change of Beneficiary Provision, below)

*INSURED* - The person whose life the Policy insures and who is named in the Policy and Rider Specifications.

*NOTICE TO US* - Information We have received which is written, signed by You and acceptable to Us.

*PREMIUM CLASS* - The risk classification used in determining what premiums You pay.

*RIDER ATTAINED AGE* - The Insured's Rider Issue Age plus the number of rider years since the Rider Date.

*RIDER DATE* - The date shown on Rider Page 3 from which rider anniversaries, rider years and rider months are measured.

*RIDER DATE OF ISSUE* - The date shown on Rider Page 3 on which We issue the Rider to You. This date controls the Incontestability and Suicide Exclusion provisions shown below.

*RIDER EXPIRY DATE* - The date shown on Rider Page 3. This Rider is not in force on or after this date.

*RIDER FACE AMOUNT* - The amount of insurance for each rider year which is shown in Table A on Rider Page 3A.

*RIDER ISSUE AGE* - The Insured's age on the birthday nearest the Rider Date.

*WE, OUR or US* - Primerica Life Insurance Company.

*YOU or YOUR* - The Owner of the Policy. Unless You tell Us otherwise, the Owner is the Insured.

### GENERAL PROVISIONS

*CONSIDERATION* - This Rider is issued in consideration of: (1) the application for this Rider, a copy of which is attached to the Policy; and (2) payment of the first premium for this Rider.

*PREMIUM PAYMENTS* - Premiums for this Rider are payable in addition to, but under the same terms and conditions as, the premiums for the Policy. The premiums shown on Rider Page 3A are for the premium payment option You chose. Modal factors are used to determine the premium payment for all payment options. The modal factors are 0.095 for monthly, 0.265 for quarterly, 0.520 for semiannual, and 1.000 for annual. To calculate the approximate premium for a payment option other than the one You chose: (1) divide the premium shown on Rider Page 3A by the modal factor for that payment option; and (2) multiply the result by the modal factor for the premium payment option You would like to determine. You may change the premium payment option for future premium payments upon acceptable Notice to Us. The premium payment option for this Rider must be the same premium payment option as the Policy. We will provide You with premium rates for other payment options upon written request. Premiums are not due for any period after the Insured's death, the Rider Expiry Date or when this Rider terminates.

*PREMIUM CHANGES BY COMPANY* - Premiums for this Rider will be the scheduled premiums shown on Rider Pages 3 and 3A, unless changed by Us. We reserve the right to change the scheduled premiums. We will not change them more often than once a year, and in no event will the scheduled premiums be greater than the guaranteed maximum premiums shown on Rider Page 3A. Any such change will apply uniformly to all riders of this form issued to Insureds having the same Rider Issue Age, duration and Premium Class. No change in premiums or Premium Class will occur because of deterioration of the Insured's health or change in occupation.

We will mail written notice to You at least 60 days prior to the date on which a change in Your scheduled premiums will become effective. We will send You new rider specifications pages to reflect any changes in scheduled premiums.

# PRIMERICA LIFE INSURANCE COMPANY

Home Office: Boston, Massachusetts
Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia 30099-0001

## SPOUSE TERM INSURANCE RIDER
### INITIAL LEVEL PREMIUM PERIOD FOR 20 YEARS
### PREMIUMS ARE SUBJECT TO CHANGE

We have issued this Rider as a part of the Policy to which it is attached. Any payment under this Rider is subject to the provisions of this Rider and the Policy. In case of conflict between this Rider and the Policy, the provisions of this Rider will control.

This Rider is effective at 12:01 A.M. on the Rider Date of Issue.

### BENEFIT

We will pay the Rider Face Amount, in a lump sum, to the Beneficiary of this Rider upon receiving due proof that the Insured Spouse died before the Rider Expiry Date and while this Rider was in force.

### DEFINITIONS

These are some key words used in this Rider.

*BENEFICIARY* - The person(s) to whom the rider proceeds are payable upon the death of the Insured Spouse. Unless otherwise stated in the application or later changed (See Change of Beneficiary Provision, below), the Beneficiary of this Rider will be the Insured, if living; otherwise the estate of the Insured Spouse. If the Beneficiary is a partnership, We will pay the rider proceeds to the partnership as it is constituted at the time of the Insured Spouse's death.

*INSURED* - The person whose life the Policy insures and who is named in the Policy Specifications.

*INSURED SPOUSE* - The person whose life this Rider insures. This person is the spouse of the Insured and is named in the Rider Specifications.

*NOTICE TO US* - Information We have received which is written, signed by You and acceptable to Us.

*PREMIUM CLASS* - The risk classification used in determining what premiums You pay.

*RIDER ATTAINED AGE* - The Insured Spouse's Rider Issue Age plus the number of rider years since the Rider Date.

*RIDER DATE* - The date shown on Rider Page 3 from which rider anniversaries, rider years and rider months are measured.

*RIDER DATE OF ISSUE* - The date shown on Rider Page 3 on which We issue the Rider to You. This date controls the Incontestability and Suicide Exclusion provisions shown below.

*RIDER EXPIRY DATE* - The date shown on Rider Page 3. This Rider is not in force on or after this date.

*RIDER FACE AMOUNT* - The amount of insurance for each rider year which is shown in Table A on Rider Page 3A.

*RIDER ISSUE AGE* - The Insured Spouse's age on the birthday nearest the Rider Date.

*WE, OUR or US* - Primerica Life Insurance Company.

*YOU or YOUR* - The Owner of the Policy. Unless You tell Us otherwise, the Owner is the Insured.

### GENERAL PROVISIONS

*CONSIDERATION* - This Rider is issued in consideration of: (1) the application for this Rider, a copy of which is attached to the Policy; and (2) payment of the first premium for this Rider.

*PREMIUM PAYMENTS* - Premiums for this Rider are payable in addition to, but under the same terms and conditions as, the premiums for the Policy. The premiums shown on Rider Page 3A are for the premium payment option You chose. Modal factors are used to determine the premium payment for all payment options. The modal factors are 0.095 for monthly, 0.265 for quarterly, 0.520 for semiannual, and 1.000 for annual. To calculate the approximate premium for a payment option other than the one You chose: (1) divide the premium shown on Rider Page 3A by the modal factor for that payment option; and (2) multiply the result by the modal factor for the premium payment option You would like to determine. You may change the premium payment option for future premium payments upon acceptable Notice to Us. The premium payment option for this Rider must be the same premium payment option as the Policy. We will provide You with premium rates for other payment options upon written request. Premiums are not due for any period after the Insured Spouse's death, the Rider Expiry Date or when this Rider terminates.

*PREMIUM CHANGES BY COMPANY* - Premiums for this Rider will be the scheduled premiums shown on Rider Pages 3 and 3A, unless changed by Us. We reserve the right to change the scheduled premiums. We will not change them more often than once a year, and in no event will the scheduled premiums be greater than the guaranteed maximum premiums shown on Rider Page 3A. Any such change will apply uniformly to all riders of this form issued to Insured Spouses having the same Rider Issue Age, duration and Premium Class. No change in premiums or Premium Class will occur because of deterioration of the Insured Spouse's health or change in occupation.

We will mail written notice to You at least 60 days prior to the date on which a change in Your scheduled premiums will become effective. We will send You new rider specifications pages to reflect any changes in scheduled premiums.

*MISSTATEMENT OF AGE* - If the age of the Insured Spouse has been misstated in the application, We will be liable only for the amount of insurance the premiums paid would have purchased for the correct age.

# PRIMERICA LIFE INSURANCE COMPANY

Home Office: Boston, Massachusetts
Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia 30099-0001

## INSURED TERM INSURANCE RIDER

### INITIAL LEVEL PREMIUM PERIOD FOR 15 YEARS

### PREMIUMS ARE SUBJECT TO CHANGE

We have issued this Rider as a part of the Policy to which it is attached. Any payment under this Rider is subject to the provisions of this Rider and the Policy. In case of conflict between this Rider and the Policy, the provisions of this Rider will control.

This Rider is effective at 12:01 A.M. on the Rider Date of Issue.

### BENEFIT

We will pay the Rider Face Amount, in a lump sum, to the Beneficiary of this Rider upon receiving due proof that the Insured died before the Rider Expiry Date and while this Rider was in force.

### DEFINITIONS

These are some key words used in this Rider.

*BENEFICIARY* - The person(s) to whom the rider proceeds are payable at the death of the Insured. This is the person(s) named in the application as the Beneficiary, unless later changed. (See Change of Beneficiary Provision, below)

*INSURED* - The person whose life the Policy insures and who is named in the Policy and Rider Specifications.

*NOTICE TO US* - Information We have received which is written, signed by You and acceptable to Us.

*PREMIUM CLASS* - The risk classification used in determining what premiums You pay.

*RIDER ATTAINED AGE* - The Insured's Rider Issue Age plus the number of rider years since the Rider Date.

*RIDER DATE* - The date shown on Rider Page 3 from which rider anniversaries, rider years and rider months are measured.

*RIDER DATE OF ISSUE* - The date shown on Rider Page 3 on which We issue the Rider to You. This date controls the Incontestability and Suicide Exclusion provisions shown below.

*RIDER EXPIRY DATE* - The date shown on Rider Page 3. This Rider is not in force on or after this date.

*RIDER FACE AMOUNT* - The amount of insurance for each rider year which is shown in Table A on Rider Page 3A.

*RIDER ISSUE AGE* - The Insured's age on the birthday nearest the Rider Date.

*WE, OUR or US* - Primerica Life Insurance Company.

*YOU or YOUR* - The Owner of the Policy. Unless You tell Us otherwise, the Owner is the Insured.

### GENERAL PROVISIONS

*CONSIDERATION* - This Rider is issued in consideration of: (1) the application for this Rider, a copy of which is attached to the Policy; and (2) payment of the first premium for this Rider.

*PREMIUM PAYMENTS* - Premiums for this Rider are payable in addition to, but under the same terms and conditions as, the premiums for the Policy. The premiums shown on Rider Page 3A are for the premium payment option You chose. Modal factors are used to determine the premium payment for all payment options. The modal factors are 0.095 for monthly, 0.265 for quarterly, 0.520 for semiannual, and 1.000 for annual. To calculate the approximate premium for a payment option other than the one You chose: (1) divide the premium shown on Rider Page 3A by the modal factor for that payment option; and (2) multiply the result by the modal factor for the premium payment option You would like to determine. You may change the premium payment option for future premium payments upon acceptable Notice to Us. The premium payment option for this Rider must be the same premium payment option as the Policy. We will provide You with premium rates for other payment options upon written request. Premiums are not due for any period after the Insured's death, the Rider Expiry Date or when this Rider terminates.

*PREMIUM CHANGES BY COMPANY* - Premiums for this Rider will be the scheduled premiums shown on Rider Pages 3 and 3A, unless changed by Us. We reserve the right to change the scheduled premiums. We will not change them more often than once a year, and in no event will the scheduled premiums be greater than the maximum premiums shown on Rider Page 3A. Any such change will apply uniformly to all riders of this form issued to Insureds having the same Rider Issue Age, duration, Premium Class and state of residence. No change in premiums or Premium Class will occur because of deterioration of the Insured's health or change in occupation.

We will mail written notice to You at least 60 days prior to the date on which a change in Your scheduled premiums will become effective. We will send You new rider specifications pages to reflect any changes in scheduled premiums.

PRIMERICA LIFE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

EXECUTIVE OFFICE: 3120 BRECKINRIDGE BLVD., DULUTH, GA 30099-0001, 1-800-257-4725

*** STATEMENT OF POLICY COST AND BENEFIT INFORMATION ***

DESCRIPTIVE TITLE (FORM NUMBER AND NAME)

```
BASIC POLICY: D-25        MODIFIED PREMIUM TERM LIFE INS
      RIDER(S): DWP       WAIVER OF PREMIUM
                C-25S     SPOUSE TERM INSURANCE RIDER
               *CH-25     CHILDRENS TERM INS. RIDER TO AGE 25
                B-20IB    INSURED TERM INSURANCE RIDER
                B-20SB    SPOUSE TERM INSURANCE RIDER
                C4-I15    INSURED TERM INSURANCE RIDER
                C4-I20TX  INSURED TERM INSURANCE RIDER
                C4-S20TX  SPOUSE TERM INSURANCE RIDER
```

**   ILLUSTRATION OF PREMIUM AND BENEFIT PATTERNS   **

```
************************** POLICY YEARS **************************
 FORM        YEAR  1   PREMIUM              YEAR  2   PREMIUM
NUMBER    BENEFIT  SCHEDULED GUARANTEED  BENEFIT  SCHEDULED GUARANTEED
D-25     $100,000    $477.00    $477.00  $100,000    $201.00    $201.00
DWP                 SEE RIDER  SEE RIDER           SEE RIDER  SEE RIDER
C-25S    $100,000    $188.00    $188.00  $100,000    $188.00    $188.00
CH-25     $10,000     $65.00     $65.00   $10,000     $65.00     $65.00
B-20IB   $200,000    $306.00    $306.00  $200,000    $306.00    $306.00
B-20SB   $200,000    $376.00    $376.00  $200,000    $376.00    $376.00
C4-I15   $150,000    $174.00    $174.00  $150,000    $174.00    $174.00
C4-I20TX $350,000    $511.00    $511.00  $350,000    $511.00    $511.00
C4-S20TX $250,000    $480.00    $480.00  $250,000    $480.00    $480.00
```

```
 FORM        YEAR  3   PREMIUM              YEAR  4   PREMIUM
NUMBER    BENEFIT  SCHEDULED GUARANTEED  BENEFIT  SCHEDULED GUARANTEED
D-25     $100,000    $201.00    $201.00  $100,000    $201.00    $201.00
DWP                 SEE RIDER  SEE RIDER           SEE RIDER  SEE RIDER
C-25S    $100,000    $188.00    $188.00  $100,000    $188.00    $188.00
CH-25     $10,000     $65.00     $65.00   $10,000     $65.00     $65.00
B-20IB   $200,000    $306.00    $306.00  $200,000    $306.00    $306.00
B-20SB   $200,000    $376.00    $376.00  $200,000    $376.00    $376.00
C4-I15   $150,000    $174.00    $174.00  $150,000    $174.00    $174.00
C4-I20TX $350,000    $511.00    $511.00  $350,000    $511.00    $511.00
C4-S20TX $250,000    $480.00    $480.00  $250,000    $480.00    $480.00
```

POLICY NUMBER: 31595869      INSURED: ERNEST R SMITH JR
* RIDER BENEFITS CEASE FOR EACH INSURED CHILD WHO ATTAINS AGE 25

POLICY NUMBER:   31595869     INSURED:   ERNEST R SMITH JR

** ILLUSTRATION OF PREMIUM AND BENEFIT PATTERNS -- CONTINUED **

************************ POLICY YEARS ************************

| FORM NUMBER | YEAR 11 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 12 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $201.00 | $201.00 | $100,000 | $201.00 | $201.00 |
| DWP | | SEE RIDER | SEE RIDER | | SEE RIDER | SEE RIDER |
| C-25S | $100,000 | $188.00 | $188.00 | $100,000 | $188.00 | $188.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $306.00 | $306.00 | $200,000 | $306.00 | $306.00 |
| B-20SB | $200,000 | $376.00 | $376.00 | $200,000 | $376.00 | $376.00 |
| C4-I15 | $150,000 | $174.00 | $174.00 | $150,000 | $174.00 | $174.00 |
| C4-I20TX | $350,000 | $511.00 | $511.00 | $350,000 | $511.00 | $511.00 |
| C4-S20TX | $250,000 | $480.00 | $480.00 | $250,000 | $480.00 | $480.00 |

| FORM NUMBER | YEAR 13 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 14 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $201.00 | $201.00 | $100,000 | $201.00 | $201.00 |
| DWP | | SEE RIDER | SEE RIDER | | SEE RIDER | SEE RIDER |
| C-25S | $100,000 | $188.00 | $188.00 | $100,000 | $188.00 | $188.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $306.00 | $306.00 | $200,000 | $306.00 | $306.00 |
| B-20SB | $200,000 | $376.00 | $376.00 | $200,000 | $376.00 | $376.00 |
| C4-I15 | $150,000 | $174.00 | $174.00 | $150,000 | $174.00 | $174.00 |
| C4-I20TX | $350,000 | $511.00 | $511.00 | $350,000 | $511.00 | $511.00 |
| C4-S20TX | $250,000 | $480.00 | $480.00 | $250,000 | $480.00 | $480.00 |

| FORM NUMBER | YEAR 15 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 16 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $201.00 | $201.00 | $100,000 | $201.00 | $201.00 |
| DWP | | SEE RIDER | SEE RIDER | | SEE RIDER | SEE RIDER |
| C-25S | $100,000 | $188.00 | $188.00 | $100,000 | $188.00 | $188.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $306.00 | $306.00 | $200,000 | $306.00 | $306.00 |
| B-20SB | $200,000 | $376.00 | $376.00 | $200,000 | $376.00 | $376.00 |
| C4-I15 | $150,000 | $174.00 | $174.00 | $150,000 | $777.00 | $1,302.00 |
| C4-I20TX | $350,000 | $511.00 | $511.00 | $350,000 | $511.00 | $511.00 |
| C4-S20TX | $250,000 | $480.00 | $480.00 | $250,000 | $480.00 | $480.00 |

POLICY NUMBER:   31595869     INSURED:   ERNEST R SMITH JR

## ** CASH SURRENDER VALUES **
## NONE

|  | SCHEDULED BASIS | | GUARANTEED BASIS | |
| --- | --- | --- | --- | --- |
| LIFE INSURANCE SURRENDER COST INDEX | 10 YEARS | 20 YEARS | 10 YEARS | 20 YEARS |
| D-25 | $2.35 | $2.22 | $2.35 | $2.22 |
| C-25S | $1.88 | $1.88 | $1.88 | $1.88 |
| B-20IB | $1.53 | $1.53 | $1.53 | $1.53 |
| B-20SB | $1.88 | $1.88 | $1.88 | $1.88 |
| C4-I15 | $1.16 | $1.83 | $1.16 | $2.42 |
| C4-I20TX | $1.46 | $1.46 | $1.46 | $1.46 |
| C4-S20TX | $1.92 | $1.92 | $1.92 | $1.92 |

| LIFE INSURANCE NET PAYMENT COST INDEX | 10 YEARS | 20 YEARS | 10 YEARS | 20 YEARS |
| --- | --- | --- | --- | --- |
| D-25 | $2.35 | $2.22 | $2.35 | $2.22 |
| C-25S | $1.88 | $1.88 | $1.88 | $1.88 |
| B-20IB | $1.53 | $1.53 | $1.53 | $1.53 |
| B-20SB | $1.88 | $1.88 | $1.88 | $1.88 |
| C4-I15 | $1.16 | $1.83 | $1.16 | $2.42 |
| C4-I20TX | $1.46 | $1.46 | $1.46 | $1.46 |
| C4-S20TX | $1.92 | $1.92 | $1.92 | $1.92 |

(INTEREST RATE = 5.00%)
AN EXPLANATION OF THE INTENDED USE OF THESE INDEXES
IS PROVIDED IN THE LIFE INSURANCE BUYER'S GUIDE.
RIGHT TO RETURN POLICY:  YOU MAY RETURN THIS POLICY FOR ANY REASON TO US
AT OUR EXECUTIVE OFFICES OR BRANCH OFFICE OR TO OUR REPRESENTATIVE WITHIN
20 DAYS AFTER IT IS RECEIVED.  IF RETURNED, IT WILL BE CONSIDERED VOID FROM
THE BEGINNING AND ANY PREMIUM PAID WILL BE REFUNDED.
THIS FORM IS NOT A CONTRACT.
IT IS INTENDED ONLY AS A SUMMARY OF THE POLICY PROVISIONS SHOWN.
IN ALL CASES, CONSULT YOUR POLICY FOR FULL DETAILS.

AGENT NAME
ADDRESS

POLICY SUMMARY PREPARED ON 12/01/2006

**(THIS PAGE LEFT INTENTIONALLY BLANK)**

DUPLICATE

# PRIMERICA LIFE INSURANCE COMPANY
Executive Offices: 3120 Breckinridge Blvd, Duluth, Ga. 30099-0001
## Application For Life Insurance

*800069639*

### 1. PROPOSED PRIMARY INSURED
Print Name: Smith / Ernest / R
    Last     First     M.I.

Social Security Number: _____ __ 6869  Date of Birth: 01 05 1968  Nearest Age: 30

Married ☒  Single ☐  Male ☒  Female ☐  Driver's License No./State: 00293.85.87  LA

Day Telephone No.: 504 837 8950  Night Telephone No.: 504 340 5623

Birthplace - State: TX  Country: USA

### 2. RESIDENCE ADDRESS
Street: 3896 Birchfield Drive  Apt. Number: _____

City, State, Zip Code: Harvey  LA 70058  Yrs. at Address: 2 mo

### 3. BUSINESS INFORMATION
Insured's Occupation: Truck Driver  Gross Monthly Earnings: 1,800.00

Employer Name: BFI  Time Employed: Yrs. ___ Mo. 3

Business Address: 808 LAA Rd

City, State, Zip Code: Metairie  LA 70001

### 4. LIFE INSURANCE PLAN & AMOUNTS - ENTER APPROPRIATE DATA

| Primary Insured | Primary Rider | Spouse Rider |
|---|---|---|
| ☐ Preferred ☒ Non-Tobacco ☐ Tobacco | | ☐ Preferred ☒ Non-Tobacco ☐ Tobacco |
| ☐ Term 10 $ 0,0 | ☐ Term 10 $ 0,0 | ☐ Term 10 $ 0,0 |
| ☐ Term 20 $ 0,0 | ☐ Term 15 $ 0,0 | ☐ Term 15 $ 0,0 |
| ☒ T 25 Mod $ 100,000 0,0 | ☐ Term 20 $ 0,0 | ☐ Term 20 $ 0,0 |
| ☐ T 25 Level $ 0,0 | ☐ T 25 Level $ 0,0 | ☒ T 25 Level $ 100,000 0,0 |
| ☐ Other $ 0,0 | ☐ Other $ 0,0 | ☐ Other $ 0,0 |

| ☒ Waiver of Premium<br>Not Available After Age 55 | Increasing Benefit Rider<br>☒ 5% ☐ 10%<br>Not Available After Age 55 | Child Rider<br>Units: 10<br>(Maximum 25 Units) |
|---|---|---|

### 5. REPLACEMENT
Has or will any existing individual Life Insurance or Annuities be replaced or changed (i.e., lapse, convert to a non-forfeiture option, reduce, surrender or otherwise terminate)? ☐ Yes ☒ No  If yes, replacement MUST be indicated on Page 4 of the application, "Existing Insurance" section.

| Amount With Application |
|---|
| $ 64 71 |

APP0431595869

PLA-60

**6. BENEFICIARIES • THE BENEFICIARY FOR ANY SPOUSE OR CHILD RIDERS WILL BE THE PRIMARY INSURED, UNLESS OTHERWISE LISTED UNDER "SPECIAL REQUESTS" ON PAGE 4. BENEFICIARIES TO SHARE EQUALLY UNLESS OTHERWISE SPECIFIED.** IF THIS IS AN IRREVOCABLE BENEFICIARY, CHECK HERE ☐

| List Primary Beneficiaries | Relationship to Insured | Social Security No. |
|---|---|---|
| Emma Smith | Spouse | 4315 |

| List Contingent Beneficiaries | Relationship to Insured | Social Security No. |
|---|---|---|
| | | |
| | | |

**7. SPOUSE INFORMATION**

Print Name: Smith (Last)   Emma (First)   J. (M.I.)

Social Security Number: 4315   Date of Birth: 05 21 1964   Nearest Age: 33

Married ☒   Single ☐   Male ☐   Female ☒   Driver's License No./State: 006421699   LA

Birthplace - State: MS   Country: U.S.A.

**8. SPOUSE ADDRESS - (IF DIFFERENT FROM PROPOSED PRIMARY INSURED)**

Street: ___   Apt. Number: ___

City, State, Zip Code: ___   Yrs. at Address: ___

**9. SPOUSE BUSINESS INFORMATION**

Spouse's Occupation: REALTOR   Gross Monthly Earnings: 2500.00

Employer Name: Century 21   Time Employed: Yrs. 1   Mo. ___

City, State, Zip Code: Metairie   LA 70005

**10. CHILD RIDER INFORMATION**

| Full Names of Children Proposed for Insurance | Resides with Primary (Yes/No) | Sex | Relationship to Primary Insured (Son, Daughter, stepchild, etc.) | Date of Birth Mo./Day/Yr. | Height Ft. In. | Weight Lbs. | Social Security Number |
|---|---|---|---|---|---|---|---|
| Kisha Monquie Judge | V | F | daughter | 2/13/85 | 5.3 | 1.10 | 4999 |
| Quiney Lee Judge | V | M | son | 7/13/81 | 5.5 | 1.90 | 2228 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**11. OWNER (IF OTHER THAN PRIMARY INSURED)**

Print Name: Smith (Last)   Emma (First)   J. (M.I.)

Social Security Number: 4315   Relationship to Insured: Spouse

Day Telephone No.: 504 837 8180   Night Telephone No.: 604 340 6673

Address: 3896 BirchField Drive

City, State, Zip Code: Harvey   LA 70058

If the Individual Owner dies, who is to own Policy? primary Insured   Relationship to Insured: primary Insured

PLA-60   Page 2   2.97

## Primary, Spouse & Child Medical Questions

**1a. PRIMARY INSURED WEIGHT AND TOBACCO INFORMATION**

Height: 5 Ft. 8 In.   Weight: 190 Lbs.   Have you gained or lost weight in the past 12 months?   Yes ☐   No ☒

Number of lbs gained: └─┴─┴─┘   Number of lbs lost: └─┴─┴─┘   Cause: _____

Have you used tobacco in any form in the last 12 months? Yes ☐ No ☒   If yes, check which: ☐ Cigarettes ☐ Pipes, cigars, smokeless tobacco

Have you used tobacco in any form in the last 3 years?   Yes ☐ No ☒

**1b. SPOUSE INSURED WEIGHT AND TOBACCO INFORMATION**

Height: 5 Ft. 5 In.   Weight: 200 Lbs.   Have you gained or lost weight in the past 12 months?   Yes ☐   No ☒

Number of lbs gained: └─┴─┴─┘   Number of lbs lost: └─┴─┴─┘   Cause: _____

Have you used tobacco in any form in the last 12 months? Yes ☐ No ☒   If yes, check which: ☐ Cigarettes ☐ Pipes, cigars, smokeless tobacco

Have you used tobacco in any form in the last 3 years?   Yes ☐ No ☒

**The following questions must be answered for Primary, and if applicable, Spouse and Child(ren).**

| | Primary | | Spouse and/or Child | |
|---|---|---|---|---|
| 2. In the past 10 years have you been treated for or had any indication of: | Yes | No | Yes | No |
| a. Chest pain, angina, heart murmur, heart attack, stroke or other disorder of the heart or blood vessels? | ☐ | ☒ | ☐ | ☒ |
| c. Diabetes or elevated sugar in the blood or urine? | ☐ | ☒ | ☐ | ☒ |
| e. Drug dependency or drug use involving any narcotic, depressant, stimulant, hallucinogenic or marijuana? | ☐ | ☒ | ☐ | ☒ |
| g. Syphilis, gonorrhea, genital herpes, or other venereal diseases and sexually transmitted diseases? | ☐ | ☒ | ☐ | ☒ |
| 3. Have you ever had, or do you have a disorder of the immune system, including Acquired Immune Deficiency Syndrome (AIDS) or Human Immunodeficiency Virus (HIV)? | ☐ | ☒ | ☐ | ☒ |
| 5a. Have you ever been convicted of a felony? | ☐ | ☒ | ☐ | ☒ |
| If yes to 5a and/or 5b, describe in detail and give conviction date(s) including county and state. | | | | |
| 6. In the past 5 years have you been treated for or had any indication of: | | | | |
| a. Anemia or any other disorder of the blood? | ☐ | ☒ | ☐ | ☒ |
| c. Ulcer or disorder of the stomach, intestines, liver or pancreas? | ☐ | ☒ | ☐ | ☒ |
| e. Asthma, bronchitis, emphysema, tuberculosis, or any other disorder of the lungs or respiratory system? | ☐ | ☒ | ☐ | ☒ |
| 7a. Are you now under observation or receiving treatment for any mental, physical or nervous condition? | ☐ | ☒ | ☐ | ☒ |
| b. Are you now temporarily or permanently disabled or receiving any form of disability payments? | ☐ | ☒ | ☐ | ☒ |

| Details of Medical Questions 1 through 7. | | | |
|---|---|---|---|
| QUESTION # | NAME OF INSURED | DATES | EXPLANATION - DIAGNOSIS AND DETAILS OF TREATMENT, INCLUDING NAMES, ADDRESSES, AND PHONE # OF PHYSICIANS AND/OR HOSPITALS |
| | | | |
| | | | |
| | | | |
| | | | |

PLA-60                                      Page 3                                      2.97

| | | Primary | | Spouse and/or Child | |
|---|---|---|---|---|---|
| **8. In the past 5 years other than as answered above, have you:** | | Yes | No | Yes | No |
| a. Had any checkup or examination, or been a patient in a hospital, clinic or other medical facility? | | ☐ | ☒ | ☒ | ☐ |
| c. Been advised to have any diagnostic test, hospitalization or surgery which has not yet been done? | | ☐ | ☒ | ☐ | ☒ |
| **9. In the past 5 years have you:** | | | | | |
| b. Flown as a pilot, student pilot, or crew member on any aircraft or do you plan on doing so? (If yes, the Aviation Questionnaire must be completed) | | ☐ | ☒ | ☐ | ☒ |
| d. Operated or been a passenger on a motorcycle, or do you intend to do so? | | ☐ | ☒ | ☐ | ☒ |
| f. Had your license suspended or revoked, or is your license currently suspended or revoked? If yes list details including county and state. | | ☐ | ☒ | ☐ | ☒ |

**Details of Medical Questions 8 through 10.**

| QUESTION # | NAME OF INSURED | DATES | EXPLANATION - DIAGNOSIS AND DETAILS OF TREATMENT, INCLUDING NAMES, ADDRESSES, AND PHONE # OF PHYSICIANS AND/OR HOSPITALS |
|---|---|---|---|
| 8 A&b | Quincey lee Judge | Feb 97 | Quincey Fell Taken to Vicksburg Medical Center 1111 N. Frontage Rd Vicksburg, MS 39180-5102 Treated & released |

| | | | | | |
|---|---|---|---|---|---|
| **Primary Insured** - Do you now or have you ever owned a Primerica Life policy? | Yes ☒ | No ☐ | Policy No.: | 3 1 1 0 7 5 1 1 | |
| **Spouse** - Do you now or have you ever owned a Primerica Life policy? | Yes ☒ | No ☐ | Policy No.: | 3 1 1 0 7 5 1 1 | |

*EXISTING INSURANCE INFORMATION* - List below details of ALL individual Life Insurance or Annuities in force, replaced or changed on the Proposed Primary Insured, Spouse and Children (If Proposed for Ccovererage).

| Full Name and Address of Company (City,State,ZIP) | Indicate Primary, Spouse or Name of Child | Policy Number | Face Amount | Month, Day and Year Issued | Replacement Yes | No |
|---|---|---|---|---|---|---|
| | | | | | ☐ | ☐ |
| | | | | | ☐ | ☐ |
| | | | | | ☐ | ☐ |
| | | | | | ☐ | ☐ |

Do you have knowledge or reason to believe that replacement of existing individual insurance on the Proposed Primary Insured or any other Proposed Insured Person will or has occurred? ☐ Yes ☒ No  If yes, check this box ☐ to indicate all necessary replacement requirements have been followed.

Date: 09.24.1997   Signature of Licensed Agent: X _Tomaka Roberson_

**SPECIAL REQUEST(S) AND ADDITIONAL COMMENTS BY AGENT**

Please draft Savings Account! Thanks.

PLA-60    Page 4    2.97

**APPLICATION AGREEMENT**

**SIG0431595869**

Each signer of this application hereby declares that the foregoing statements and answers, as well and complete to the best of my/our knowledge and belief. It is also agreed as follows: (1) that a those in any continuation hereof, shall be part of the application and shall form the basis of any c except as provided in the "Conditional Premium Receipt," the insurance hereunder applied for cha is paid and the policy is issued and delivered to the Owner while the health, habits and occupation of the Proposed Insured remain as described in this application; (3) that if the Company should issue a Policy different from that applied for, the Company is hereby authorized to amend this application; such amendment shall be in writing and signed by the Proposed Insured and Owner (if other than the Proposed Insured); and any such amendment must be received by the Company before the Policy can become effective; and (4) no agent of the Company nor any broker is authorized to make or modify contracts or waive any of the Company's rights or requirements. It is further understood and agreed that: (1) issuance of any Policy pursuant to this application and any application supplements is made in consideration of payment of the proper premium amount for the correct premium class of each person insured; (2) our determination of the premium class relies on true and complete answers to the questions in this application and any application supplements, including SPECIFICALLY any questions regarding tobacco use; and (3) if within 2 years of the Policy Date should said answers be determined to be materially misstated, the Policy is subject to be rendered void in accordance with applicable law. I/We hereby acknowledge that I/We have read and I/We understand the terms of this Application Agreement, as evidenced by my/our signature below. Any person who knowingly presents a false or fraudulent claim for payment of a loss of benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**CONDITIONAL PREMIUM RECEIPT**

I/We understand and agree that no insurance will be in effect before a Policy is issued and delivered unless all of the Conditions below are met. If all Conditions are met and my/our death occurs before the delivery date of the Policy, then there shall be coverage, but only in accordance with the provisions of this Receipt and any Policy provisions not in conflict with it.

**CONDITIONS FOR COVERAGE** - 1) All information given by me/us in the application must be true and complete to the best of my/our knowledge and belief; 2) The Company must find the person(s) to be insured to be (a) standard risk(s) for the Policy applied for according to the Company's underwriting rules; 3) All items requested by the Company concerning my/our insurability must have been received by the Company. Such items may include, but are not limited to, medical examinations, saliva, blood and/or urine studies, attending physicians statements (APS) and electrocardiograms (EKG); 4) At least one month's premium for the Policy applied for must be paid with the application, but not to exceed the amount of premium required for $500,000 of coverage per insured life.

**EFFECTIVE DATE OF COVERAGE** - Any coverage under this Receipt will become effective on the latest of the following: 1) Application Date; 2) Receipt of results of all test and exams required by the Company in connection with the Application; 3) Date the Company receives all other information requested.

**LIMITS OF COVERAGE** - The amount applied for and for which premium has been paid, but not to exceed $500,000 of coverage per insured life applied for under this Application.

I/We hereby acknowledge that I/We have read and I/We understand the conditional coverage under this receipt and as evidenced by my/our signature below, understand these conditions cannot be changed by any agent of the Company.

Dated at _Metairie, CA_   City & State   of _091 24 1997_

X _____   X _Ernest Smith Jr_
   Signature of Owner (if other than Proposed Primary Insured)      Signature of Proposed Primary Insured (or Parent of Minor Child)

X _____   X _____
   Signature of Children over the age of 18 (if to be insured)      Signature of Spouse (if to be insured)

---

**UNDERWRITING AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION**

**PRIMERICA LIFE INSURANCE COMPANY**, Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia 30099-0001

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medically related facility, Veteran's Administration or government facility, insurance company, the Medical Information Bureau or other organization, institution or person having any records or knowledge about me to provide to Primerica Life Insurance Company, and its reinsurers any such medical or personal information, and to testify as to such information, all to the extent permitted by law. As part of the Company's regular underwriting procedure, an investigative consumer report may be obtained which will contain personal information concerning an individual's character, habits, general reputation, personal characteristics and mode of living, except as may be related directly or indirectly to your sexual orientation. This information may be obtained through personal interviews with my neighbors, friends, associates and acquaintances. Medical information includes the diagnosis, treatment and prognosis with respect to any physical or mental condition, as well as the use of drugs or alcohol. Although the Company maintains confidentiality of information obtained, the Company may disclose information to the MIB, and in certain circumstances be required by a law enforcement or governmental agency to furnish information to others without my prior authorization. In the event that a report is obtained, I understand that I may request to be interviewed in connection with the preparation of the report. Upon written request to the Company at the address listed above, further detailed information on the nature and scope of the report will be provided. I understand that the information obtained by use of this Authorization will be to determine eligibility for insurance. I know that I or my legal representative may request to receive a copy of this Authorization. A photographic copy of this Authorization shall be as valid as the original and will be valid for two and one half (2-1/2) years from the date this Application was signed. Because our affiliates may be able to offer other valuable products and services that you may need, Primerica Life Insurance Company may share (unless you check the box(es) below) information we have received in connection with your application, including information from any consumer reports. Check the following box(es) if you do not want information shared with our affiliates.  ☐ Proposed primary insured   ☐ Proposed spouse insured, if any.

Date: _9/24/97_

Print Name of the Proposed Primary Insured (or Parent of Minor Child) _Ernest Smith Jr._

Print Name of Spouse (if to be insured) _Emma Smith_

X _Ernest Smith Jr_   X _____
   Signature of Proposed Primary Insured or Parent of Minor Child      Signature of Spouse (if to be insured)

**PLA-60**                          Page 5                          2.97

**AGENT CERTIFICATION**

I certify that: (1) I personally have asked and recorded completely and accurately the answers to all questions on this application; (2) To the best of my knowledge and belief all answers provided by the Proposed Primary Insured/Spouse on all completed parts are true; (3) I know of nothing affecting the risk that has not been recorded herein; and (4) I have read and explained to the applicant(s) the provisions of the Conditional Premium Receipt I have given for any premium submitted with this application. I have not made any proposal to or agreement with anyone whereby the applicant or any other person has received directly or indirectly, in settlement of the premium on the proposed insurance, any concession or rebate from the regular premium, and I assume full responsibility for the delivery of any Policy issued and for the delivery of payment of the first premium to the Company.

**I (1st. LICENSED AGENT) CERTIFY THAT I PERSONALLY SAW: THE PROPOSED PRIMARY INSURED AND, IF ANY, PROPOSED SPOUSE, AND WITNESSED THEM SIGNING THE APPLICATION.**

Do you have knowledge or reason to believe that replacement of existing individual life insurance on the Proposed Primary Insured or any Other Proposed Insured Person will occur? ☐ Yes ☒ No   If yes, check this box ☐ to indicate all necessary replacement requirements have been followed.

Chere Cormier   RVP Name (Please print)   A4959   Solution No.   x _____ Signature of 1st Licensed Agent

1000 Veterans Blvd   Street Address   200 Suite   Patterson. P.   1st Licensed Agent Name (Last Name, First Initial)   WMU65 Solution No.

Metairie, LA   City   State   70005 Zip   DATE: 9/24/1997

x _____ Signature of 2nd Licensed Agent

Telephone No. 504 833-2737   2nd Licensed Agent Name (Last Name, First Initial)   Solution No.

---

**METHOD OF BILLING**

☒ Monthly PAC Draft Date (1st-28th) |___| (Authorization below MUST be completed.)

☐ Monthly Govt. Allot.   ☐ Active   ☐ Retired   Branch: |___|

SSN of Payor: |___| |___| |___|

☐ Annual Direct Bill   ☐ Semi Annual Direct Bill   ☐ Quarterly Direct Bill

**SEND ALL NOTICES TO THE ADDRESS OF:**

☒ OWNER

☐ INSURED

351475P

351474P

---

**AUTHORIZATION TO HONOR FUNDS TRANSFERS DIRECTED BY :**
**PRIMERICA LIFE INSURANCE COMPANY**
Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia 30099-0001

TAPE VOIDED CHECK FOR ALL DRAFTS FROM CHECKING ACCOUNT:

IF DRAFT IS FROM A *SAVINGS* ACCOUNT, CHECK HERE ☒, AND COMPLETE THE FOLLOWING:

BANK NAME: Louisiana Central Credit Union

CREDIT U.. N NAME: Same

BANK TRANSIT NUMBER: 265075634

BANK ACCOUNT NUMBER: 359162

NAME ON ACCOUNT: Ernest & Emma Smith

You are hereby authorized, as a convenience to me, to pay and charge to my checking/savings account indicated by the attached check or deposit slip any transfer of funds (whether by automatic debit entry, the drawing of a check or by other means permitted by law) directed by and payable to the order of Primerica Life Insurance Company for the payment of premiums, provided there are sufficient collected funds in such account to pay the same on the scheduled transfer date. I agree that your rights in respect to each such transfer shall be the same as if it were a check or other item drawn on you and signed personally by me. This authority is to remain in effect until revoked by me in writing and until you actually receive such notice and have a reasonable opportunity to act on it. I agree that you shall be fully protected in making any such transfer of funds. I further agree that, if any such transfer of funds be rejected or dishonored, whether with or without cause and whether intentionally or inadvertently, you shall be under no liability whatsoever, even though such rejection or dishonor results in the forfeiture of insurance.

x Emma Smith   Authorized Signature of Depositor   09 24 1997   Date

PLA-60   Page 6   2:97

If you wish to preauthorize another person for notification of abnormal test results, please provide the name and address below. We encourage you to authorize a physician or other health care provider for the purpose of discussing test results.

**NAME, ADDRESS AND PHONE # OF PHYSICIAN OR HEALTH CARE PROVIDER (Please Print):**

NAME:

ADDRESS:

PHONE NUMBER:

**INFORMED CONSENT:**

I have read and I understand this NOTICE AND CONSENT FOR BLOOD AND BODY FLUID TESTING. I voluntarily consent to the withdrawal of blood from me by needle and/or the withdrawal of a body fluid sample, and the testing of that blood and/or body fluid as described above, and the disclosure of the test results as described above, including disclosure to the person, if any, indicated above. I have read the information on this form about what a test result means and understand that I should contact a local AIDS service group or my physician or health care provider for further information and counseling if the HIV test result is abnormal. If I elected body fluid testing, I acknowledge that: 1) the agent has discussed, and I have received the information about providing a body fluid specimen, the collection device and HIV/AIDS; 2) I have read and understand this information, including that I may elect a blood or a body fluid collection method of test; and 3) I understand that I am responsible to avail myself for any necessary retesting, and if I choose not to do so, I authorize the Company to consider my inaction as my request to withdraw my application for insurance. I understand that I have the right to request and receive a copy of this authorization. A photocopy of this form will be as valid as the original.

Name of Proposed Insured: Ernest Smith

Birth Date: 01 15 1968

Social Security Number of Proposed Insured: _____ __ 6869

Application or Policy Number: BDD0169639

Date signed by Proposed Insured: 10 05 1997
(or Parent/Guardian)

Signature of Proposed Insured: X Ernest Smith Jr.
(or Parent/Guardian)

PLA-688                                                                4.95

"HIV"

# PRIMERICA LIFE INSURANCE COMPANY
EXECUTIVE OFFICES:  3120 Breckinridge Boulevard • Duluth, Georgia 30199-0001 • (770) 381-1000

## NOTICE AND CONSENT FOR BLOOD AND BODY FLUID TESTING

To help evaluate your insurability, Primerica Life Insurance Company has requested that you elect to provide samples of your blood and/or other body fluids for testing and analysis. Depending on your age, your medical history and the amount or the type of insurance applied for, you may be asked to provide a sample of blood and/or body fluids, such as saliva, for testing and analysis. All tests will be performed by a licensed laboratory. By signing and dating this form, you agree that the testing and analysis may be performed on your blood and/or other body fluid samples.

The tests to be performed will include a test to try to determine the presence of antibodies or antigens to the Human Immunodeficiency Virus (HIV), also known as the AIDS virus. The HIV test performed is actually a series of tests designed to determine the presence of these antibodies or antigens. If you have been infected with the HIV virus, which causes AIDS, your body may have produced HIV antibodies which try to get rid of the infection.

You may be requested to provide a sample of your body fluids (e.g., saliva) for testing for evidence of HIV antibodies and foreign substances such as continine and cocaine. You may be requested to provide a sample of your blood for testing for evidence of HIV antibodies, and for other testing such as determining blood cholesterol and related lipids (fats) and screening for diabetes, liver and kidney disorders.

## TESTING CONSIDERATIONS:
Many public health organizations recommend a person seek counseling before taking an HIV related test, to become informed about the implications of such test. You may wish to consider counseling, at your expense, prior to being tested.

## MEANING OF A POSITIVE TEST RESULT:
Either HIV test is reliable. A blood test is more reliable than a body fluid test. You may elect which sample you prefer to provide for initial testing. In some instances, the test results may be abnormal ("positive") for persons who are not infected with the virus. Additionally, the test results may occasionally be normal ("negative") in persons who are infected with HIV, especially when the infection has occurred within the previous 6 months.

While abnormal HIV test results do not mean you have AIDS, they could mean you have a significantly increased risk of developing AIDS or AIDS-related conditions and you should consider further independent testing. Federal authorities say that persons who are HIV positive should be considered to be infected with the AIDS virus and capable of infecting others. An abnormal test result or other significant blood or body fluid abnormalities may adversely affect your application for insurance. This means that your application may be declined, that an increased premium may be charged, or that other policy changes may be necessary.

## DISCLOSURE OF POSITIVE TEST RESULTS:
All test results will be treated confidentially. The results of the test will be reported by the laboratory to the insurer. The test results will be disclosed to employees of the insurer who have the responsibility to make underwriting decisions on behalf of the insurer or to outside legal counsel who need such information to effectively advise the insurer with regard to your application for insurance. The results also may be reported to the insurer's affiliates or reinsurers in connection with insurance you have applied for. In addition, if you are refused insurance because your HIV test is abnormal, a generic code signifying non-specific blood abnormality will be reported to the Medical Information Bureau, Inc. (MIB). Test results will not otherwise be disclosed, except as required by law or as authorized by you.

## NOTIFICATION OF TEST RESULTS:
If your HIV test results are normal, no notification will be sent to you. If your HIV tests are abnormal, the insurer will contact you, your legal guardian, or another person authorized by you.

PLA-8R8                                          AGENT                                          4.95

If you wish to preauthorize another person for notification of abnormal test results, please provide the name and address below. We encourage you to authorize a physician or other health care provider for the purpose of discussing test results.

**NAME, ADDRESS AND PHONE # OF PHYSICIAN OR HEALTH CARE PROVIDER (Please Print):**

NAME:

ADDRESS:

PHONE NUMBER:

**INFORMED CONSENT:**

I have read and I understand this NOTICE AND CONSENT FOR BLOOD AND BODY FLUID TESTING. I voluntarily consent to the withdrawal of blood from me by needle and/or the withdrawal of a body fluid sample, and the testing of that blood and/or body fluid as described above, and the disclosure of the test results as described above, including disclosure to the person, if any, indicated above. I have read the information on this form about what a test result means and understand that I should contact a local AIDS service group or my physician or health care provider for further information and counseling if the HIV test result is abnormal. If I elected body fluid testing, I acknowledge that: 1) the agent has discussed, and I have received the information about providing a body fluid specimen, the collection device and HIV/AIDS; 2) I have read and understand this information, including that I may elect a blood or a body fluid collection method of test; and 3) I understand that I am responsible to avail myself for any necessary retesting, and if I choose not to do so, I authorize the Company to consider my inaction as my request to withdraw my application for insurance. I understand that I have the right to request and receive a copy of this authorization. A photocopy of this form will be as valid as the original.

Name of Proposed Insured: _EMMA  SMITH_

Birth Date: _05_ _31_ _1964_

Social Security Number of Proposed Insured: _____ _____ _4315_

Application or Policy Number: _B000.69.639_

Date signed by Proposed Insured: _09_ _23_ _1997_
(or Parent/Guardian)

Signature of Proposed Insured: X _E WWMA Smith_
(or Parent/Guardian)

PLA-868                                                                 4.95

"HIV"

# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICES:  3120 Breckinridge Boulevard • Duluth, Georgia 30199-0001 • (770) 381-1000

## NOTICE AND CONSENT FOR BLOOD AND BODY FLUID TESTING

To help evaluate your insurability, Primerica Life Insurance Company has requested that you elect to provide samples of your blood and/or other body fluids for testing and analysis. Depending on your age, your medical history and the amount or the type of insurance applied for, you may be asked to provide a sample of blood and/or body fluids, such as saliva, for testing and analysis. All tests will be performed by a licensed laboratory. By signing and dating this form, you agree that the testing and analysis may be performed on your blood and/or other body fluid samples.

The tests to be performed will include a test to try to determine the presence of antibodies or antigens to the Human Immunodeficiency Virus (HIV), also known as the AIDS virus. The HIV test performed is actually a series of tests designed to determine the presence of these antibodies or antigens. If you have been infected with the HIV virus, which causes AIDS, your body may have produced HIV antibodies which try to get rid of the infection.

You may be requested to provide a sample of your body fluids (e.g., saliva) for testing for evidence of HIV antibodies and foreign substances such as continine and cocaine. You may be requested to provide a sample of your blood for testing for evidence of HIV antibodies, and for other testing such as determining blood cholesterol and related lipids (fats) and screening for diabetes, liver and kidney disorders.

## TESTING CONSIDERATIONS:

Many public health organizations recommend a person seek counseling before taking an HIV related test, to become informed about the implications of such test. You may wish to consider counseling, at your expense, prior to being tested.

## MEANING OF A POSITIVE TEST RESULT:

Either HIV test is reliable. A blood test is more reliable than a body fluid test. You may elect which sample you prefer to provide for initial testing. In some instances, the test results may be abnormal ("positive") for persons who are not infected with the virus. Additionally, the test results may occasionally be normal ("negative") in persons who are infected with HIV, especially when the infection has occurred within the previous 6 months.

While abnormal HIV test results do not mean you have AIDS, they could mean you have a significantly increased risk of developing AIDS or AIDS-related conditions and you should consider further independent testing. Federal authorities say that persons who are HIV positive should be considered to be infected with the AIDS virus and capable of infecting others. An abnormal test result or other significant blood or body fluid abnormalities may adversely affect your application for insurance. This means that your application may be declined, that an increased premium may be charged, or that other policy changes may be necessary.

## DISCLOSURE OF POSITIVE TEST RESULTS:

All test results will be treated confidentially. The results of the test will be reported by the laboratory to the Insurer. The test results will be disclosed to employees of the Insurer who have the responsibility to make underwriting decisions on behalf of the Insurer or to outside legal counsel who need such information to effectively advise the Insurer with regard to your application for insurance. The results also may be reported to the Insurer's affiliates or reinsurers in connection with insurance you have applied for. In addition, if you are refused insurance because your HIV test is abnormal, a generic code signifying non-specific blood abnormality will be reported to the Medical Information Bureau, Inc. (MIB). Test results will not otherwise be disclosed, except as required by law or as authorized by you.

## NOTIFICATION OF TEST RESULTS:

If your HIV test results are normal, no notification will be sent to you. If your HIV tests are abnormal, the Insurer will contact you, your legal guardian, or another person authorized by you.

PLA-688                                                                  AGENT                                                                  4.05



# PRIMERICA FINANCIAL SERVICES
### EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30199-0001

At Primerica Financial Services, the needs of our clients always come first. That's why our goal is to provide you with quality life insurance and securities products that help you take control of your financial future. This correlated sales proposal has been designed to satisfy certain legal requirements in this state.*

## CORRELATED SALES PROPOSAL

For: *Emma + Ernest Smith*
(Client's Printed Name)

*38916 Birchfield Drive Harvey, LA 70058*
(Address)

| Insurance from: | Securities offered through: |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY | PFS INVESTMENTS INC. |

| | | | |
|---|---|---|---|
| TOTAL DEATH BENEFIT AMOUNTS $ *210,000* | TOTAL PLANNED FIRST YEAR PURCHASES | $ | |
| TOTAL SCHEDULED FIRST YEAR PREMIUMS $ *681.00* | TOTAL PLANNED PURCHASES FOR YEARS 2 - 10 | $ | |
| TOTAL ANNUAL SCHEDULED PREMIUMS FOR YEARS 2 - 10** $ *450.00* | | | |

I, the purchaser, understand that I have the right to purchase life insurance only, the securities only, or both the life insurance and the securities. I may also cancel the insurance policy at any time and continue to purchase the securities. Or, I may stop future securities purchases, or redeem securities that I have already purchased at current market value, and keep the insurance policy.

In Kansas, Louisiana, New Mexico, Ohio and Tennessee, also complete the following for existing insurance:

| Policy Number | Company Name | Type of Policy | Face Amount | Cash*** Value | Issue Age | Date of Issue | Annual Premium | Check if proposing to surrender policy |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐ |
| | | | | | | | | ☐ |

For Kansas Only - Describe how existing insurance will be affected and facts which support replacement:

x *Emma Smith*
Client's Signature

By signing this form, you are acknowledging that you understand the proposal. You are not obligating yourself to purchase any insurance or make any investments.

x *9/23/97*
Date

x *Kenny Patterson*
Representative's Signature

*Kenny Patterson*
Representative's Printed Name

*UMU46*
Representative's Code Number

* State laws in Illinois, Kansas (in replacement only), Louisiana, New Mexico, Ohio, Oregon, Pennsylvania, Tennessee and Wisconsin require the completion of this form when the sale of securities is solicited in connection with the sale of life insurance.
** Please review your policy for subsequent years' premiums, if applicable. You will be ~~...~~
of your policy.
*** Required only if policy to be surrendered, except in Ohio, where must complete what ~~...~~
#PLA-43
2.95

INSURER COPY

MIS0431595869

# PRIMERICA LIFE INSURANCE COMPANY
EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30199-0001 • (770) 381-1000

## TERMINAL ILLNESS ACCELERATED BENEFIT
## DISCLOSURE AND ACKNOWLEDGEMENT

The policy You (the Owner) have applied for contains a Terminal Illness Accelerated Benefit. We are required to provide You with this disclosure and obtain Your signature, acknowledging Your receipt and review of this document.

This benefit is not a long term care policy.

If the Insured becomes terminally ill with a life expectancy of less than six months, You may choose to request the Accelerated Benefit. This Benefit provides an Accelerated Payment of 40% of the Face Amount of the Policy or Rider not to exceed a maximum of $250,000.

The Accelerated Benefit payment will only be paid upon a diagnosis of a Terminal Illness, which is a noncorrectable medical condition that with reasonable medical certainty, will result in the Insured's death in less than 6 months from the date of the Physician Statement.

There is a one time administrative fee of $200 plus interest calculated at the current yield on a 90 day Treasury Bill. Payment of this Benefit will result in a lien against the proceeds of Your policy. For example, if You have a policy with a Face Amount of $100,000, You may apply for $40,000. You will be paid the $40,000 upon approval of Your claim. Assuming the annual interest rate is 3% and death occurs 4 months after the Accelerated Benefit is paid, $40,000 plus the $200 administrative fee plus 3% for 4 months on $40,200, for a total of $40,602, will be deducted from the final death proceeds.

Payment of the Accelerated Benefit will have no effect on the amount of future premiums, if any, required under this policy. If You do not have a waiver of premium, You are still obligated for future premiums.

**ANY ACCELERATED BENEFIT PAID UNDER THIS POLICY MAY BE TAXABLE. A PERSONAL TAX ADVISOR SHOULD BE CONSULTED.**

**PAYMENT OF ANY ACCELERATED BENEFIT MAY ALSO ADVERSELY AFFECT THE RECIPIENT'S ELIGIBILITY FOR MEDICAID AND OTHER GOVERNMENT BENEFITS OR ENTITLEMENTS.**

**THIS FORM IS NOT A CONTRACT. IT IS INTENDED ONLY AS A SUMMARY OF THE BENEFIT PROVISIONS. IN ALL CASES, CONSULT YOUR POLICY FOR FULL DETAILS AND RESTRICTIONS.**

_____
Signature of Owner

Date

_____
Proposed Insured's Social Security No.

Policy Number

_____
Signature of Agent

Date

@@PLA-TID-2 TB
11.93

COMPANY COPY

"TIC"

# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001 • (770) 381-1000

## LIFE INSURANCE BASIC ILLUSTRATION
### Representative Certification and Applicant Acknowledgement

PLA-142

**REPRESENTATIVE'S CERTIFICATION**

I certify that:

( ✓ )  a sales illustration was not used with or presented to the applicant either at or prior to the completion of the application for coverage.

( )  the sales illustration(s) used with or presented to the applicant does not conform to the coverage being applied for in the application for coverage.

Signed: _Jennifer Hotherson_

Date: _09/24/1997_

**APPLICANT'S (PROPOSED OWNER'S) ACKNOWLEDGEMENT**

I acknowledge the certification made above and understand that if a policy is issued to me by Primerica Life Insurance Company that I will be provided with a sales illustration conforming to the issued policy no later than at the time the policy is delivered to me by Primerica Life Insurance Company or its authorized representative.

Signed: _Emma Smith_

SSN _L___-__-L 43/5_

Date _09/24/1997_

RCA

PLA-142                                                                 9.96

# 97350 901

### POLICY SPECIFICATIONS

POLICY NUMBER:        0431595869    INSURED:  ERNEST R SMITH JR

ISSUE AGE:            30            DATE OF ISSUE: DECEMBER 25, 1997

INITIAL FACE AMOUNT: $100,000      POLICY DATE:   DECEMBER 25, 1997

PREMIUM CLASS:       STANDARD/      EXPIRY DATE:   DECEMBER 25, 2047
                     NON-TOBACCO USE

| FORM NUMBER | PLAN NAME | INITIAL FACE AMOUNT | SCHEDULED ANNUAL PREMIUMS* YEAR 1 | YEARS 2-20 |
|---|---|---|---|---|
| D-25 | MODIFIED PREMIUM TERM LIFE INS | $100,000 | $420.00 | $189.00 |
| BI-I | INCREASING BENEFIT RIDER ON INSURED | (5%) | 0.00 | SEE RIDER |
| C-25S | SPOUSE TERM INSURANCE RIDER | 100,000 | 181.00 | SEE RIDER |
| BI-S | INCREASING BENEFIT SPOUSE RIDER | (5%) | 0.00 | SEE RIDER |
| CH-25 | CHILDRENS TERM INS. RIDER TO AGE 25 | 10,000 | 65.00 | SEE RIDER |
| DWP | WAIVER OF PREMIUM | | 27.00 | SEE RIDER |

*The Scheduled Annual Premiums shown above are guaranteed for the years for
which premium amounts are shown.  Premium guarantees shown above beyond the
first 5 years are provided by the Extension of Scheduled Premium Guarantee
Rider.  The premiums for the premium payment option You chose are shown on
Page 3A and explained in Part 4, Premium Provisions.

TOTAL PREMIUM PAYMENT OPTIONS (includes all riders):

|  | ANNUAL | SEMI-ANNUAL | QUARTERLY | MONTHLY |
|---|---|---|---|---|
| FIRST YEAR | $693.00 | $360.36 | $183.67 | $65.86 |
| SECOND YEAR | $477.60 | $248.36 | $126.60 | $45.41 |

D-25                     Policy Page 3                          2.97

## 97350 901

### POLICY SPECIFICATIONS (CONT'D)

TABLE A
MONTHLY PREMIUMS FOR BASIC POLICY CONTINUATION TO EXPIRY DATE

| POLICY YEARS | ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | FACE AMOUNT |
|---|---|---|---|---|
| 01 | 30 | $39.91 | $39.91 | $100,000.00 |
| 02 | 31 | $17.96 | $17.96 | $100,000.00 |
| 03 | 32 | $17.96 | $17.96 | $100,000.00 |
| 04 | 33 | $17.96 | $17.96 | $100,000.00 |
| 05 | 34 | $17.96 | $17.96 | $100,000.00 |
| 06 | 35 | $17.96 | $17.96 | $100,000.00 |
| 07 | 36 | $17.96 | $17.96 | $100,000.00 |
| 08 | 37 | $17.96 | $17.96 | $100,000.00 |
| 09 | 38 | $17.96 | $17.96 | $100,000.00 |
| 10 | 39 | $17.96 | $17.96 | $100,000.00 |
| 11 | 40 | $17.96 | $17.96 | $100,000.00 |
| 12 | 41 | $17.96 | $17.96 | $100,000.00 |
| 13 | 42 | $17.96 | $17.96 | $100,000.00 |
| 14 | 43 | $17.96 | $17.96 | $100,000.00 |
| 15 | 44 | $17.96 | $17.96 | $100,000.00 |
| 16 | 45 | $17.96 | $17.96 | $100,000.00 |
| 17 | 46 | $17.96 | $17.96 | $100,000.00 |
| 18 | 47 | $17.96 | $17.96 | $100,000.00 |
| 19 | 48 | $17.96 | $17.96 | $100,000.00 |
| 20 | 49 | $17.96 | $17.96 | $100,000.00 |
| 21 | 50 | $17.96 | $66.31 | $100,000.00 |
| 22 | 51 | $17.96 | $66.31 | $100,000.00 |
| 23 | 52 | $17.96 | $66.31 | $100,000.00 |
| 24 | 53 | $17.96 | $66.31 | $100,000.00 |
| 25 | 54 | $17.96 | $66.31 | $100,000.00 |
| 26 | 55 | $17.96 | $66.31 | $93,000.00 |
| 27 | 56 | $17.96 | $66.31 | $87,000.00 |
| 28 | 57 | $17.96 | $66.31 | $82,000.00 |
| 29 | 58 | $17.96 | $66.31 | $78,000.00 |
| 30 | 59 | $17.96 | $66.31 | $74,000.00 |
| 31 | 60 | $17.96 | $66.31 | $70,000.00 |
| 32 | 61 | $17.96 | $66.31 | $65,000.00 |
| 33 | 62 | $17.96 | $66.31 | $60,000.00 |
| 34 | 63 | $17.96 | $66.31 | $55,000.00 |
| 35 | 64 | $17.96 | $66.31 | $50,000.00 |

*Scheduled premiums may change, but they will not increase beyond the maximum premiums. See Part 4, Premium Provisions.

D-25                         Policy Page 3A                         2.97

## 97350 901

POLICY SPECIFICATIONS (CONT'D)

TABLE A (CONT'D)
MONTHLY PREMIUMS FOR BASIC POLICY CONTINUATION TO EXPIRY DATE

| POLICY YEARS | ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | FACE AMOUNT |
|---|---|---|---|---|
| 36 | 65 | $89.59 | $157.61 | $50,000.00 |
| 37 | 66 | $98.52 | $174.71 | $50,000.00 |
| 38 | 67 | $108.11 | $192.76 | $50,000.00 |
| 39 | 68 | $118.47 | $216.22 | $50,000.00 |
| 40 | 69 | $129.77 | $249.09 | $50,000.00 |
| 41 | 70 | $152.95 | $283.48 | $50,000.00 |
| 42 | 71 | $165.59 | $317.68 | $50,000.00 |
| 43 | 72 | $178.22 | $353.02 | $50,000.00 |
| 44 | 73 | $193.14 | $395.96 | $50,000.00 |
| 45 | 74 | $210.14 | $446.60 | $50,000.00 |
| 46 | 75 | $228.67 | $503.79 | $50,000.00 |
| 47 | 76 | $248.24 | $566.58 | $50,000.00 |
| 48 | 77 | $268.66 | $634.13 | $50,000.00 |
| 49 | 78 | $289.75 | $706.33 | $50,000.00 |
| 50 | 79 | $312.08 | $785.08 | $50,000.00 |

*Scheduled premiums may change, but they will not increase beyond the maximum premiums. See Part 4, Premium Provisions.

D-25                         Policy Page 3A (Cont'd)                         2.97

## 97350 901

PRIMERICA LIFE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

EXECUTIVE OFFICE: 3120 BRECKINRIDGE BLVD., DULUTH, GA 30099-0001, 1-800-257-4725

*** STATEMENT OF POLICY COST AND BENEFIT INFORMATION ***

DESCRIPTIVE TITLE (FORM NUMBER AND NAME)

| | |
|---|---|
| BASIC POLICY: D-25 | MODIFIED PREMIUM TERM LIFE INS |
| RIDER(S): DWP | WAIVER OF PREMIUM |
| BI-I | INCREASING BENEFIT RIDER ON INSURED |
| C-25S | SPOUSE TERM INSURANCE RIDER |
| BI-S | INCREASING BENEFIT SPOUSE RIDER |
| CH-25 | CHILDRENS TERM INS. RIDER TO AGE 25 |

** ILLUSTRATION OF PREMIUM AND BENEFIT PATTERNS **

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* POLICY YEARS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| FORM NUMBER | YEAR 1 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 2 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $420.00 | $420.00 | $100,000 | $189.00 | $189.00 |
| DWP | | $22.00 | $22.00 | | $28.10 | $28.10 |
| BI-I | | $0.00 | $0.00 | $5,000 | $6.50 | $6.50 |
| C-25S | $100,000 | $181.00 | $181.00 | $100,000 | $181.00 | $181.00 |
| BI-S | | $0.00 | $0.00 | $5,000 | $8.00 | $8.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |

| FORM NUMBER | YEAR 3 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 4 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $189.00 | $189.00 | $100,000 | $189.00 | $189.00 |
| DWP | | $29.20 | $29.20 | | $30.30 | $30.30 |
| BI-I | $10,000 | $13.00 | $13.00 | $15,000 | $19.50 | $19.50 |
| C-25S | $100,000 | $181.00 | $181.00 | $100,000 | $181.00 | $181.00 |
| BI-S | $10,000 | $16.00 | $16.00 | $15,000 | $24.00 | $24.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |

POLICY NUMBER: 31595869    INSURED:  ERNEST R SMITH JR
* RIDER BENEFITS CEASE FOR EACH INSURED CHILD WHO ATTAINS AGE 25

## 97350 901

POLICY NUMBER: 31595869     INSURED:  ERNEST R SMITH JR

** ILLUSTRATION OF PREMIUM AND BENEFIT PATTERNS -- CONTINUED **

**********************  POLICY YEARS  **************************

| FORM<br>NUMBER | YEAR 5<br>BENEFIT | PREMIUM<br>SCHEDULED | GUARANTEED | YEAR 6<br>BENEFIT | PREMIUM<br>SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $189.00 | $189.00 | $100,000 | $189.00 | $189.00 |
| DWP |  | $31.40 | $31.40 |  | $32.70 | $32.70 |
| BI-I | $20,000 | $26.00 | $26.00 | $25,000 | $33.30 | $33.30 |
| C-25S | $100,000 | $181.00 | $181.00 | $100,000 | $181.00 | $181.00 |
| BI-S | $20,000 | $32.00 | $32.00 | $25,000 | $42.55 | $42.55 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |

| FORM<br>NUMBER | YEAR 7<br>BENEFIT | PREMIUM<br>SCHEDULED | GUARANTEED | YEAR 8<br>BENEFIT | PREMIUM<br>SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $189.00 | $189.00 | $100,000 | $189.00 | $189.00 |
| DWP |  | $34.10 | $34.10 |  | $35.60 | $35.60 |
| BI-I | $30,000 | $41.25 | $41.25 | $35,000 | $49.95 | $49.95 |
| C-25S | $100,000 | $181.00 | $181.00 | $100,000 | $181.00 | $181.00 |
| BI-S | $30,000 | $54.20 | $54.20 | $35,000 | $67.10 | $67.10 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |

| FORM<br>NUMBER | YEAR 9<br>BENEFIT | PREMIUM<br>SCHEDULED | GUARANTEED | YEAR 10<br>BENEFIT | PREMIUM<br>SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $189.00 | $189.00 | $100,000 | $189.00 | $189.00 |
| DWP |  | $37.30 | $37.30 |  | $39.10 | $39.10 |
| BI-I | $40,000 | $59.45 | $59.45 | $45,000 | $70.00 | $70.00 |
| C-25S | $100,000 | $181.00 | $181.00 | $100,000 | $181.00 | $181.00 |
| BI-S | $40,000 | $81.45 | $81.45 | $45,000 | $97.45 | $97.45 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |

POLICY NUMBER: 31595869    INSURED:  ERNEST R SMITH JR

**97350 901**

POLICY NUMBER:  31595869      INSURED:  ERNEST R SMITH JR

** ILLUSTRATION OF PREMIUM AND BENEFIT PATTERNS -- CONTINUED **

•••••••••••••••••••••••••••• POLICY YEARS ••••••••••••••••••••••••••••

| FORM NUMBER | YEAR 11 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 12 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $189.00 | $189.00 | $100,000 | $189.00 | $189.00 |
| DWP | | $41.10 | $41.10 | | $41.10 | $41.10 |
| BI-I | $50,000 | $81.65 | $81.65 | $50,000 | $81.65 | $81.65 |
| C-25S | $100,000 | $181.00 | $181.00 | $100,000 | $181.00 | $181.00 |
| BI-S | $50,000 | $114.90 | $114.90 | $50,000 | $114.90 | $114.90 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |

| FORM NUMBER | YEAR 13 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 14 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $189.00 | $189.00 | $100,000 | $189.00 | $189.00 |
| DWP | | $41.10 | $41.10 | | $41.10 | $41.10 |
| BI-I | $50,000 | $81.65 | $81.65 | $50,000 | $81.65 | $81.65 |
| C-25S | $100,000 | $181.00 | $181.00 | $100,000 | $181.00 | $181.00 |
| BI-S | $50,000 | $114.90 | $114.90 | $50,000 | $114.90 | $114.90 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |

| FORM NUMBER | YEAR 15 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 16 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $189.00 | $189.00 | $100,000 | $189.00 | $189.00 |
| DWP | | $41.10 | $41.10 | | $41.10 | $41.10 |
| BI-I | $50,000 | $81.65 | $81.65 | $50,000 | $81.65 | $81.65 |
| C-25S | $100,000 | $181.00 | $181.00 | $100,000 | $181.00 | $181.00 |
| BI-S | $50,000 | $114.90 | $114.90 | $50,000 | $114.90 | $114.90 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |

POLICY NUMBER:  31595869      INSURED:  ERNEST R SMITH JR

**97350 901**

POLICY NUMBER: 31595869    INSURED: ERNEST R SMITH JR

** ILLUSTRATION OF PREMIUM AND BENEFIT PATTERNS -- CONTINUED **

*************** POLICY YEARS ***************

| FORM NUMBER | YEAR 12 PREMIUM BENEFIT | SCHEDULED | GUARANTEED | YEAR 18 PREMIUM BENEFIT | SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $189.00 | $189.00 | $100,000 | $189.00 | $189.00 |
| DWP |  | $41.10 | $41.10 |  | $41.10 | $41.10 |
| BI-I | $50,000 | $81.65 | $81.65 | $50,000 | $81.65 | $81.65 |
| C-25S | $100,000 | $181.00 | $181.00 | $100,000 | $181.00 | $181.00 |
| BI-S | $50,000 | $114.90 | $114.90 | $50,000 | $114.90 | $114.90 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |

| FORM NUMBER | YEAR 19 PREMIUM BENEFIT | SCHEDULED | GUARANTEED | YEAR 20 PREMIUM BENEFIT | SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $189.00 | $189.00 | $100,000 | $189.00 | $189.00 |
| DWP |  | $41.10 | $41.10 |  | $41.10 | $41.10 |
| BI-I | $50,000 | $81.65 | $81.65 | $50,000 | $81.65 | $81.65 |
| C-25S | $100,000 | $181.00 | $181.00 | $100,000 | $181.00 | $181.00 |
| BI-S | $50,000 | $114.90 | $114.90 | $50,000 | $114.90 | $114.90 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |

| FORM NUMBER | POLICY INSURED'S AGE 60 PREMIUM BENEFIT | SCHEDULED | GUARANTEED |
|---|---|---|---|
| D-25 | $70,000 | $189.00 | $698.00 |
| BI-I | $50,000 | $532.00 | $1,275.50 |
| C-25S | $64,000 | $181.00 | $783.00 |
| BI-S | $50,000 | $930.50 | $1,971.50 |
| CH-25 | $10,000 | $65.00 | $65.00 |

POLICY NUMBER: 31595869    INSURED: ERNEST R SMITH JR

## 97350  901

POLICY NUMBER:  31595869     INSURED:  ERNEST R SMITH JR

** CASH SURRENDER VALUES **
NONE

|  | SCHEDULED BASIS | | GUARANTEED BASIS | |
|---|---|---|---|---|
| LIFE INSURANCE SURRENDER COST INDEX | 10 YEARS | 20 YEARS | 10 YEARS | 20 YEARS |
| D-25 | $2.17 | $2.07 | $2.17 | $2.07 |
| B1-1 | $1.41 | $1.54 | $1.41 | $1.54 |
| C-25S | $1.81 | $1.81 | $1.81 | $1.81 |
| B1-S | $1.86 | $2.12 | $1.86 | $2.12 |

| | 10 YEARS | 20 YEARS | 10 YEARS | 20 YEARS |
|---|---|---|---|---|
| LIFE INSURANCE NET PAYMENT COST INDEX | | | | |
| D-25 | $2.17 | $2.07 | $2.17 | $2.07 |
| B1-1 | $1.41 | $1.54 | $1.41 | $1.54 |
| C-25S | $1.81 | $1.81 | $1.81 | $1.81 |
| B1-S | $1.86 | $2.12 | $1.86 | $2.12 |

(INTEREST RATE = 5.00%)
AN EXPLANATION OF THE INTENDED USE OF THESE INDEXES
IS PROVIDED IN THE LIFE INSURANCE BUYER'S GUIDE
RIGHT TO RETURN POLICY:  YOU MAY RETURN THIS POLICY FOR ANY REASON TO US
AT OUR EXECUTIVE OFFICES OR BRANCH OFFICE OR TO OUR REPRESENTATIVE WITHIN
20 DAYS AFTER IT IS RECEIVED. IF RETURNED,IT WILL BE CONSIDERED VOID FROM
THE BEGINNING AND ANY PREMIUM PAID WILL BE REFUNDED
THIS FORM IS NOT A CONTRACT.
IT IS INTENDED ONLY AS A SUMMARY OF THE POLICY PROVISIONS SHOWN.
IN ALL CASES, CONSULT YOUR POLICY FOR FULL DETAILS.

AGENT NAME     PENNY JANY PATTERSON
ADDRESS        1000 VETERANS MEMORIAL BLVD
               STE 200
               METAIRIE LA 70005-2852

POLICY SUMMARY PREPARED ON 12/25/1997

## 97350 903

Prepared 12/16/1997

PRIMERICA LIFE INSURANCE COMPANY
Executive Office: 3120 Breckinridge Blvd., Duluth, GA 30099-0001
LIFE INSURANCE BASIC ILLUSTRATION for
ERNEST R SMITH JR
and
EMMA J SMITH

0431595869

NUMERIC SUMMARY

| Year | Policy Year | Maximum Modal Premium | Midpoint Modal Premium | Scheduled Modal Premium | Primary Insured Age | Primary Insured's Death Benefit | Spouse Age | Spouse's Death Benefit |
|------|------|------|------|------|------|------|------|------|
| 2001 | 05 | 49.84 | 49.84 | 49.84 | 34 | 120,000 | 38 | 120,000 |
| 2006 | 10 | 60.98 | 60.98 | 60.98 | 39 | 145,000 | 43 | 145,000 |
| 2011 | 15 | 57.46 | 57.46 | 57.46 | 44 | 150,000 | 48 | 150,000 |
| 2016 | 20 | 57.46 | 57.46 | 57.46 | 49 | 150,000 | 53 | 150,000 |
| 2037 | 41 | 1,561.77 | 1,161.68 | 761.58 | 70 | 100,000 | 74 | 114,000 |

The premium amounts shown include premiums for additional benefits described
in the narrative.

*BIX0431595869*

## 97350 903

Prepared 12/16/1997

PRIMERICA LIFE INSURANCE COMPANY
Executive Office: 3120 Breckinridge Blvd., Duluth, GA 30099-0001
LIFE INSURANCE BASIC ILLUSTRATION for
ERNEST R SMITH JR
and
EMMA J SMITH

Prepared for:
EMMA J SMITH
3896 BIRCHFIELD DR
HARVEY LA 70058-2005

Representative:
PENNY JANY PATTERSON
1000 VETERANS MEMORIAL BLVD
STE 200
METAIRIE LA 70005-2852

Q431595869

This life insurance illustration is designed to show you what the life
insurance plan your Primerica Life Insurance Company agent has discussed with
you will cost you during the term of the insurance policy. This is only an
illustration; it is not a contract for insurance. It has been developed based
on the information you provided and certain generally accepted assumptions and
reasonable estimates. You are encouraged to read this illustration carefully.

"TERM" LIFE INSURANCE

This illustrated insurance policy is a "term" life insurance policy. This
means that, assuming premiums are paid when due, the "term" life insurance
policy remains in effect for a specific number of years. It expires (expiry)
if the covered person (the "insured") lives beyond the "term" of the policy.
Unlike some other types of life insurance, this term insurance does not build
up any cash or other policy values. The sole benefit that is available under
this policy is the "death benefit" payable in the "face amount" in the event
the insured dies while the policy is in effect.

"ASSUMED PREMIUM OUTLAY," AND "MAXIMUM" OR "GUARANTEED" PREMIUM

The illustrated policy has two sets of premiums associated with it. The first,
called the "Assumed Premium Outlay", is the rate Primerica Life expects to
charge for the term of the policy. This is referred to in the illustration as
the "scheduled" premium and in the policy contract as the "scheduled" or
"current" premium. The second rate is the "guaranteed" premium which is the
maximum Primerica Life is allowed by law to charge during the term of the
policy. This is referred to in the illustration and in the policy contract as
the "maximum" premium. Even though Primerica Life expects to charge the
"scheduled" premium rate for the life of the policy, it must reserve the right
to charge the "maximum" premium rate in case mortality, expenses and interest
experience is significantly different than what is currently expected.
Primerica Life fully allocates its expenses in the calculation of its
"scheduled" premium rates. Primerica Life has been issuing policies with this
type premium structure since 1986. We have never increased premiums beyond the
"scheduled" premium rate and do not expect to do so in the future. The premium
rates illustrated are expressed according to the "modal" premium method you
selected which is monthly.

THE "NUMERIC SUMMARY" AND THE "TABULAR DETAIL"

This life insurance illustration has a numeric summary page and a tabular
detail page. The numeric summary shows you both the maximum premium and the
scheduled premiums for different years. It also shows a "midpoint premium"
which is an amount between the scheduled premium and the maximum premium.

97350 903

PRIMERICA LIFE INSURANCE COMPANY
Executive Office: 3120 Breckinridge Blvd., Duluth, GA 30099-0001
LIFE INSURANCE BASIC ILLUSTRATION for
ERNEST R SMITH JR
and
Q431595869                                    EMMA J SMITH

The tabular detail page shows the death benefit and premium amounts for the
initial level premium period of the policy. Thereafter, death benefits and
premium amounts are shown every five years through policy expiry.

IMPORTANT TERMS USED IN THIS ILLUSTRATION

"Policy Years" are measured from the date the illustration was prepared.
"Death benefit" is total benefits paid upon death for each insured(s).
"Standard" refers to average risks, not subject to higher premiums because
of health, physical condition, activities, etc.
"Special" or "Rated" refer to risks that are greater than average risks
and require higher premiums because of health, physical condition,
activities, etc.
"Preferred Non-Tobacco Use" refers to an applicant who has passed the
Preferred Rate Analysis; does not exceed the Preferred Risk Build Table
Limits; and is a standard risk in all other respects.
"Non-Tobacco Use" is an applicant who has not used any form of tobacco for the
last 12 months.
"Tobacco Use" is an applicant who has used tobacco in the last 12 months.

ABOUT YOUR ILLUSTRATION

Illustrated for you is a modified premium term life insurance to age 80
policy, which we call the Custom Protection Mod 2000 Base Policy (Form number
D-25   ) with a modal premium payment. All modal premiums illustrated
include policy fees. All premiums are expressed in modal amounts. The total
scheduled modal premium for all coverage shown in the first year is
     $65.86. The second year scheduled modal premium is      $45.41.
COVERAGE FOR THE PRIMARY INSURED: ERNEST R SMITH JR
The base policy, which is for the primary insured who is a 30 year old male
and is in the standard non-tobacco  use premium class, has a death benefit
of   $100,000 and has a scheduled modal premium of   $39.91 and then it
is    $17.96 beginning the second year until the primary insured is age 65.
At age 65, the scheduled modal premium will increase yearly until expiry of
the policy.

**97350 903**

Prepared 12/16/1997                                              Page 3 of 6
                    PRIMERICA LIFE INSURANCE COMPANY
        Executive Office: 3120 Breckinridge Blvd., Duluth, GA 30099-0001
                    LIFE INSURANCE BASIC ILLUSTRATION for
                              ERNEST R SMITH JR
                                    and
    Q431595869                     EMMA J SMITH

ADDITIONAL COVERAGE FOR THE PRIMARY INSURED: ERNEST R SMITH JR
The increasing benefit rider which we call Custom Protection 5%   Insured IBR
(Form Number BI-I     ) that is being illustrated with the base policy
increases the death benefit by 5% in rider years 2 - 11.  Premiums increase
accordingly.  Please refer to the rider for additional important information.
This illustration includes a disability waiver of premium rider (Form Number
DWP        ).  The scheduled modal premium for this rider is    $2.57 in
the first year and ceases at age 60.  Benefits are available if the primary
insured becomes disabled before age 60.
COVERAGE FOR THE SPOUSE: EMMA J SMITH
The Spouse Term Insurance Rider which we call Custom Protection 2000 Spouse
Rider (Form Number C-25S     ) is for the spouse who is a 34 year old female
and is in the standard non-tobacco use premium class.  This rider has a death
benefit of    $100,000 and has a scheduled modal premium of    $17.20 until the
spouse is age 65.
At age 65, the scheduled modal premium will increase yearly until expiry
of the rider.
The increasing benefit rider which we call Custom Protection 5%    Spouse IBR
(Form Number BI-S     ) that is being illustrated with the spouse rider
increases the death benefit by 5% in rider years 2 - 11.  Premiums increase
accordingly.  Please refer to the rider for additional important information.
OTHER COVERAGE
A children's term insurance to age 25 rider, which we call Child Rider (Form
Number CH-25     ) is being included with this illustration.  This rider has a
death benefit of    $10,000 and has a scheduled modal premium (which is
guaranteed) for this rider of    $6.18 for all years it remains in effect.
Please refer to the rider for specific terms concerning eligibility,
convertibility and termination of coverage under this rider.
The Terminal Illness Accelerated Benefit (Form Number PL-EBOLA  ) is included
on this policy for the primary insured and spouse.  Please refer to the policy
for other important information regarding this benefit.
The Extension of Scheduled Premium Guaranteed Rider (Form Number G-P) is
included with this policy.  It extends the number of years the scheduled
premium is guaranteed for some coverages.  There is no extra charge for
this rider.  Please refer to the policy for details.

97350 903

Prepared 12/16/1997                                              Page 4 of 6
                    PRIMERICA LIFE INSURANCE COMPANY
        Executive Office: 3120 Breckinridge Blvd., Duluth, GA 30099-0001
                 LIFE INSURANCE BASIC ILLUSTRATION for
                          ERNEST R SMITH JR
                                and
0431595869                     EMMA J SMITH

                    THIS PAGE INTENTIONALLY LEFT BLANK

97350 903

Prepared 12/16/1997

PRIMERICA LIFE INSURANCE COMPANY
Executive Office: 3120 Breckinridge Blvd., Duluth, GA 30099-0001
LIFE INSURANCE BASIC ILLUSTRATION for
ERNEST R SMITH JR
and
0431595869                          EMMA J SMITH

NUMERIC SUMMARY

| Year | Policy Year | Maximum Modal Premium | Midpoint Modal Premium | Scheduled Modal Premium | Primary Insured's Age | Primary Insured's Death Benefit | Spouse's Age | Spouse's Death Benefit |
|---|---|---|---|---|---|---|---|---|
| 2001 | 05 | 49.84 | 49.84 | 49.84 | 34 | 120,000 | 38 | 120,000 |
| 2006 | 10 | 60.98 | 60.98 | 60.98 | 39 | 145,000 | 43 | 145,000 |
| 2011 | 15 | 57.46 | 57.46 | 57.46 | 44 | 150,000 | 48 | 150,000 |
| 2016 | 20 | 57.46 | 57.46 | 57.46 | 49 | 150,000 | 53 | 150,000 |
| 2037 | 41 | 1,561.77 | 1,161.68 | 761.58 | 70 | 100,000 | 74 | 114,000 |

The premium amounts shown include premiums for additional benefits described
in the narrative.

*BIX0431595869*

## 97350 903

Prepared 12/16/1997

Page 6 of 6

PRIMERICA LIFE INSURANCE COMPANY
Executive Office: 3120 Breckinridge Blvd., Duluth, GA 30099-0001
LIFE INSURANCE BASIC ILLUSTRATION for
ERNEST R SMITH JR
and
EMMA J SMITH

0431595869

TABULAR DETAIL

| Year | Policy Year | Primary Insured's Age | Primary Insured's Death Benefit | Spouse's Age | Spouse's Death Benefit | Maximum Modal Premium | Scheduled Modal Premium |
|---|---|---|---|---|---|---|---|
| 1997 | 01 | 30 | 100,000 | 34 | 100,000 | 65.86 | 65.86 |
| 1998 | 02 | 31 | 105,000 | 35 | 105,000 | 45.41 | 45.41 |
| 1999 | 03 | 32 | 110,000 | 36 | 110,000 | 46.89 | 46.89 |
| 2000 | 04 | 33 | 115,000 | 37 | 115,000 | 48.37 | 48.37 |
| 2001 | 05 | 34 | 120,000 | 38 | 120,000 | 49.84 | 49.84 |
| 2002 | 06 | 35 | 125,000 | 39 | 125,000 | 51.67 | 51.67 |
| 2003 | 07 | 36 | 130,000 | 40 | 130,000 | 53.66 | 53.66 |
| 2004 | 08 | 37 | 135,000 | 41 | 135,000 | 55.86 | 55.86 |
| 2005 | 09 | 38 | 140,000 | 42 | 140,000 | 58.28 | 58.28 |
| 2006 | 10 | 39 | 145,000 | 43 | 145,000 | 60.98 | 60.98 |
| 2007 | 11 | 40 | 150,000 | 44 | 150,000 | 63.93 | 63.93 |
| 2008 | 12 | 41 | 150,000 | 45 | 150,000 | 57.46 | 57.46 |
| 2009 | 13 | 42 | 150,000 | 46 | 150,000 | 57.46 | 57.46 |
| 2010 | 14 | 43 | 150,000 | 47 | 150,000 | 57.46 | 57.46 |
| 2011 | 15 | 44 | 150,000 | 48 | 150,000 | 57.46 | 57.46 |
| 2012 | 16 | 45 | 150,000 | 49 | 150,000 | 57.46 | 57.46 |
| 2013 | 17 | 46 | 150,000 | 50 | 150,000 | 57.46 | 57.46 |
| 2014 | 18 | 47 | 150,000 | 51 | 150,000 | 57.46 | 57.46 |
| 2015 | 19 | 48 | 150,000 | 52 | 150,000 | 57.46 | 57.46 |
| 2016 | 20 | 49 | 150,000 | 53 | 150,000 | 57.46 | 57.46 |
| 2021 | 25 | 54 | 150,000 | 58 | 150,000 | 256.25 | 82.90 |
| 2026 | 30 | 59 | 124,000 | 63 | 120,000 | 334.65 | 123.85 |
| 2031 | 35 | 64 | 100,000 | 68 | 114,000 | 642.41 | 299.40 |
| 2036 | 40 | 69 | 100,000 | 73 | 114,000 | 1,343.60 | 650.37 |
| 2041 | 45 | 74 | 100,000 | 78 | 114,000 | 2,480.09 | 1,057.36 |
| 2046 | 50 | 79 | 100,000 | N/A | N/A | 1,563.04 | 616.99 |

The premium amounts shown include premiums for additional benefits described
in the narrative.

Prepared 12/16/1997

Page 5 of 6

PRIMERICA LIFE INSURANCE COMPANY
Executive Office: 3120 Breckinridge Blvd., Duluth, GA 30099-0001
LIFE INSURANCE BASIC ILLUSTRATION for
ERNEST R. SMITH JR
and
EMMA J. SMITH

0431595869

NUMERIC SUMMARY

| Policy Year | Year | Maximum Modal Premium | Midpoint Modal Premium | Scheduled Modal Premium | Primary Insured's Age | Primary Insured's Death Benefit | Spouse's Age | Spouse's Death Benefit |
|---|---|---|---|---|---|---|---|---|
| 2001 | 05 | 49.84 | 49.84 | 49.84 | 34 | 120,000 | 38 | 120,000 |
| 2006 | 10 | 60.98 | 60.98 | 60.98 | 39 | 145,000 | 43 | 145,000 |
| 2011 | 15 | 57.46 | 57.46 | 57.46 | 44 | 150,000 | 48 | 150,000 |
| 2016 | 20 | 57.46 | 57.46 | 57.46 | 49 | 150,000 | 53 | 150,000 |
| 2037 | 41 | 1,561.77 | 1,161.68 | 761.58 | 70 | 100,000 | 74 | 114,000 |

The premium amounts shown include premiums for additional benefits described
in the narrative.

# SIGN AND
# RETURN THIS PAGE

I have received a copy of this illustration and understand that any non-guaranteed elements illustrated
are subject to change and could be either higher or lower. The agent has told me that they are not
guaranteed. I also understand this illustration is not a contract of insurance.

Applicant: X _Ernest Smith Jr_     Date: 1/4/98

I certify that this illustration has been presented to the applicant and that I have explained that any
non-guaranteed elements illustrated are subject to change. I have made no statements that are
inconsistent with the illustration.

Agent: _Penny_     Date: 1/4/98

# PRIMERICA
## Life Insurance Company



Owner:  EMMA J SMITH
Representative:  UMU45
    PENNY JANY PATTERSON

**This receipt acknowledges delivery of my Primerica Life Insurance Policy.**

1/4/98
Date

Emma Smith
Policyowner Signature

**PLEASE SIGN THIS RECEIPT AND RETURN TO PRIMERICA LIFE INSURANCE COMPANY.**

Received Mar 25 02:41PM (00:49) on Fax Server Line (2) for 'MSPOS1'   WORKSRV1 printed MSP351917971ASD on Mar 25 02:41PM * Pg 1/1
Mar-25-98 01:34P CHERE D CORMIER                504 833 2752              P.01
Mar.25 '98 15:47        LMPRSMITH   LMPRSMI 7        FAX 5043475002        P. 2

Please draft 65.86 from my account
At Louisiana Central Credit Union 824
Elmwood Park Blvd, Suite 100 Herahan LA 70123
Account Number - 35962
Routing Number - 263075634
Policy Owner - Ernest Smith Jr
Policy Number - 0431595869

Please draft on the 25th of each month.

No Checks on this        — Thank You
Account.                    Ernest Smith
                            3-25-98
                            504-340-5673
                            3896 Birchfield Dr
                            Harvey LA 70058

To: Primerica Life Insurance

Dept: Pac

FAX - 770-564-6454

1 Page

**PAC0431595869**

| Apply for Reinstatement Today! | | Notice of Lapsed Policy | |
|---|---|---|---|

**PRIMERICA**
Life Insurance Company

3120 Breckinridge Boulevard
Duluth, Georgia 30099-0001

| PRODUCT DESCRIPTION | PERIOD COVERED | AMOUNT DUE |
|---|---|---|
| LIFE INSURANCE | 08/25/1998-12/25/1998 | $244.88 |
| | | *PLEASE RETURN THIS ENTIRE FORM.* |

0431595869
EMMA J SMITH
FOR ERNEST R SMITH JR
3896 BIRCHFIELD DR
HARVEY LA 70058-2005

I hereby request that consideration be given in reinstating the policy described above and acceptance of the premium paid herein, to thereby again establish said policy in full force and effect. I further declare that the following questions have been answered to the best of my knowledge and belief and that the answers are complete and true and not

RST0431595869

## Application For Reinstatement

1. What is your present occupation? (Give exact duties)  Realtor

2. Have you or any other person insured under the policy had any illness, injury or been treated by any physician since the date of issue of this policy? ☐ Yes ☑ No  If yes, give details including date, duration, and complete name and address of attending physician.

3. To the best of your knowledge and belief, are you and any other person insured under the policy now in good health and free from any impairments and disabilities? ☑ Yes ☐ No  If no, give complete details.

4. Since the date of issue of this policy, have you or any other person insured under the policy made application for life or health insurance or for reinstatement that was postponed, declined or modified as to kind, amount or rates? ☐ Yes ☑ No  If yes, give complete details.

5. Have you or any other person insured under the policy ever been an airplane pilot or received instructions in flying, or contemplate doing so? ☐ Yes ☑ No  If yes, give details and enclose aviation form.

6. In the past 10 years have you or any other person insured under the policy been diagnosed or treated for Acquired Immune Deficiency Syndrome (AIDS) or immune deficiency related disorders? ☐ Yes ☑ No

7. In the past year have you or any other person insured under the policy smoked cigarettes? ☐ Yes ☑ No  If yes, give complete details including name of person.

I hereby certify that the foregoing statements and answers are correct and wholly true and have been made by me to induce the Company to reinstate said policy. I agree (1) that the policy shall not be reinstated until this application has been approved by the Executive Officer; (2) that if any statement made herein be in any respect untrue, the Company shall be under no liability by reason of the attempted reinstatement for a period from the date of such reinstatement equal to the number of years stated in the Incontestability Provision of said policy; and (3) to accept return of any amount paid herewith should the Company decline to approve this application.

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company, the Medical Information Bureau or other organization, institution or person that has any record or knowledge of me or my health, to give to Primerica Life Insurance Company or its reinsurers any such information. A photographic copy of this authorization shall be as valid as the original.

Dated at  NOV   this  1   day of  NOV   19  98

X _____
Signature of Witness

X _____
Signature of Spouse if to be insured

X _____
Signature of Insured

X _____
Signature of Owner, if other than Insured

## Please Indicate Your Choice For *Future* Payment.

If you wish to change your payment method:
1. Indicate your choice for *future* payment method in one of the boxes at right.
2. If you are choosing monthly bank draft:
   - Enclose a void check from the account to be drafted.
   - Indicate the day of the month to draft this account.
3. Complete the signature line for changing *future* payment method.

If you have any questions, please call our toll-free Assistance Line at **1-800-257-4725**.

| ☑ MONTHLY BANK DRAFT* | ☐ ANNUAL | ☐ SEMI-ANNUAL | ☐ QUARTERLY |
|---|---|---|---|
| $65.86 | $703.40 | $363.08 | $183.67 |

☑ INDICATE DESIRED BANK DRAFT DAY.

SIGNATURE X _____  DATE _____

\* By choosing the monthly bank draft option, you are approving the Authorization to Honor Transfers of Funds directed by Primerica Life Insurance Company on the reverse side of this form. Please attach void check.

*PLEASE PAY THIS AMOUNT*  $244.88

Check the box below if your address has changed. Then, please complete the change of address section on the back of this form.

PLK-3

00000000PB8306 0000000000000 0431595869 000024488 8

## AUTHORIZATION TO HONOR TRANSFERS OF FUNDS DIRECTED BY
## PRIMERICA LIFE INSURANCE COMPANY

I (we) authorize PRIMERICA LIFE INSURANCE COMPANY to deduct premiums from my (our) account.

This authorization is to remain in effect until Primerica Life Insurance Company and/or my bank have received written notification from me (or either of us) of its termination and have been given a reasonable time to act on it.

I (we) further agree that, if any such transfer of funds be rejected or dishonored, the COMPANY shall be under no liability even if non-payment results in loss of insurance coverage.

Information regarding your insurability will be treated as confidential. Primerica Life Insurance Company and its reinsurers may, however, make a brief report thereon to the Medical Information Bureau, a non-profit membership organization of life insurance companies, which operates an information exchange on behalf of its members. If you apply to another Bureau member company for life or health insurance coverage, or a claim for benefits is submitted to such a company, the Bureau, upon request, will supply such company with the information in its file.

Upon receipt of a request from you, the Bureau will arrange disclosure of any information it may have in your file. (Medical information will be disclosed only to your attending physician.) If you question the accuracy of information in the Bureau's file, you may contact the Bureau and seek a correction in accordance with the procedures set forth in the Federal Fair Credit Reporting Act. The address of the Bureau's information office is Post Office Box 105, Essex Station, Boston, Massachusetts 02112, telephone number (617) 426-3660.

Primerica Life Insurance Company and its reinsurers may also release information in its file to other life insurance companies to whom you may apply for life or health insurance, or to whom a claim for benefits may be submitted.

As a part of our normal procedure for processing your application, an investigative consumer report may be prepared whereby information is obtained through personal interviews with your neighbors, friends or others with whom you are acquainted. This inquiry, if obtained, typically includes information as to your character, general reputation, personal characteristics and mode of living. You have the right to make a written request within a reasonable period of time to receive additional, detailed information about the nature and scope of this investigation. Please address your request to our Underwriting Department.

| CHANGE MY MAILING ADDRESS TO: |
| --- |
| Name _____ |
| Address_____ Apt. # _____ |
| City_____ State_____ Zip Code _____ |
| Day Phone #(_____)_____ Evening Phone #(_____)_____ |
| Area Code                                Area Code |

· Louisiana Central Credit
Union·
      824 Elmwood Park Blvd.
Suite 100·
         Harahan LA 70123

Account 35962
· Routing Number· 265075634

Draft date
      ( 3rd· )

Ernest Smith Jr
      Areal
Emma Smith
         Nov 1, 1998

31595869

Louisiana Central Credit

Union.
     824 Elmwood Park Blvd.
Suite 100.
     Herahan LA 70123


Account 35962
Routing Number. 265075634


Draft date
     (3rd)



Ernest Smith Jr
     Acc
Emma Smith
          Nov 1, 1998



PAC0431595869

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

00001142300.1

# ROLLFILM REQUEST

Name __S. Mintz__    Extension __7933__

Department _____POS_____

Document Code ___PAC___

Check one:

**New Business**                    **POS/POA**

☐  Process                          ☑  Process

☐  Destroy                          ☐  Destroy

☐  Priority*                        ☐  Priority*

*Return priority to ___PAC Unit.___

**Note!**

All attached documents must include policy #

All attached documents must be part of the same transaction (same policy # or same document code)

31595869

Louisiana Central Credit
Union
    624 Elmwood Park Blvd
Suite 100
    Harrahan LA 70123

Account 35967
Routing Number 265075634

Draft date
( 3rd )

Arnest Smith Jr

Ernest Smith

Ernest

PAC0431595869

00001 090601 001

# MEMBER
## IDENTIFICATION CARD

Name **Ernest Smith Jr.**

35962

LOUISIANA CENTRAL CREDIT UNION
823 Elmwood Park Blvd. Suite 100
Harahan, LA 70123
504-731-0356 / 1-887-0356

# PRIMERICA
## Life Insurance Company

Executive Offices:
3120 Breckinridge Boulevard
Duluth, Georgia 30099-0001

For Client Services
Mon. - Fri. 9am - 6pm
Call 1-800-257-4725
1-800-338-0866 Spanish
1-800-824-1715 TDD Line

November 25, 1998

0431595869
Emma J Smith
3596 Birchfield Dr
Harvey, LA 70058-2005

RE: Policy Number - 0431595869

Dear Policyowner:

We received your request for a PAC change on your policy. To complete your request, additional information is needed. Please return all attached items along with the required information:

   (X)  NO AUTHORIZATION SIGNATURE

   (X)  VOID CHECK

To prevent a draft against your old account, we have changed your policy to quarterly direct billing. When you receive a bill during this period your payment will prevent possible lapsing of your policy or the need to draw multiple drafts against your new account.

IMPORTANT: ANY PREMIUM 31 DAYS PAST DUE WILL CAUSE YOUR POLICY TO LAPSE.

Should you have any questions, please call our Client Services Line.

Sincerely,

*Valerie Usher*

Valerie Usher
Policy Owner Service

Enclosure

Primerica Life Insurance Company
Boston, Massachusetts
Underwriter for Primerica Financial Services

If you wish to preauthorize another person for notification of abnormal test results, please provide the name and address below. We encourage you to authorize a physician or other health care provider for the purpose of discussing test results.

**NAME, ADDRESS AND PHONE # OF PHYSICIAN OR HEALTH CARE PROVIDER (Please Print):**

NAME:

ADDRESS:

PHONE NUMBER:

**INFORMED CONSENT:**

I have read and I understand this NOTICE AND CONSENT FOR BLOOD AND BODY FLUID TESTING. I voluntarily consent to the withdrawal of blood from me by needle and/or the withdrawal of a body fluid sample, and the testing of that blood and/or body fluid as described above, and the disclosure of the test results as described above, including disclosure to the person, if any, indicated above. I have read the information on this form about what a test result means and understand that I should contact a local AIDS service group or my physician or health care provider for further information and counseling if the HIV test result is abnormal. If I elected body fluid testing, I acknowledge that: 1) the agent has discussed, and I have received the information about providing a body fluid specimen, the collection device and HIV/AIDS; 2) I have read and understand this information, including that I may elect a blood or a body fluid collection method of test; and 3) I understand that I am responsible to avail myself for any necessary retesting, and if I choose not to do so, I authorize the Company to consider my inaction as my request to withdraw my application for insurance. I understand that I have the right to request and receive a copy of this authorization. A photocopy of this form will be as valid as the original.

Name of Proposed Insured: _Ernest R. Smith Jr._

Birth Date: _01 05 1968_

Social Security Number of Proposed Insured: _68 68_

Application or Policy Number: _0431595869_

Date signed by Proposed Insured: _04 19 2001_
(or Parent/Guardian)

Signature of Proposed Insured: _Ernst Smith Jr_
(or Parent/Guardian)

HIV0431595869

PLA-899

# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICES: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001 • (770) 381-1000

## NOTICE AND CONSENT FOR BLOOD AND BODY FLUID TESTING

To help evaluate your insurability, Primerica Life Insurance Company has requested that you elect to provide samples of your blood and/or other body fluids for testing and analysis. Depending on your age, your medical history and the amount or the type of insurance applied for, you may be asked to provide a sample of blood and/or body fluids, such as saliva, for testing and analysis. All tests will be performed by a licensed laboratory. By signing and dating this form, you agree that the testing and analysis may be performed on your blood and/or other body fluid samples.

The tests to be performed will include a test to try to determine the presence of antibodies or antigens to the Human Immunodeficiency Virus (HIV), also known as the AIDS virus. The HIV test performed is actually a series of tests designed to determine the presence of these antibodies or antigens. If you have been infected with the HIV virus, which causes AIDS, your body may have produced HIV antibodies which try to get rid of the infection.

You may be requested to provide a sample of your body fluids (e.g., saliva) for testing for evidence of HIV antibodies and foreign substances such as continine and cocaine. You may be requested to provide a sample of your blood for testing for evidence of HIV antibodies, and for other testing such as determining blood cholesterol and related lipids (fats) and screening for diabetes, liver and kidney disorders.

## TESTING CONSIDERATIONS:

Many public health organizations recommend a person seek counseling before taking an HIV related test, to become informed about the implications of such test. You may wish to consider counseling, at your expense, prior to being tested.

## MEANING OF A POSITIVE TEST RESULT:

Either HIV test is reliable. A blood test is more reliable than a body fluid test. You may elect which sample you prefer to provide for initial testing. In some instances, the test results may be abnormal ("positive") for persons who are not infected with the virus. Additionally, the test results may occasionally be normal ("negative") in persons who are infected with HIV, especially when the infection has occurred within the previous 6 months.

While abnormal HIV test results do not mean you have AIDS, they could mean you have a significantly increased risk of developing AIDS or AIDS-related conditions and you should consider further independent testing. Federal authorities say that persons who are HIV positive should be considered to be infected with the AIDS virus and capable of infecting others. An abnormal test result or other significant blood or body fluid abnormalities may adversely affect your application for insurance. This means that your application may be declined, that an increased premium may be charged, or that other policy changes may be necessary.

## DISCLOSURE OF POSITIVE TEST RESULTS:

All test results will be treated confidentially. The results of the test will be reported by the laboratory to the Insurer. The test results will be disclosed to employees of the Insurer who have the responsibility to make underwriting decisions on behalf of the Insurer or to outside legal counsel who need such information to effectively advise the Insurer with regard to your application for insurance. The results also may be reported to the Insurer's affiliates or reinsurers in connection with insurance you have applied for. In addition, if you are refused insurance because your HIV test is abnormal, a generic code signifying non-specific blood abnormality will be reported to the Medical Information Bureau, Inc. (MIB). Test results will not otherwise be disclosed, except as required by law or as authorized by you.

## NOTIFICATION OF TEST RESULTS:

If your HIV test results are normal, no notification will be sent to you. If your HIV tests are abnormal, the Insurer will contact you, your legal guardian, or another person authorized by you.

PLA-688                                    INSURER                                    4.95