# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001 • 1-800-257-4725

## POLICY CHANGE APPLICATION

Insured: Ernest R. Smith, Jr.

Policy Number: 0431595869

**MEDICAL QUESTIONS MUST BE COMPLETED ON ALL COVERAGE INCREASES, ADDITIONS, CONVERSIONS AND REINSTATEMENTS**

### GENERAL INFORMATION – PRIMARY INSURED

Print Name, Last, First, MI: Smith, Jr. / Ernest / R.
Social Security Number: 60-7124-6869
Date of Birth: 01/05/1968
Nearest Age: 32
Male: X  Female: ☐
Work Phone No.: 504-241-4670
Home Phone No.: 504-651-4645
Insured's Occupation: Truck Driver
Gross Monthly Earnings: 3000.00
Street: 103 Warwick Street
Apt. Number:
City, State, Zip Code: Laplace, LA 70068
Yrs. at Address: 3

### GENERAL INFORMATION – SPOUSE

Print Name, Last, First, MI: Smith / Emma / J
Social Security Number: 4315
Date of Birth: 05/21/1964
Nearest Age: 36
Male: ☐  Female: X
Work Phone No.: 504-832-8180
Home Phone No.: 504-651-4645
Spouse's Occupation: Real Estate Agent
Gross Monthly Earnings: 1300.00
Street: 103 Warwick Street
Apt. Number:
City, State, Zip Code: Laplace, LA 70068
Yrs. at Address: 3

### GENERAL INFORMATION – OWNER (IF OTHER THAN PRIMARY INSURED)

Print Name, Last, First, MI: Smith / Emma / J
Male: ☐  Female: X
Social Security Number: 4315
Work Phone No.: 504-832-8180
Home Phone No.: 504-651-4645
Relationship to Insured: Spouse
Street: 103 Warwick Street
Apt. Number:
City, State, Zip Code: Laplace, LA 70068

### GENERAL INFORMATION – OTHER INSURED (IF OTHER THAN PRIMARY INSURED AND FOR EXISTING RIDERS ONLY)

Print Name, Last, First, MI:
Male: ☐  Female: ☐
Social Security Number:
Work Phone No.:
Home Phone No.:
Relationship to Insured:
Street:
City, State, Zip Code:

PLA-B6

Page 1

PCF0431595869

EXHIBIT B

1. **POLICY CHANGES - PRIMARY INSURED:**
   *Must complete medical questions when adding benefits*
   ☐ Preferred  ☒ Non-Tobacco Use  ☐ Tobacco Use

   FOR DT-65/BART PRODUCTS ONLY
   ☐ Smoker  ☐ Preferred  ☐ Non Smoker

   A. POLICY EXCHANGES
      ☐ 25 Level  ☐ 25 Mod  ☐ 20 Yr.  ☐ 10 Yr.  ☐ DT 65
      ☐ Other _____
      ☐ Back Date to Save Age ____ Date Requested ____
      (Premium Required)
      ☐ Increase Coverage by $ ___0,0__ for a total of $ ___0,0__ in coverage.

   B. RIDER ADDITIONS - (INCREASES TO COVERAGE ARE CONTESTABLE PER THE RIDER'S INCONTESTABILITY PROVISION)
      ☐ 25 Level  ☒ 20 Yr.  ☐ 15 Yr.  ☐ 10 Yr.  ☐ DT 65
      ☐ Other _____
      ☐ Back Date to Save Age ____ Date Requested ____
      (Premium Required)
      ☒ Increase Coverage by $ _200,000.00_ for a total of $ _300,000.00_ in coverage.
      ☐ Add Waiver of Premium

   C. POLICY DECREASES
      ☐ 25 Level  ☐ 25 Mod  ☐ 20 Yr.  ☐ 15 Yr.  ☐ 10 Yr.
      ☐ Other _____
      ☐ Decrease Coverage by $ ___0,0__ for a total of $ ___0,0__ in coverage.
      ☐ Delete Waiver of Premium
      ☐ Cancel Rider

   D. IBR - (AVAILABLE ONLY FOR POLICY EXCHANGES WITH INCREASES TO COVERAGE)
      ☐ Delete IBR  ☐ Add IBR  ☐ 5%  ☐ 10%

   E. REINSTATEMENT
      INCREASES TO COVERAGE ARE CONTESTABLE PER THE POLICY'S INCONTESTABILITY PROVISION. A NEW 2 YEAR CONTESTABILITY PERIOD BEGINS WITH REINSTATEMENT, REGARDLESS OF THE ELECTION BELOW:
      ☐ Original Date (All back premiums required)  ☐ Redate (Current mode premium or PAC required)

   SUMMARY OF CHANGES (For Agent Use) _Add 20yr Custom Rider with $200,000 death benefit for a total of $300,000. No IBR._

2. **POLICY CHANGES - SPOUSE:**
   *Must complete medical questions when adding benefits*
   ☐ Preferred  ☒ Non-Tobacco Use  ☐ Tobacco Use

   FOR DT-65/BART PRODUCTS ONLY
   ☐ Smoker  ☐ Non Smoker

   A. POLICY EXCHANGES
      ☐ 25 Level  ☐ 25 Mod  ☒ 20 Yr.  ☐ 15 Yr.  ☐ 10 Yr.  ☐ DT 65
      ☐ Other _____
      ☐ Back Date to Save Age ____ Date Requested ____
      (Premium Required)
      ☒ Increase Coverage by $ _200,000.00_ for a total of $ _300,000.00_ in coverage.

   B. RIDER ADDITIONS (INCREASES TO COVERAGE ARE CONTESTABLE PER THE RIDER'S INCONTESTABILITY PROVISION)
      ☐ 25 Level  ☒ 20 Yr.  ☐ 15 Yr.  ☐ 10 Yr.
      ☐ Other _____
      ☐ Back Date to Save Age ____ Date Requested ____
      (Premium Required)
      ☒ Increase Coverage by $ _200,000.00_ for a total of $ _300,000.00_ in coverage.

   C. POLICY DECREASES
      ☐ 25 Level  ☐ 25 Mod  ☐ 20 Yr.  ☐ 15 Yr.  ☐ 10 Yr.
      ☐ Other _____
      ☐ Decrease Coverage by $ ___0,0__ for a total of $ ___0,0__ in coverage.
      ☐ Cancel Rider

   D. IBR - (AVAILABLE ONLY FOR POLICY EXCHANGES WITH INCREASES TO COVERAGE)
      ☐ Delete IBR  ☐ Add IBR  ☐ 5%  ☐ 10%  (Percentage must be equal to Primary %)

   SUMMARY OF CHANGES (For Agent Use) _Add 20yr. Custom Rider with $200,000 death benefit for a total of $300,000. No IBR._

PLA-86                                         Page 2                                         12.98

3. **POLICY CHANGES - CHILD(REN):**

- ☐ Add New Child Rider* ⎵⎵⎵⎵ Units (1 to 25 whole units only) (subject to the Rider's Incontestability Provision)
- ☐ Add Additional $ ⎵⎵⎵⎵.0,0  for a total of $ ⎵⎵⎵⎵⎵⎵.0,0 in coverage.*
- ☒ Add Additional children to existing Child Rider* (In space provided below)
- ☐ Delete Child from existing Child Rider (in space provided below)
- ☐ Decrease Coverage by $ ⎵⎵⎵⎵⎵.0,0 for a total of $ ⎵⎵⎵⎵⎵.0,0 in coverage.
- ☐ Cancel Child Rider
- ☐ Other _____

| Full Names of Children Proposed for Insurance | Resides with Primary (Yes/No) | Sex | Relationship to Primary Insured (Son, Daughter, stepchild, etc.) | Date of Birth Mo. / Day / Yr. | Height Ft. In. | Weight Lbs. | Social Security Number |
|---|---|---|---|---|---|---|---|
| Queentene Jefferson | N | F | Daughter | 03/27/87 | 4'8" | 90 | ___-__-5222 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

*Must answer medical questions for each proposed insured child who is not automatically covered under the terms of the child rider. Medical questions must also be answered for any increases in coverage.

SUMMARY OF CHANGES (For Agent Use) _____

4. **SUPPLEMENTAL CHANGES:**

Delete

- ☐ Annuity Rider
- ☐ APDA Rider
- ☐ Change Contribution Amount $ ⎵⎵⎵⎵⎵⎵.0,0
- ☐ Surrender Annuity: Withhold Federal Income Tax?  ☐ Yes  ☐ No      SSN: ⎵⎵⎵ ⎵⎵ ⎵⎵⎵⎵
- ☐ WPDI
- ☐ Other _____

SUMMARY OF CHANGES (For Agent Use) _____

5. **PRIMARY/SPOUSE SWAP (Beneficiary Designation Required on Page 6):**
   **(REMEMBER TO MAKE OWNERSHIP CHANGE IF APPLICABLE)**

☐ Primary Exchange

New Primary ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵  ⎵⎵⎵⎵⎵⎵⎵⎵⎵  ⎵⎵
                    Last                                    First            MI

Social Security No. ⎵⎵⎵ ⎵⎵ ⎵⎵⎵⎵

New Spouse ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵  ⎵⎵⎵⎵⎵⎵⎵⎵⎵  ⎵⎵
                    Last                                    First            MI

Social Security No. ⎵⎵⎵ ⎵⎵ ⎵⎵⎵⎵

PLA-86                                Page 3                                  12.98

**6. TRANSFERS OF OWNERSHIP:**

Current Owner ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵   ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵   ⎵⎵⎵
                      Last                                       First                 M.I.

Transfer ownership of Policy # ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵, along with all rights, title and interest in said Policy to

New Owner ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵   ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵   ⎵⎵⎵
                    Last                                       First               M.I.

**(NEW OWNER MUST COMPLETE THE FOLLOWING:)**

Social Security Number ⎵⎵⎵ ⎵⎵ ⎵⎵⎵⎵   Date of Birth ⎵⎵ ⎵⎵ ⎵⎵⎵⎵

Street ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵ Apt. Number ⎵⎵⎵⎵

City, State, Zip ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵ ⎵⎵ ⎵⎵⎵⎵⎵

Day Telephone Number ⎵⎵⎵ ⎵⎵⎵ ⎵⎵⎵⎵   Night Telephone Number ⎵⎵⎵ ⎵⎵⎵ ⎵⎵⎵⎵

Relationship to Insured: _____

It is expressly declared that the Company shall not be responsible for the sufficiency or validity of this transfer of ownership.

DATE ⎵⎵ ⎵⎵ ⎵⎵⎵⎵   1. _____
                                            Signature of Previous Policy Owner

X _____   2. _____
        Signature of Witness                            Signature of New Policy Owner

X _____   3. _____
        Signature of Witness             Signature of Previous Owner's Spouse (if living in Community Property State),
                                                  or Irrevocable Beneficiary, or Assignee.

## Primary, Spouse & Child Medical Questions

**1a. PRIMARY INSURED WEIGHT AND TOBACCO INFORMATION**

Height: ⎵⎵ Ft. ⎵⎵ in.   Weight: ⎵⎵⎵ Lbs.   Have you gained or lost weight in the past 12 months?   Yes ☐   No ☒

Number of lbs. gained: ⎵⎵⎵   Number of lbs. lost: ⎵⎵⎵   Cause: _____

Have you used tobacco in any form in the last 12 months?   Yes ☐   No ☒   If yes, check which: ☐ Cigarettes ☐ Pipes, cigars, smokeless tobacco

Have you used tobacco in any form in the last 3 years?   Yes ☐   No ☒

**1b. SPOUSE INSURED WEIGHT AND TOBACCO INFORMATION**

Height: ⎵⎵ Ft. ⎵⎵ in.   Weight: ⎵⎵⎵ Lbs.   Have you gained or lost weight in the past 12 months?   Yes ☐   No ☒

Number of lbs gained: ⎵⎵⎵   Number of lbs lost: ⎵⎵⎵   Cause: _____

Have you used tobacco in any form in the last 12 months?   Yes ☐   No ☒   If yes, check which: ☐ Cigarettes ☐ Pipes, cigars, smokeless tobacco

Have you used tobacco in any form in the last 3 years?   Yes ☐   No ☒

### The following questions must be answered for Primary, and if applicable, Spouse and Child(ren).

| 2. In the past 10 years have you been treated for or had any indication of: | Primary | | Spouse and/or Child | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Chest pain, angina, heart murmur, heart attack, stroke or other disorder of the heart or blood vessels? | ☐ | ☒ | ☐ | ☒ |
| b. Nervous or mental disorders, epilepsy in any form, seizure disorders of any type, or paralysis? | ☐ | ☒ | ☐ | ☒ |
| c. Diabetes or elevated sugar in the blood or urine? | ☐ | ☒ | ☐ | ☒ |
| d. Alcoholism, alcohol abuse or been advised to discontinue alcohol use? | ☐ | ☒ | ☐ | ☒ |
| e. Drug dependency or drug use involving any narcotic, depressant, stimulant, hallucinogenic or marijuana? | ☐ | ☒ | ☐ | ☒ |
| f. Disorder of the skin or lymph glands, unexplained fevers, cyst, tumor or cancer? | ☐ | ☒ | ☐ | ☒ |
| g. Syphilis, gonorrhea, genital herpes, or other venereal diseases and sexually transmitted diseases? | ☐ | ☒ | ☐ | ☒ |
| h. Lupus, scleroderma or other connective tissue disease? | ☐ | ☒ | ☐ | ☒ |
| 3. Have you ever had, or do you have a disorder of the immune system, including Acquired Immune Deficiency Syndrome (AIDS) or Human Immunodeficiency Virus (HIV)? | ☐ | ☒ | ☐ | ☒ |
| 4. Have you had a positive (unfavorable) HIV or other AIDS test? | ☐ | ☒ | ☐ | ☒ |
| 5a. Have you ever been convicted of a felony? | ☐ | ☒ | ☐ | ☒ |
| b. Have you ever been convicted of a drug related charge? | ☐ | ☒ | ☐ | ☒ |
| If yes to 5a and/or 5b, describe in detail and give conviction date(s) including county and state. | | | | |

PLA-86                                Page 4                                12.98

| | | Primary | | Spouse and/or Child | |
|---|---|---|---|---|---|
| 6. In the past 5 years have you been treated for or had any indication of: | | Yes | No | Yes | No |
| a. Anemia or any other disorder of the blood? | | ☐ | ☒ | ☐ | ☒ |
| b. High blood pressure (hypertension)? | | ☐ | ☒ | ☐ | ☒ |
| c. Ulcer or disorder of the stomach, intestines, liver or pancreas? | | ☐ | ☒ | ☐ | ☒ |
| d. Disorder of kidney, bladder, prostate or reproductive organs? | | ☐ | ☒ | ☐ | ☒ |
| e. Asthma, bronchitis, emphysema, tuberculosis, or any other disorder of the lungs or respiratory system? | | ☐ | ☒ | ☐ | ☒ |
| f. Arthritis or disorder of the muscles or bones, including back and spine or joints? | | ☐ | ☒ | ☐ | ☒ |
| 7a. Are you now under observation or receiving treatment for any mental, physical or nervous condition? | | ☐ | ☒ | ☐ | ☒ |
| b. Are you now temporarily or permanently disabled or receiving any form of disability payments? | | ☐ | ☒ | ☐ (W.B.) | ☒ |
| 8. In the past 3 years other than as answered above, have you: | | | | | |
| a. Had any checkup or examination, or been a patient in a hospital, clinic or other medical facility? | | ☒ | ☐ | ☒ | ☐ |
| b. Had any electrocardiogram, x-ray or diagnostic test? | | ☐ | ☒ | ☐ | ☒ |
| c. Been advised to have any diagnostic test, hospitalization or surgery which has not yet been done? | | ☐ | ☒ | ☐ | ☒ |
| 9. In the past 3 years have you: | | | | | |
| a. Been postponed, rated or declined for life, health, accident or sickness insurance? | | ☐ | ☒ | ☐ | ☒ |
| b. Flown as a pilot, student pilot, or crew member on any aircraft or do you plan on doing so? (If yes, the Aviation Questionnaire must be completed) | | ☐ | ☒ | ☐ | ☒ |
| c. Engaged or do you intend to engage in any hazardous sports such as scuba diving, mountain climbing, hang gliding, parachuting, auto, motorcycle, snowmobile or boat racing? (If yes, the Hazardous Sports Questionnaire must be completed) | | ☐ | ☒ | ☐ | ☒ |
| d. Operated or been a passenger on a motorcycle, or do you intend to do so? | | ☐ | ☒ | ☐ | ☒ |
| e. Been cited for a DUI or 2 or more moving violations of any motor vehicle law? If yes, list details, including county and state. | | ☐ | ☒ | ☐ | ☒ |
| f. Had your license suspended or revoked, or is your license currently suspended or revoked? If yes list details including county and state. | | ☐ | ☒ | ☐ | ☒ |
| 10. Has either parent died prior to age 65 due to cancer or cardiovascular disease? | | ☐ | ☒ | ☐ | ☒ |

**Details of Medical Questions 2 through 10.**
EXPLANATION - DIAGNOSIS AND DETAILS OF TREATMENT, INCLUDING NAMES, ADDRESSES, AND PHONE # OF PHYSICIANS AND/OR HOSPITALS.

| QUESTION # | NAME OF INSURED | DATES | |
|---|---|---|---|
| 8a | Ernest | 6/99 | Employment physical. All Normal 504-244-5100 Pendleton Hospital 5620 Read Blvd. N.O. LA 70127 |
| 8a | Kisha | 3/28/00 | Pregnancy checkup – Progressing on normal Dr. Jane Miller EDD 9/15/00 4720 S-I-10 Service Road Metairie, LA. 504-885-6000 |

Primary Insured - Do you now or have you ever owned a Primerica Life policy? Yes ☒ No ☐ Policy No.: 0431595869
Spouse - Do you now or have you ever owned a Primerica Life policy? Yes ☒ No ☐ Policy No.: 0431595869

EXISTING INSURANCE INFORMATION - List below details of ALL individual life insurance or annuities in force on the Proposed Primary Insured, Spouse and Children (If Proposed for Coverage) - If none, say none.

| Full Name and Address of Company (City, State, ZIP) | Indicate Primary, Spouse, or Name of Child | Policy Number | Amount | Month, Day and Year Issued |
|---|---|---|---|---|
| Primerica Life | Primary Spouse Child | 0431595869 | 100,000 100,000 10,000 | 04/25/1998 |
| | | | | |
| | | | | |

PLA-86     Page 5     12.98

## CHANGE OF BENEFICIARY

All designations of present beneficiaries and elections of settlement options pertaining to death benefits on the referenced Policy are hereby revoked and the proceeds payable under said Policy are to be paid to the following named person(s) as specified below pursuant to the payment provisions of said Policy, with the right to change this designation reserved:

**PRINCIPAL BENEFICIARY** Principal Beneficiaries in equal shares to the survivor(s), unless otherwise directed under percentage/amt. column.
If this is an Irrevocable Beneficiary designation, check here ☐

1. _____ First Name _____ Middle Name _____ Last Name _____ Social Security Number _____ Percentage or Amount
   _____ Date of Birth _____ Relationship to Insured

2. _____ First Name _____ Middle Name _____ Last Name _____ Social Security Number _____ Percentage or Amount
   _____ Date of Birth _____ Relationship to Insured

3. _____ First Name _____ Middle Name _____ Last Name _____ Social Security Number _____ Percentage or Amount
   _____ Date of Birth _____ Relationship to Insured

4. _____ First Name _____ Middle Name _____ Last Name _____ Social Security Number _____ Percentage or Amount
   _____ Date of Birth _____ Relationship to Insured

Percentage must total 100%

**CONTINGENT BENEFICIARY** Contingent Beneficiaries in equal shares to the survivor(s), unless otherwise directed under percentage/amt. column.

1. _____ First Name _____ Middle Name _____ Last Name _____ Social Security Number _____ Percentage or Amount
   _____ Date of Birth _____ Relationship to Insured

2. _____ First Name _____ Middle Name _____ Last Name _____ Social Security Number _____ Percentage or Amount
   _____ Date of Birth _____ Relationship to Insured

Percentage must total 100%

**SPOUSE RIDER BENEFICIARY** (The Primary Insured is automatically the beneficiary unless otherwise designated)

1. _____ First Name _____ Middle Name _____ Last Name _____ Social Security Number _____ Percentage or Amount
   _____ Date of Birth _____ Relationship to Insured

Percentage must total 100%

**IF A MINOR (BELOW THE AGE OF 18) IS LISTED ABOVE, A TRUST DOCUMENT SHOULD EXIST. PLEASE LIST THE TRUSTEE.**
MINOR'S NAME

_____ First Name _____ Middle Name _____ Last Name _____ Name of Trustee _____ Date Established

### Authorization for Beneficiary Change

SIGNED THIS _____ DAY OF _____ , _____

X _____   |_|_|_|_|_| X _____
Signature of Witness or First Licensed Agent    Solution No.    Signature of Policy Owner

X _____   |_|_|_|_|_| X _____
Signature of Witness or Second Licensed Agent    Solution No.    Signature of Policy Owner's Spouse (if living in Community Property State) or Irrevocable Beneficiary or Assignee

PLA-86    Page 6    12.98

**APPLICATION AGREEMENT AND AUTHORIZATION SECTION** - I hereby declare and represent that the foregoing answers and statements, application agreement and authorization section are complete and correctly recorded to the best of my knowledge and belief, and it is hereby agreed: (1) that the foregoing answers and statements of this application shall form the basis for and become a part of any addition to an existing policy or any new Policy issued pursuant hereto; and (2) that acceptance of any Policy issued pursuant hereto shall constitute ratification of the manner in which it is written and of any corrections, additions, changes and/or amendments to the application that are made by the company and which shall form a part of this application.

I represent that the statements and answers in this application are full, complete and true to the best of my knowledge and belief. Any person who knowingly presents a false or fraudulent claim for payment of a loss of benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. Also, I have been given the required prenotification for the Medical Information Bureau and consumer investigative reports.

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medically related facility, insurance company, the Medical Information Bureau or other organization, institution or person, that has any records or knowledge of me or my health, to give Primerica Life Insurance Company and any of its reinsurers any such information. I know that I or my legal representative may request to receive a copy of this Authorization. A photographic copy of this Authorization shall be as valid as the original and will be valid for two and one half (2-1/2) years from the date this Application was signed.

Because our affiliates may be able to offer other valuable products and services that you may need, Primerica Life Insurance Company may share (unless you check the box(es) below) information we have received in connection with your application, including information from any consumer reports. Check the following box(es) if you do **not** want information shared with our affiliates.

☐ Proposed Primary Insured     ☐ Proposed Spouse Insured, if any     Date _April 19, 2000_

E _Ernest Smith Jr._                                   EM _Emma Smith_
Signature of Proposed Insured                          Signature of Spouse if Proposed for Insurance

_Virginia F. Grubb_
Agent's Signature

BAR CODE

I agree that: (1) this Application, together with any evidence of insurability which may be required in connection with the change requested, shall form a part of the policy; (2) the change or reinstatement requested shall not take effect unless and until this Application is approved by the Company at its Executive Office and any consideration required is paid to the Company while the insurability of the insured remains as stated in any statement of insurability made in connection with this application; (3) if a new policy is issued, it shall be subject to any assignment of the original policy in force and on file with the Company at its Executive Office; and (4) if a new policy is issued, the beneficiary or beneficiaries and method of settlement shall be the same as under the original policy unless the beneficiary is changed herein; (5) if any statement made herein be in any respect untrue, the Company shall be under no liability by reason of the attempted reinstatement for a period from the date of such reinstatement equal to the number of years stated in the Incontestability Provision of said policy; and (6) to accept return of any amount paid herewith should the Company decline to approve this application.

The Owner hereby represents and certifies that he has not made any assignment of the Policy which has not been filed with the Company at its Executive Office. I acknowledge that I have received a copy of the MIB Pre-Notice.

Dated at: _Laplace, LA_                           on _April 19, 2000_

_Virginia F. Grubb_                                E _Ernest Smith Jr._
Witness to signature opposite                      Signature of Primary Insured

_Virginia F. Grubb_                                EM _Emma Smith_
Witness to signature opposite                      Signature of Spouse, if to be Insured

_Virginia F. Grubb_                                EM _Emma Smith_
Witness to signature opposite                      Signature of Owner, if other than Primary Insured

_Virginia F. Grubb_                                E _Ernest Smith Jr._
Witness to signature opposite                      Signature of Owner's Spouse

_____                    _____
Witness to signature opposite                      Signature of Irrevocable Beneficiary or Assignee, if any

First Licensed Agent making change _Virginia F. Grubb_           Solution No. _SR1621_

Second Licensed Agent making change _____             Solution No. |_|_|_|_|_|

PLA-86                             Page 7                              12.98

# PRIMERICA LIFE INSURANCE

EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia



TIC0431595869

## TERMINAL ILLNESS ACCELERATED BENEFIT DISCLOSURE AND ACKNOWLEDGEMENT

The policy You (the Owner) have applied for contains a Terminal Illness Accelerated Benefit. We are required to provide You with this disclosure and obtain Your signature, acknowledging Your receipt and review of this document.

This benefit is **not** a long term care policy.

If the Insured becomes terminally ill with a life expectancy of less than six months, You may choose to request the Accelerated Benefit. This Benefit provides an Accelerated Payment of 40% of the Face Amount of the Policy or Rider not to exceed a maximum of $250,000.

The Accelerated Benefit payment will only be paid upon a diagnosis of a Terminal Illness, which is a noncorrectable medical condition that with reasonable medical certainty, will result in the Insured's death in less than 6 months from the date of the Physician Statement.

There is a one time administrative fee of $200 plus interest calculated at the current yield on a 90 day Treasury Bill. Payment of this Benefit will result in a lien against the proceeds of Your policy. For example, if You have a policy with a Face Amount of $100,000, You may apply for $40,000. You will be paid the $40,000 upon approval of Your claim. Assuming the annual interest rate is 3% and death occurs 4 months after the Accelerated Benefit is paid, $40,000 plus the $200 administrative fee plus 3% for 4 months on $40,200, for a total of $40,602, will be deducted from the final death proceeds.

Payment of the Accelerated Benefit will have no effect on the amount of future premiums, if any, required under this policy. If You do not have a waiver of premium, You are still obligated for future premiums.

ANY ACCELERATED BENEFIT PAID UNDER THIS POLICY MAY BE TAXABLE. A PERSONAL TAX ADVISOR SHOULD BE CONSULTED.

PAYMENT OF ANY ACCELERATED BENEFIT MAY ALSO ADVERSELY AFFECT THE RECIPIENT'S ELIGIBILITY FOR MEDICAID AND OTHER GOVERNMENT BENEFITS OR ENTITLEMENTS.

THIS FORM IS NOT A CONTRACT. IT IS INTENDED ONLY AS A SUMMARY OF THE BENEFIT PROVISIONS. IN ALL CASES, CONSULT YOUR POLICY FOR FULL DETAILS AND RESTRICTIONS.

_Emma Smith_
Signature of Owner

04 19 2000
Date

686 9
Proposed Insured's Social Security No.

0431595869
Policy Number

_Virginia F. Grubb_
Signature of Agent

04 19 2000
Date

PLA-TID-2TB
11.93

COMPANY COPY

If you wish to preauthorize another person for notification of abnormal test results, please provide the name and address below. We encourage you to authorize a physician or other health care provider for the purpose of discussing test results.

**NAME, ADDRESS AND PHONE # OF PHYSICIAN OR HEALTH CARE PROVIDER (Please Print):**

NAME: 

ADDRESS: 

PHONE NUMBER: 

**INFORMED CONSENT:**
I have read and I understand this NOTICE AND CONSENT FOR BLOOD AND BODY FLUID TESTING. I voluntarily consent to the withdrawal of blood from me by needle and/or the withdrawal of a body fluid sample, and the testing of that blood and/or body fluid as described above, and the disclosure of the test results as described above, including disclosure to the person, if any, indicated above. I have read the information on this form about what a test result means and understand that I should contact a local AIDS service group or my physician or health care provider for further information and counseling if the HIV test result is abnormal. If I elected body fluid testing, I acknowledge that: 1) the agent has discussed, and I have received the information about providing a body fluid specimen, the collection device and HIV/AIDS; 2) I have read and understand this information, including that I may elect a blood or a body fluid collection method of test; and 3) I understand that I am responsible to avail myself for any necessary retesting, and if I choose not to do so, I authorize the Company to consider my inaction as my request to withdraw my application for insurance. I understand that I have the right to request and receive a copy of this authorization. A photocopy of this form will be as valid as the original.

Name of Proposed Insured: Emma J. Smith

Birth Date: 05 21 1964

Social Security Number of Proposed Insured: ___ ___ 4315

Application or Policy Number: 0431595869

Date signed by Proposed Insured: 04 19 2000
(or Parent/Guardian)

Signature of Proposed Insured: *Emma Smith*
(or Parent/Guardian)

HIS0431595869

PLA-80B

# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICES: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001 • (770) 381-1000

## NOTICE AND CONSENT FOR BLOOD AND BODY FLUID TESTING

To help evaluate your insurability, Primerica Life Insurance Company has requested that you elect to provide samples of your blood and/or other body fluids for testing and analysis. Depending on your age, your medical history and the amount or the type of insurance applied for, you may be asked to provide a sample of blood and/or body fluids, such as saliva, for testing and analysis. All tests will be performed by a licensed laboratory. By signing and dating this form, you agree that the testing and analysis may be performed on your blood and/or other body fluid samples.

The tests to be performed will include a test to try to determine the presence of antibodies or antigens to the Human Immunodeficiency Virus (HIV), also known as the AIDS virus. The HIV test performed is actually a series of tests designed to determine the presence of these antibodies or antigens. If you have been infected with the HIV virus, which causes AIDS, your body may have produced HIV antibodies which try to get rid of the infection.

You may be requested to provide a sample of your body fluids (e.g., saliva) for testing for evidence of HIV antibodies and foreign substances such as continine and cocaine. You may be requested to provide a sample of your blood for testing for evidence of HIV antibodies, and for other testing such as determining blood cholesterol and related lipids (fats) and screening for diabetes, liver and kidney disorders.

**TESTING CONSIDERATIONS:**
Many public health organizations recommend a person seek counseling before taking an HIV related test, to become informed about the implications of such test. You may wish to consider counseling, at your expense, prior to being tested.

**MEANING OF A POSITIVE TEST RESULT:**
Either HIV test is reliable. A blood test is more reliable than a body fluid test. You may elect which sample you prefer to provide for initial testing. In some instances, the test results may be abnormal ("positive") for persons who are not infected with the virus. Additionally, the test results may occasionally be normal ("negative") in persons who are infected with HIV, especially when the infection has occurred within the previous 6 months.

While abnormal HIV test results do not mean you have AIDS, they could mean you have a significantly increased risk of developing AIDS or AIDS-related conditions and you should consider further independent testing. Federal authorities say that persons who are HIV positive should be considered to be infected with the AIDS virus and capable of infecting others. An abnormal test result or other significant blood or body fluid abnormalities may adversely affect your application for insurance. This means that your application may be declined, that an increased premium may be charged, or that other policy changes may be necessary.

**DISCLOSURE OF POSITIVE TEST RESULTS:**
All test results will be treated confidentially. The results of the test will be reported by the laboratory to the Insurer. The test results will be disclosed to employees of the Insurer who have the responsibility to make underwriting decisions on behalf of the Insurer or to outside legal counsel who need such information to effectively advise the Insurer with regard to your application for insurance. The results also may be reported to the Insurer's affiliates or reinsurers in connection with insurance you have applied for. In addition, if you are refused insurance because your HIV test is abnormal, a generic code signifying non-specific blood abnormality will be reported to the Medical Information Bureau, Inc. (MIB). Test results will not otherwise be disclosed, except as required by law or as authorized by you.

**NOTIFICATION OF TEST RESULTS:**
If your HIV test results are normal, no notification will be sent to you. If your HIV tests are abnormal, the Insurer will contact you, your legal guardian, or another person authorized by you.

PLA-898

INSURER

4.95

# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001 • (770) 381-1000

## LIFE INSURANCE BASIC ILLUSTRATION
### Representative Certification and Applicant Acknowledgement

PLA-142

**REPRESENTATIVE'S CERTIFICATION**

I certify that:

[X] a sales illustration was not used with or presented to the applicant either at or prior to the completion of the application for coverage.

( ) the sales illustration(s) used with or presented to the applicant does not conform to the coverage being applied for in the application for coverage.

Signed: *Virginia F. Grubb*

Date: 10/19/2000

**APPLICANT'S (PROPOSED OWNER'S) ACKNOWLEDGEMENT**

I acknowledge the certification made above and understand that if a policy is issued to me by Primerica Life Insurance Company that I will be provided with a sales illustration conforming to the issued policy no later than at the time the policy is delivered to me by Primerica Life Insurance Company or its authorized representative.

Signed: *Emma Smith*

SSN: 431 15

Date: 10/19/2000

RCA0431595869

PLA-142

# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001 • 1-800-257-4725

## REQUEST FOR MONTHLY BANK DRAFT
### AUTHORIZATION TO HONOR TRANSFER OF FUNDS

I authorize PRIMERICA LIFE INSURANCE COMPANY to deduct premiums from my account. This authority is to remain in effect until Primerica Life Insurance Company and/or my bank have received written notification from me and have been given a reasonable time to act on it. I further agree that, if any such transfer of funds be rejected or dishonored, the COMPANY shall be under no liability even if non-payment results in loss of insurance coverage.

Bank or Credit Union To Be Drafted: **NOME FEDERAL CREDITH UNION**

City: **New Orleans**  State: **LA**

Indicate Desired Bank Draft Day: **03**

Policy Number: **0431595869**

PAC0431595869

Print Full Name of Policyowner: **Emma J. Smith**

Social Security Number of Policyowner: **4315**

Print Full Name of Depositor: **Emma J. Smith**

Signature of Depositor / date: **04/19/00**   Checking ____  Savings ____

MAILING ADDRESS OF POLICYOWNER:  ☐ IF NEW ADDRESS CHECK HERE

Street Address: **103 Warwick Street**

City: **Laplace**   State: **LA**   Zip Code: **70068**

ATTACH AN UNSIGNED VOIDED CHECK OR DEPOSIT SLIP
FROM THE ACCOUNT TO BE DEBITED AND

RETURN TO:   PRIMERICA LIFE INSURANCE COMPANY
ATTN: PAC
3120 BRECKINRIDGE BLVD.
DULUTH, GA 30099-0001

PLA-21   Any change to the Monthly Bank Draft *requires* 14 workings days prior notice to the Company.   8-97

X_____   X_____
Signature of Children over the age of 18 (if to be Insured)   Signature of Spouse (if to be Insured)

**UNDERWRITING AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION**
PRIMERICA LIFE INSURANCE COMPANY, Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia 30099-0001

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medically related facility, Veteran's Administration or government facility, insurance company, the Medical Information Bureau or other organization, institution or person having any records or knowledge about me to provide to Primerica Life Insurance Company, and its reinsurers any such medical or personal information, and to testify as to such information, all to the extent permitted by law. As part of the Company's regular underwriting procedure, an investigative consumer report may be obtained which will contain personal information concerning an individual's character, habits, general reputation, personal characteristics and mode of living, except as may be related directly or indirectly to your sexual orientation. This information may be obtained through personal interviews with my neighbors, friends, associates and acquaintances. Medical information includes the diagnosis, treatment and prognosis with respect to any physical or mental condition, as well as the use of drugs or alcohol. Although the Company maintains confidentiality of information obtained, the Company may disclose information to the MIB, and in certain circumstances be required by a law enforcement or governmental agency to furnish information to others without my prior authorization. In the event that a report is obtained, I understand that I may request to be interviewed in connection with the preparation of the report. Upon written request to the Company at the address listed above, further detailed information on the nature and scope of the report will be provided. I understand that the information obtained by use of this Authorization will be to determine eligibility for insurance. I know that I or my legal representative may request to receive a copy of this Authorization. A photographic copy of this Authorization shall be as valid as the original and will be valid for two and one half (2-1/2) years from the date this Application was signed. Because our affiliates may be able to offer other valuable products and services that you may need, Primerica Life Insurance Company may share (unless you check the box(es) below) information we have received in connection with your application, including information from any consumer reports. Check the following box(es) if you do not want information shared with our affiliates. ☐ Proposed primary insured   ☐ Proposed spouse insured, if any.   Date:

X_____
Print Name of the Proposed Primary Insured (or Parent of Minor Child)   Signature of Proposed Primary Insured or Parent of Minor Child

X_____
Print Name of Spouse (if to be Insured)   Signature of Spouse (if to be Insured)

PLA-80    Page 5    4.99

---

**AUTHORIZATION TO HONOR FUNDS TRANSFERS DIRECTED BY:**
PRIMERICA LIFE INSURANCE COMPANY
Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia 30099-0001

TAPE VOIDED CHECK FOR ALL DRAFTS FROM CHECKING ACCOUNT:

IF DRAFT IS FROM A _SAVINGS_ ACCOUNT, CHECK HERE ☐, AND COMPLETE THE FOLLOWING:

BANK NAME: _Nome Federal Credit Union_

CREDIT UNION NAME: _Same_

BANK TRANSIT NUMBER: _265075906_

BANK ACCOUNT NUMBER: _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_

NAME ON ACCOUNT: _Emma S. Smith Ernest Smith_

You are hereby authorized, as a convenience to me, to pay and charge to my checking/savings account indicated by the attached check or deposit slip any transfer of funds (whether by automatic debit entry, the drawing of a check or any other means permitted by law) directed by and payable to the order of Primerica Life Insurance Company for the payment of premiums, provided there are sufficient collected funds in such account to pay the same on the scheduled transfer date. I agree that your rights in respect to each such transfer shall be the same as if it were a check or other item drawn on you and signed personally by me. This authority is to remain in effect until revoked by me in writing and until you actually receive such notice and have a reasonable opportunity to act on it. I agree that you shall be fully protected in making any such transfer of funds. I further agree that, if any such transfer of funds be rejected or dishonored, whether with or without cause and whether intentionally or inadvertently, you shall be under no liability whatsoever, even though such rejection or dishonor results in the forfeiture of insurance.

_04.19.2000_
Date

_[signature]_
Authorized Signature of Depositor

PLA-80    Page 6    4.99

**AUTHORIZATION TO HONOR FUNDS TRANSFERS DIRECTED BY:**
PRIMERICA LIFE INSURANCE COMPANY
Executive Offices: 3120 Breckinridge Boulevard, Duluth, Georgia 30099-0001

TAPE VOIDED CHECK FOR ALL DRAFTS FROM CHECKING ACCOUNT:

IF DRAFT IS FROM A **SAVINGS** ACCOUNT, CHECK HERE ☐, AND COMPLETE THE FOLLOWING:

BANK NAME: Nome Federal Credit Union
CREDIT UNION NAME: Same
BANK TRANSIT NUMBER: 265075906
BANK ACCOUNT NUMBER: 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
NAME ON ACCOUNT: Emma S. Smith Ernest Smith

You are hereby authorized, as a convenience to me, to pay and charge to my checking/savings account indicated by the attached check or deposit slip any transfer of funds (whether by automatic debit entry, the drawing of a check or any other means permitted by law) directed by and payable to the order of Primerica Life Insurance Company for the payment of premiums, provided there are sufficient collected funds in such account to pay the same on the scheduled transfer date. I agree that your rights in respect to each such transfer shall be the same as if it were a check or other item drawn on you and signed personally by me. This authority is to remain in effect until revoked by me in writing and until you actually receive such notice and have a reasonable opportunity to act on it. I agree that you shall be fully protected in making any such transfer of funds. I further agree that, if any such transfer of funds be rejected or dishonored, whether with or without cause and whether intentionally or inadvertently, you shall be under no liability whatsoever, even though such rejection or dishonor results in the forfeiture of insurance.

04.19.2000
Date

[signature] Authorized Signature of Depositor

PLA-80          Page 6          4.99

---

# PRIMERICA LIFE INSURANCE COMPANY
EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001 • 1-800-257-4725

## REQUEST FOR MONTHLY BANK DRAFT
### AUTHORIZATION TO HONOR TRANSFER OF FUNDS

I authorize PRIMERICA LIFE INSURANCE COMPANY to deduct premiums from my account. This authority is to remain in effect until Primerica Life Insurance Company and/or my bank have received written notification from me and have been given a reasonable time to act on it. I further agree that, if any such transfer of funds be rejected or dishonored, the COMPANY shall be under no liability even if non-payment results in loss of insurance coverage.

Bank or Credit Union To Be Drafted:
BANCO POPULAR DE PR

City: PUERTO NUEVO                State: PR

Indicate Desired Bank Draft Day: 18

PAC0431269134

Policy Number: 0431269134

Print Full Name of Policyowner:
SHEILA I. SEDA-GARDON

Social Security Number of Policyowner: 8856

Print Full Name of Depositor:
SHEILA I. SEDA-GARDON

# PRIMERICA
Life Insurance Company

0431595869 001
Owner: EMMA J SMITH
Representative:  SR621
    VIRGINIA FISCHER GRUBB
This receipt acknowledges delivery of
my Primerica Life Insurance Policy.

6-29-00          *Emma Smith*
Date             Policyowner Signature
PLEASE SIGN THIS RECEIPT AND RETURN TO PRIMERICA LIFE
INSURANCE COMPANY.

**BUSINESS REPLY MAIL**
FIRST CLASS MAIL   PERMIT NO. 48   DULUTH, GA
POSTAGE WILL BE PAID BY ADDRESSEE

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

PRIMERICA LIFE INSURANCE COMPANY
PO BOX 100001
DULUTH GA 30096-9795

Received 07/12/2000  14:08 00:52  on line (6)  Primerica Faxserver3 WORKSRV1 B00A572E  504 833 2752 * Pg 1/1
JUL-12-00 11:22A  CHERE D CORMIER            504 833 2752              P.01

FAX 770-564-6454

# PRIMERICA LIFE INSURANCE COMPANY
EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001

Client Services 1-800-257-4725                            Personal RVP Line 1-800-737-5596

New Address ⟶ **MULTIPURPOSE CHANGE FORM** New Telephone ⟶

## POLICY OWNER INFORMATION (COMPLETE FOR ANY CHANGES FRONT AND BACK)

Policy Owner: **Emma J. Smith**        Policy Number: **0431595869**

Owner's Date of Birth: **05/21/1964**       Social Security Number: **4315**

Current Address: **203 Warwick Street**         ☒ IF NEW ADDRESS CHECK HERE

**Laplace**           **LA**         **70068**
City                  State           Zip Code

Day Phone No. ____   Night Phone No. **504 651 4645**   ☒ Home ☐ Work ☐ Other

### NAME CHANGE

☐ Policy Owner   ☐ Primary Insured   ☐ Insured Spouse   ☐ Other Insured   ☐ Child

Prior Name _____ First / Middle / Last          New Name _____ First / Middle / Last

New Signature _____ (Not Required for Child)    Reason For Change _____ (Marriage, Court Order, etc.)

Authorization for Name Change

X _____ Signature of Witness or Agent & Solution #   Date _____
X _____ Signature of Policy Owner                    Date _____

### TRANSFER OWNERSHIP

I, _____ Name of Present Owner, the owner of Policy # _____ issued on the life of _____ transfer ownership of said Policy, along with all rights, title and interest in said Policy to _____ Name of New Owner. (NEW OWNER MUST COMPLETE THE FOLLOWING:)

Social Security Number ____   Day Phone Number ____  ☐ Home ☐ Work ☐ Other

Date of Birth _____           Night Phone Number ____  ☐ Home ☐ Work ☐ Other

Relationship to Insured _____

Address _____

Authorization for Ownership Change

X _____ Signature of Witness or Agent & Solution #   X _____ Signature of Present Policy Owner
X _____ Signature of Witness or Agent & Solution #   X _____ Signature of New Policy Owner
X _____ Signature of Witness or Agent & Solution #   X _____ Signature of Policy Owner's Spouse (if living in Community Property State), Irrevocable Beneficiary or Collateral Assignee

SIGNED THIS ____ DAY OF _____

PLA-83                                   1.0          ADD0431595869

```
Received 07/12/2000  14:08 00:52 on line (6)  Primerica Faxserver3 WORKSRV1 800A572E 504 833 2752 * Pg 1/1
Jul-12-00 11:22A CHERE D CORMIER              504 833 2752           P.01
```

FAX 770-564-6454

# PRIMERICA LIFE INSURANCE COMPANY
EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001

Client Services 1-800-257-4725                              Personal RVP Line 1-800-737-5596

**New Address** ✱  **MULTIPURPOSE CHANGE FORM**  **New Telephone** ➤

### POLICY OWNER INFORMATION (COMPLETE FOR ANY CHANGES FRONT AND BACK)

Policy Owner: **Emma J. Smith**    Policy Number: **0431595869**

Owner's Date of Birth: **05/21/1964**    Social Security Number: **___-__-4315**

Current Address: **203 Warwick Street**   ✱ IF NEW ADDRESS CHECK HERE

City: **Laplace**   State: **LA**   Zip Code: **70068**   ✱ Home

Day Phone No. _____   Night Phone No. **504 652 4645**   ☐ Home ☐ Work ☐ Other

### NAME CHANGE

☐ Policy Owner  ☐ Primary Insured  ☐ Insured Spouse  ☐ Other Insured  ☐ Child

Prior Name _____ First / Middle / Last    New Name _____ First / Middle / Last

New Signature _____ (Not Required for Child)    Reason For Change _____ (Marriage, Court Order, etc.)

Authorization for Name Change

X _____ Date _____    X _____ Date _____
Signature of Witness or Agent & Solution #          Signature of Policy Owner

### TRANSFER OWNERSHIP

I, _____ Name of Present Owner, the owner of Policy # _____ issued on the life of _____ transfer ownership of said Policy, along with all rights, title and interest in said Policy to _____ Name Of New Owner. (NEW OWNER MUST COMPLETE THE FOLLOWING:)

Social Security Number _____    Day Phone Number _____ ☐ Home ☐ Work ☐ Other

Date of Birth _____    Night Phone Number _____ ☐ Home ☐ Work ☐ Other

Relationship to Insured _____

Address _____

Authorization for Ownership Change

X _____ Signature of Witness or Agent & Solution #    X _____ Signature of Present Policy Owner

X _____ Signature of Witness or Agent & Solution #    X _____ Signature of New Policy Owner

X _____ Signature of Witness or Agent & Solution #    X _____ Signature of Policy Owner's Spouse (if living in Community Property State), Irrevocable Beneficiary or Collateral Assignee

SIGNED THIS _____ DAY OF _____

PLA-83

ADD0431595869