# PRIMERICA LIFE INSURANCE COMPANY
Executive Offices: 3120 Breckinridge Blvd, Duluth, Ga. 30099-0001

*R V SKRR*

`* H 0 1 0 7 1 1 3 0 *`

## POLICY CHANGE APPLICATION

Policy Number: _0431595869_

| ☑ Policy Change | ☐ Reinstatement | ☐ End of Term | ☐ Primary Swap |
|---|---|---|---|

### 1. PRIMARY INSURED - GENERAL INFORMATION

Print Name: _SMITH, JR_ (Last)   _ERNEST_ (First)   _R_ MI

Social Security Number: _6869_   Date of Birth: _1-5-1968_   Age: _38_

Male ☑ Female ☐   Day Phone No.: _972 296 2177_   Evening Phone No.: _601 347 1747_

Street Address: _610 TAYLOR CT._   Apt. #: 

City, State, Zip Code: _DUNCANVILLE_   _RX 75137_

Occupation: _TRUCK DRIVER_   Gross Monthly Earnings: _4200._

### 2. LIFE INSURANCE PLAN & AMOUNTS - Enter Appropriate Data (If making a Primary Swap, see Page 2, No. 6)

#### Existing Coverage

**Primary Insured**

☐ Preferred ☑ Non-Tobacco ☐ Tobacco

| | Plan | Amount |
|---|---|---|
| Base | D.25 | 100,000 |
| Rider 1 | B.201B | 200,000 |
| Rider 2 | C4-I.15 | 150,000 |
| Rider 3 | | |
| Rider 4 | | |
| IBR ☐ 5% ☐ 10% | | |
| Waiver of Premium ☑ | | |

#### Proposed Total Coverage After Change

**Primary Insured**

☐ Preferred ☑ Non-Tobacco ☐ Tobacco*

| | Plan | Amount | |
|---|---|---|---|
| Base | D.25 | 100,000 | |
| Rider 1 | B.201B | 200,000 | |
| Rider 2 | C.4-I.15 | 150,000 | |
| Rider 3 | C4-20 | 350,000 | |
| Rider 4 | | | |
| IBR ☐ 5% ☐ 10% | | | ☐ Delete |
| Waiver of Premium ☐ Add | | | ☐ Delete |

#### Existing Coverage

**Spouse Rider**

☐ Preferred ☑ Non-Tobacco ☐ Tobacco

| | Plan | Amount |
|---|---|---|
| Base | C.25.S | 100,000 |
| Rider 1 | B.20SB | 200,000 |
| Rider 2 | | |
| Rider 3 | | |
| Rider 4 | | |
| IBR ☐ 5% ☐ 10% | | |

#### Proposed Total Coverage After Change

**Spouse Rider**

☐ Preferred ☑ Non-Tobacco ☐ Tobacco*

| | Plan | Amount | |
|---|---|---|---|
| Base | C-25S | 100,000 | |
| Rider 1 | B20SB | 200,000 | |
| Rider 2 | C4-20 | 250,000 | |
| Rider 3 | | | |
| Rider 4 | | | |
| IBR ☐ 5% ☐ 10% | | | ☐ Delete |

FOR DT-65/BART PRODUCTS ONLY: ☐ Preferred (Primary Insured only) ☐ Non-Smoker ☐ Smoker

| Child Rider | ☐ Add Rider For _____ Units | ☐ | ☐ to existing Rider | ☐ Delete Rider |
|---|---|---|---|---|

* Remember to answer tobacco questions on Page 3, when ap...

`PCF0431595869`

### 3. REPLACEMENT

Has or will any existing life insurance or annuities be replaced or chang...   ...luced, surrendered
or otherwise terminated? ☐ Yes ☑ No   If yes, replacement MUST be f...   ...e" section.

Amount Submitted With
Reinstatement _APPLICATION_
$ _101.27_

**EXHIBIT**

**D**

**PLA-96 TX**   3.00

## 4.  SPOUSE - GENERAL INFORMATION (if adding coverage or reinstating)

Print Name: *SMITH* _____ *EMMA* _____ *J*
                        Last                                First                    MI

Social Security Number: ___ ___ *4315* Date of Birth: *5-21-1964* Age: *42* Male ☐ Female ☒

Occupation: *REALTOR* _____ Gross Monthly Earnings: *2500*

Driver's License Number: *428314315* _____ State: *MS*

## 5.  CHILD RIDER INFORMATION   (if adding additional child(ren) and/or coverage)

| Full Names of Children Proposed for Insurance | Resides With Primary (Yes / No) | Sex | Relationship To Primary Insured (Son, Daughter Grandchild, Stepchild Etc.) | Date of Birth Mo/ Day / CCYY | Height Ft. In. | Weight Lbs. | Social Security Number |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Medical questions must be answered for each proposed insured child who is not automatically covered under the terms of the child rider. Medical questions must also be answered for any increase in coverage.  See Page 4 for medical questions.**

## 6.  PRIMARY / SPOUSE SWAP       *New Beneficiary Designation is required.  See Page 5.*

*(A Primary Swap does not change the ownership of this policy.  To change ownership, the "Transfer of Ownership" section must be completed.  If waiver of premium is requested, New Primary must answer medical questions.)*

New Primary: _____
                        Last                                First                    MI
                *(Coverage should be listed under "Primary Insured" on Page 1)*

Social Security Number: _____

New Spouse : _____
                        Last                                First                    MI
                *(Coverage should be listed under "Spouse Rider" on Page 1)*

Social Security Number: _____

## 7. OTHER INSURED RIDER

Print Name: _____
                        Last                                First                    MI

Social Security Number: _____ Date of Birth:_____

☐  Decrease Coverage to: _____      ☐  Cancel Other Insured Rider

## 8. REINSTATEMENT:   *INCREASES TO COVERAGE ARE CONTESTABLE PER THE POLICY'S INCONTESTABILITY PROVISION.*
*A NEW 2 YEAR CONTESTABLE PERIOD BEGINS WITH REINSTATEMENT, REGARDLESS OF THE ELECTION MADE BELOW.*

☐ Original Date (All Back Premiums Are Required)

☐ Redate (Current Mode Of Premium or PAC Required)

## 9. BENEFIT OR ANNUITY CONTRIBUTION CHANGES

Change Annuity Contribution Amount To $ ___ , ___ , ___ .00   ☑ Per Month   ☐ Per Quarter   ☐ Per Year

Surrender Annuity / APDA: Withhold Federal Income Tax?   ☐ Yes   ☐ No   Policyowner's SSN: ___

Discontinue Annuity / APDA Contributions   ☐ Cancel WPDI / ADB   ☐ Other ___

## 10. REPLACEMENT, CONVERSIONS AND EXISTING INSURANCE INFORMATION

a. Has or will any existing life insurance or annuities be: (a) replaced or changed (i.e. lapsed, converted to a non-forfeiture option, reduced, surrendered, or otherwise terminated) or (b) will a Primerica Life Insurance policy be converted to a new base plan within 5 years of the original issue date? [ ] Yes [ ] No  If Yes, "Existing Insurance Information" section must be completed below. Additional notices of replacement may be required in your state.

b. Existing Insurance Information- List below details of ALL life insurance or annuities in force, replaced or changed on the Proposed Insured, Spouse and Children (if proposed for coverage.)

| Full Name & Address of Company (City, State & Zip) | Indicate Primary, Spouse or Name of Child | Policy Number | Face Amount | Month, Day & Year Issued | Replacement/ Conversion |
|---|---|---|---|---|---|
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |

**AGENT CERTIFICATION** - Do you have knowledge or reason to believe that replacement of existing insurance on the Proposed Primary Insured or any other Proposed Insured Person will or has occurred? ☐ Yes ☐ No If yes, check this box ☐ to indicate all necessary replacement requirements have been followed.

Date: _____    Signature of Licensed Agent: x _____

## 11. CLASSIFICATION    *(Tobacco Use Questions are required for all End Of Terms, Conversions, Reinstatements or Increases in Coverage.)*

**1a. Primary Insured:**   ☐ Preferred   ☑ Non- Tobacco   ☐ Tobacco

☐ Preferred (Primary Insured only)   ☐ Non- Smoker   ☐ Smoker   **(For DT 65/ Bart Products Only)**

> Have you used tobacco in any form in the last 12 months?   ☐ Yes   ☑ No

> If yes, check which:   ☐ Cigarettes   ☐ Pipes, Cigars, Smokeless Tobacco

> Have you used tobacco in any form in the last 5 years?   ☐ Yes   ☑ No

> Height: _5_ Ft. _7_ In. Weight: _16 ?_ lbs.

> Have you gained or lost weight in the past 12 months?   ☐ Yes   ☑ No

> Number of Lbs. gained ___ ___ ___ Number of Lbs. lost ___ ___ ___ Cause _____

**1b. Spouse Rider:**   ☐ Preferred   ☑ Non- Tobacco   ☐ Tobacco

☐ Non- Smoker   ☐ Smoker   **(For DT 65/ Bart Products Only)**

> Have you used tobacco in any form in the last 12 months?   ☐ Yes   ☑ No

> If yes, check which:   ☐ Cigarettes   ☐ Pipes, Cigars, Smokeless Tobacco

> Have you used tobacco in any form in the last 5 years?   ☐ Yes   ☑ No

> Height: ___ Ft. _5_ In. Weight: _195_ lbs.

> Have you gained or lost weight in the past 12 months?   ☐ Yes   ☑ No

> Number of Lbs. gained ___ ___ ___ Number of Lbs. lost ___ ___ ___ Cause _____

**MEDICAL QUESTIONS MUST BE COMPLETED ON ALL COVERAGE INCREASES, ADDITIONS AND REINSTATEMENTS**

*The following questions must be answered for Primary, and if applicable, Spouse and Child(ren):*

| | Primary | | Spouse and/or Child | |
|---|---|---|---|---|
| 2. In the past 10 years have you been treated for or had any indication of: | | | | |
| a. Chest pain, angina, heart murmur, heart attack, stroke or other disorder of the heart or blood vessels? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| b. Nervous or mental disorders, epilepsy in any form, seizure disorders of any type, or paralysis? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| c. Diabetes or elevated sugar in the blood or urine? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| d. Alcoholism, alcohol abuse or been advised to discontinue alcohol use? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| e. Drug dependency or drug use involving any narcotic, depressant, stimulant, hallucinogenic or marijuana? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| f. Disorder of the skin or lymph glands, unexplained fevers, cyst, tumor or cancer? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| g. Syphilis, gonorrhea, genital herpes, or other venereal diseases and sexually transmitted diseases? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| h. Lupus, scleroderma or other connective tissue disease? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| 3. Have you ever had, or do you have a disorder of the immune system, including Acquired Immune Deficiency Syndrome (AIDS) or Human Immunodeficiency Virus (HIV)? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| 4. Have you had a positive (unfavorable) HIV or other AIDS test? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| 5a. Have you ever been convicted of a felony? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| b. Have you ever been convicted of a drug related charge? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| If yes to 5a and/or 5b, describe in detail and give conviction date(s) including county and state. | | | | |
| 6. In the past 5 years have you been treated for or had any indication of: | | | | |
| a. Anemia or any other disorder of the blood? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| b. High blood pressure (hypertension)? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| c. Ulcer or disorder of the stomach, intestines, liver or pancreas? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| d. Disorder of kidney, bladder, prostate or reproductive organs? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| e. Asthma, bronchitis, emphysema, tuberculosis, or any other disorder of the lungs or respiratory system? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| f. Arthritis or disorder of the muscles or bones, including back and spine or joints? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| 7a. Are you now under observation or receiving treatment for any mental, physical or nervous condition? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| b. Are you now temporarily or permanently disabled or receiving any form of disability payments? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| 8. In the past 3 years other than as answered above, have you: | | | | |
| a. Had any checkup or examination, or been a patient in a hospital, clinic or other medical facility? | Yes ☑ | No ☐ | Yes ☐ | No ☐ |
| b. Had any electrocardiogram, x-ray or diagnostic test? | Yes ☑ | No ☐ | Yes ☐ | No ☐ |
| c. Been advised to have any diagnostic test, hospitalization or surgery which has not yet been done? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| 9. In the past 3 years have you: | | | | |
| a. Been postponed, rated or declined for life, health, accident or sickness insurance? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| b. Flown as a pilot, student pilot, or crew member on any aircraft or do you plan on doing so? (If yes, the Aviation Questionnaire must be completed) | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| c. Engaged or do you intend to engage in any hazardous sports, such as: scuba diving, mountain climbing; hang gliding; parachuting; auto, motorcycle, snowmobile or boat racing? (If yes, the Hazardous Sports Questionnaire must be completed) | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| d. Operated or been a passenger on a motorcycle, or do you intend to do so? | Yes ☑ | No ☐ | Yes ☐ | No ☐ |
| e. Been cited for a DUI or 2 or more moving violations of any motor vehicle law? If yes, list details, including county and state. | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| f. Had your license suspended or revoked, or is your license currently suspended or revoked? If yes list details including county and state. | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| 10. Has either parent died prior to age 65 due to cancer or cardiovascular disease? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |

| Details of Medical Questions 2 through 10. | | | EXPLANATION – DIAGNOSIS AND DETAILS OF TREATMENT, INCLUDING NAMES, ADDRESSES, AND PHONE # OF PHYSICIANS AND/OR HOSPITALS. |
|---|---|---|---|
| QUESTION # | NAME OF INSURED | DATES | |
| 8a + b | ERNEST | 2-18-2004 | HERNIATED DISC, NORTH SHORE HOSP. FUSED DISC. + HAS HAD NO PROBLEMS SINCE  CAUSE BLVD. SLIDELL, LA  DR. LAUDER |
| 9d. | ERNEST | 11-2005 | PURCHASED MOTORCYCLE FOR PLEASURE RIDING. |

**12. BENEFICIARIES -** The beneficiary for any spouse or child riders will be the Primary Insured, unless otherwise listed below under "Special Requests".

Beneficiaries to share equally unless specified.                    If this is an Irrevocable Beneficiary, Check Here ☐

| List Principal Beneficiaries | Relationship To Insured | Social Security Number |
|---|---|---|
| *Emma Smith* | *Spouse* | - - -4315 |
| | | — — |
| List Contingent Beneficiaries | Relationship To Insured | Social Security Number |
| | | — — |
| | | — — |

## 13. TRANSFER OF OWNERSHIP

Current Owner

         Last          First          MI

Contingent Owner: If the Individual Owner dies, who is to own Policy? _____ Relationship to Insured:_____

Transfer ownership of Policy Number_____, along with all rights, title and interest in said Policy to

New Owner

         Last          First          MI

### (NEW OWNER MUST COMPLETE THE FOLLOWING:)

Social Security Number: _____ Date of Birth:_____

Street Address:                             Apt. #:

City, State, Zip Code:

Day Phone No:                          Evening Phone No:

Relationship To Insured:_____

*It is expressly declared that the Company shall not be responsible for the sufficiency or validity of this transfer of ownership.*

Date:_____  1._____
                                      Signature of Current Policyowner

X_____  2._____
     Signature of Witness                    Signature of New Policyowner

X_____  3._____
     Signature of Witness                    Signature of Current Owner's Spouse
                                   (If living in a Community Property State) or Irrevocable Beneficiary, or Assignee

## 14. ADDITIONAL COMMENTS / SPECIAL REQUESTS:

_____

_____

_____

_____

**APPLICATION AGREEMENT AND AUTHORIZATION SECTION:**

I hereby declare and represent that the foregoing answers and statements, Application Agreement and Authorization section are complete and correctly recorded to the best of my knowledge and belief, and it is hereby agreed: (1) that the foregoing answers and statements of this application shall form the basis for and become a part of any addition to an existing policy or any new Policy issued pursuant hereto; and (2) that acceptance of any Policy issued pursuant hereto shall constitute ratification of the manner in which it is written and of any corrections, additions, changes and/or amendments to the application that are made by the Company and which shall form a part of this application.

I represent that the statements and answers in this application are full, complete and true to the best of my knowledge and belief. Any person who knowingly presents a false or fraudulent claim for payment of a benefit or knowingly presents false information in an application for insurance may be guilty of a crime and may be subject to fines and confinement in prison. Also, I have been given the required prenotification for the Medical Information Bureau and consumer investigative reports.

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medically related facility, insurance company, the Medical Information Bureau or other organization, institution or person, that has any records or knowledge of me or my health, to give Primerica Life Insurance Company and any of its reinsurers any such information. I know that I or my legal representative may request to receive a copy of this Authorization. A photographic copy of this Authorization shall be as valid as the original and will be valid for two and one half (2-1/2) years from the date this application was signed. I acknowledge that I have received a copy of the MIB Pre-Notice.

X _~Ernest Smith~_____     X _Emma Smith_____
     Signature of Proposed Insured                               Signature of Spouse if Proposed for Insurance

_11-13-2005_____
          Date

I agree that: (1) this application, together with any evidence of insurability which may be required in connection with the change requested, shall form a part of the policy; (2) the change or reinstatement requested shall not take effect unless and until this Application is approved by the Company at its Executive Office and any consideration required is paid to the Company while the insurability of the insured remains as stated in any statement of insurability made in connection with this application; (3) if a new policy is issued, it shall be subject to any assignment of the original policy in force and on file with the Company at its Executive Office; and (4) if a new policy is issued, the beneficiary or beneficiaries and method of settlement shall be the same as under the original policy unless the beneficiary is changed herein; (5) if any statement made herein be in any respect untrue, the Company shall be under no liability by reason of the attempted reinstatement for a period from the date of such attempted reinstatement equal to the number of years stated in the Incontestability Provision of said policy; and (6) to accept return of any amount paid herewith should the Company decline to approve this application.

The Owner hereby represents and certifies that he has not made any assignment of the Policy which has not been filed with the Company at its Executive Office.

Dated at: _DUNCANVILLE, TX_____ on _11-13-2005_____

_~Ernest Smith~_____     X _Emma Smith_____
     Signature of Primary Insured                                 Signature of Spouse, if to be Insured

X _____     X _____
     Signature of Owner, if other than Primary Insured                     Signature of Owner's Spouse

X _____     X _____
     Signature of Irrevocable Beneficiary or Assignee, if any                 Agent's Signature

First Licensed Agent making change _Wilmena D Ray_____     Solution No._GGN98_

Second Licensed Agent making change_____     Solution No._____

# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001 • (770) 381-1000

## LIFE INSURANCE BASIC ILLUSTRATION
### Representative Certification and Applicant Acknowledgement

PLA-142 REV

Date: / 1 / 1 / 13 / 2 0 0 5 /

## REPRESENTATIVE'S CERTIFICATION

I certify that:

(✓) a sales illustration was not used with or presented to the applicant either at or prior to the completion of the application for coverage.

( ) the sales illustration(s) used with or presented to the applicant does not conform to the coverage being applied for in the application for coverage.

Signed: _Wilmina D D_

## APPLICANT'S (PROPOSED OWNER'S) ACKNOWLEDGEMENT

I acknowledge the certification made above and understand that if a policy is issued to me by Primerica Life Insurance Company that I will be provided with a sales illustration conforming to the issued policy no later than at the time the policy is delivered to me by Primerica Life Insurance Company or its authorized representative. I also acknowledge and understand that premiums are scheduled to increase after the initial level premium period and I should carefully review the sales illustration and policy upon delivery.

Signed: _Ernest Smith_

SSN:  |                    |  6 8 6 9

RCA0431595869

PLA-142 REV

# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001 • (770) 381-1000

## NOTICE AND CONSENT FOR HIV-RELATED TESTING

To evaluate your insurability, the insurer named above (Primerica Life Insurance Company) has requested that you provide a sample of your blood, oral fluid extracted from cheek and gum tissue, or urine for testing and analysis to determine the presence of human immunodeficiency virus (HIV) antibodies. By signing and dating this form you agree that this test may be done and that underwriting decisions will be based on the test result. A series of three tests will be performed by a licensed laboratory through a medically accepted procedure.

### Pre-Testing Considerations

Many public health organizations have recommended that before taking an HIV-related test a person seek counseling to become informed concerning the implications of such a test. You may wish to consider counseling, at your expense, prior to being tested.

### Meaning of Positive Test Result

The test is not a test for AIDS. It is a test for antibodies to the HIV virus, the causative agent for AIDS, and shows whether you have been exposed to the virus. A positive test result does not mean that you have AIDS but that you are at significantly increased risk of developing problems with your immune system. The test for HIV antibodies is very sensitive. Errors are rare, but they do occur. Your private physician, a public health clinic, or an AIDS information organization in your city might provide you with further information on the medical implications of a positive test.

Positive HIV antibody test results will adversely affect your application for insurance. This means that your application may be declined, that an increased premium may be charged, or that other policy changes may be necessary.

### Confidentiality of Test Results

All test results are required to be treated confidentially. They will be reported by the laboratory to the insurer. The test results may be disclosed as required by law or may be disclosed to employees of the insurer who have the responsibility to make underwriting decisions on behalf of the insurer or to outside legal counsel who needs such information to effectively represent the insurer in regard to your application. The results may be disclosed to a reinsurer, if the reinsurer is involved in the underwriting process. The test may be released to an insurance medical information exchange under procedures that are designed to assure confidentiality, including the use of general codes that also cover results of tests for other diseases or conditions not related to AIDS, or for the preparation of statistical reports that do not disclose the identity of any particular person.

### Notification of Test Result

If your test results are negative, no routine notification will be sent to you. If your test results are reported by the laboratory to the insurer as being positive, you will receive written notification of such results from a physician you have designated or, in the absence of such designation, from the Texas Department of Health. Because a trained person should deliver that information so that you can understand clearly what the test result means, please list your private physician so that the insurer can have him or her tell you the test result and explain its meaning.

HIV8431595869

Name of physician for reporting a possible positive test result:

Address:

In the event the test is positive and you are denied coverage because of that fact and you request the reason for the denial, the insurer may require you to name a physician at that time in order to receive the information.

If the test indicates a positive result, but you do not designate a private physician, the test results will be provided to you by a representative of the Texas Department of Health.

### Consent

I have read and I understand this Notice and Consent for HIV-Related Testing. I voluntarily consent to the collection of a sample of blood, oral fluid extracted from cheek and gum tissue, or urine from me, the testing of that sample, and the disclosure of the test results as described above. I have read the information on this form about what a test result means.

I understand that I have the right to request and receive a copy of this authorization. A photocopy of this form will be as valid as the original.

ERNEST L. SMITH, JR
Name of Proposed Insured

616 TAYLOR ST., DUNCANVILLE, TX 75137
Address

_Ernest Smith_          11 13 2005
Signature of Proposed Insured or Patient/Guardian          Date Signed

TX-691
PLA-889-TX                    INSURE R                    1/97

# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001 • (770) 381-1000

## NOTICE AND CONSENT FOR HIV-RELATED TESTING

To evaluate your insurability, the insurer named above (Primerica Life Insurance Company) has requested that you provide a sample of your blood, oral fluid extracted from cheek and gum tissue, or urine for testing and analysis to determine the presence of human immunodeficiency virus (HIV) antibodies. By signing and dating this form you agree that this test may be done and that underwriting decisions will be based on the test result. A series of three tests will be performed by a licensed laboratory through a medically accepted procedure.

### Pre-Testing Considerations

Many public health organizations have recommended that before taking an HIV-related test a person seek counseling to become informed concerning the implications of such a test. You may wish to consider counseling, at your expense, prior to being tested.

### Meaning of Positive Test Result

The test is not a test for AIDS. It is a test for antibodies to the HIV virus, the causative agent for AIDS, and shows whether you have been exposed to the virus. A positive test result does not mean that you have AIDS but that you are at significantly increased risk of developing problems with your immune system. The test for HIV antibodies is very sensitive. Errors are rare, but they do occur. Your private physician, a public health clinic, or an AIDS information organization in your city might provide you with further information on the medical implications of a positive test.

Positive HIV antibody test results will adversely affect your application for insurance. This means that your application may be declined, that an increased premium may be charged, or that other policy changes may be necessary.

### Confidentiality of Test Results

All test results are required to be treated confidentially. They will be reported by the laboratory to the insurer. The test results may be disclosed as required by law or may be disclosed to employees of the insurer who have the responsibility to make underwriting decisions on behalf of the insurer or to outside legal counsel who needs such information to effectively represent the insurer in regard to your application. The results may be disclosed to a reinsurer, if the reinsurer is involved in the underwriting process. The test may be released to an insurance medical information exchange under procedures that are designed to assure confidentiality, including the use of general codes that also cover results of tests for other diseases or conditions not related to AIDS, or for the preparation of statistical reports that do not disclose the identity of any particular person.

### Notification of Test Result

If your test results are negative, no routine notification will be sent to you. If your test results are reported by the laboratory to the insurer as being positive, you will receive written notification of such results from a physician you have designated or, in the absence of such designation, from the Texas Department of Health. Because a trained person should deliver that information so that you can understand clearly what the test result means, please list your private physician so that the insurer can have him or her tell you the test result and explain its meaning.

Name of physician for reporting a possible positive test result :

**HIS8431595869**

Address:

In the event the test is positive and you are denied coverage because of that fact and you request the reason for the denial, the insurer may require you to name a physician at that time in order to receive the information.

If the test indicates a positive result, but you do not designate a private physician, the test results will be provided to you by a representative of the Texas Department of Health.

### Consent

I have read and I understand this Notice and Consent for HIV-Related Testing. I voluntarily consent to the collection of a sample of blood, oral fluid extracted from cheek and gum tissue, or urine from me, the testing of that sample, and the disclosure of the test results as described above. I have read the information on this form about what a test result means.

I understand that I have the right to request and receive a copy of this authorization. A photocopy of this form will be as valid as the original.

EMMA J. SMITH
Name of Proposed Insured

610 TAYLOR CT., DUNCANVILLE, TX 75137
Address

Emma Smith
Signature of Proposed Insured or Parent/Guardian

11.13 2005
Date Signed

TX-001
PLA-060-TX

INSURER

1 97

November 13, 2005

**PRIMERICA LIFE**
Duluth, GA

To Whom It May Concern:

Effectively immediately, please change the agent of record on my Life Insurance Policy
# 0431595869 to Wilmena S. Day, Solution #GGN98.

Thank you,

SS# 6869

Emma Smith

SS# 4315

CCR0431595869



Make check payable to:

**Primerica Life Insurance Company**
3120 Breckinridge Blvd., Duluth, Georgia 30099-0001

**Return This Portion With Your Payment.**
Please disregard this notice if payment has been sent.

## Thank you.

EMMA J SMITH
610 TAYLOR CT
DUNCANVILLE TX 75137-2541

→ Please authorize

| ☑ MONTHLY BANK DRAFT * | ☐ ANNUAL | ☐ SEMI-ANNUAL | ☐ QUARTERLY |
|---|---|---|---|
| $134.21 | $1,412.50 | $734.50 | $374.33 |

● INDICATE DESIRED BANK DRAFT DAY.

SIGNATURE X _Emma J Smith_     DATE _12-18-05_

\* By choosing the monthly bank draft option, you are approving the Authorization to Honor Transfers of Funds directed by Primerica Life Insurance Company on the reverse side of this form. **Please attach void check.**

**PLEASE PAY THIS AMOUNT**     $374.33

PAC0431595869

*Check the box below if your address has changed. Then, please complete the change of address section*

☐

00000000PBUPIX 00000000000000 0431595869 000037433 1

PLA-55

ERNEST SMITH, JR.                    1056
972-296-4777                      32-2/1110 TX
610 TAYLOR CT.                         4381
DUNCANVILLE, TX 75137-2641      09-05

Bank of America

Pay to the
Order of _____ $ _____

_____ Dollars

For _____

⑆111000025⑆ 004880805 2⑈ 1056

ACH R/T 111000025
©2002 Rapid Random, Ltd.

00001.0616.000 (43/43)

## POS ACCOUNTING WORKSHEET

CO:  04 / 34

INSURED'S NAME:  Ernst Smith Jr          POLICY #:  31595869

OWNER'S NAME: _____          DATE:  12,505

[X] ACCOUNTING          [ ] UNSUSPEND          [ ] I8 LETTER #:  10020

| PAID TO DATE | TRANS | AMOUNT | ENTRY | ACCOUNT NUMBER | MODE OR PHASE |
|---|---|---|---|---|---|
| 12/05 | 991 | 101.27 | | 2250 | |
| | 402 | 101.27 | | 01 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

REFUND AMOUNT.        101.27          COORD. APPROVAL   *Sinclair*
                                      (UP TO $400.00)

PREPARED BY / DATE   MA2  121505      DIRECTOR APPROVAL _____
                                      ( UP TO $1000.00)

PRE-APPROVED BY / DATE.  R. 1/16/15   OFFICER APPROVAL _____
                                      ($1001.00  $20,000.00)

INPUT BY / DATE          CGG  12-19-05

POST-VERIFIED BY / DATE   CE 12/20/05

COMMENTS _____          MIS0431595869
        _____          |||||||||||||||||||||

00001.0973.000 (4242)

# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001 • (770) 381-1000

## NOTICE AND CONSENT FOR HIV-RELATED TESTING

315-595869

To evaluate your insurability, the Insurer named above (Primerica Life Insurance Company) has requested that you provide a sample of your blood, oral fluid extracted from cheek and gum tissue, or urine for testing and analysis to determine the presence of human immunodeficiency virus (HIV) antibodies. By signing and dating this form you agree that this test may be done and that underwriting decisions will be based on the test result. A series of three tests will be performed by a licensed laboratory through a medically accepted procedure.

### Pre-Testing Considerations

Many public health organizations have recommended that before taking an HIV-related test a person seek counseling to become informed concerning the implications of such a test. You may wish to consider counseling, at your expense, prior to being tested.

### Meaning of Positive Test Result

The test is not a test for AIDS. It is a test for antibodies to the HIV virus, the causative agent for AIDS, and shows whether you have been exposed to the virus. A positive test result does not mean that you have AIDS but that you are at significantly increased risk of developing problems with your immune system. The test for HIV antibodies is very sensitive. Errors are rare, but they do occur. Your private physician, a public health clinic, or an AIDS information organization in your city might provide you with further information on the medical implications of a positive test.

Positive HIV antibody test results will adversely affect your application for insurance. This means that your application may be declined, that an increased premium may be charged, or that other policy changes may be necessary.

### Confidentiality of Test Results

All test results are required to be treated confidentially. They will be reported by the laboratory to the Insurer. The test results may be disclosed as required by law or may be disclosed to employees of the Insurer who have the responsibility to make underwriting decisions on behalf of the Insurer or to outside legal counsel who needs such information to effectively represent the Insurer in regard to your application. The results may be disclosed to a reinsurer, if the reinsurer is involved in the underwriting process. The test may be released to an insurance medical information exchange under procedures that are designed to assure confidentiality, including the use of general codes that also cover results of tests for other diseases or conditions not related to AIDS, or for the preparation of statistical reports that do not disclose the identity of any particular person.

### Notification of Test Result

If your test results are negative, no routine notification will be sent to you. If your test results are reported by the laboratory to the Insurer as being positive, you will receive written notification of such results from a physician you have designated or, in the absence of such designation, from the Texas Department of Health. Because a trained person should deliver that information so that you can understand clearly what the test result means, please list your private physician so that the Insurer can have him or her tell you the test result and explain its meaning.

Name of physician for reporting a possible positive test result :

Address: _____ NONE _____

In the event the test is positive and you are denied coverage because of that fact and you request the reason for the denial, the Insurer may require you to name a physician at that time in order to receive the information.

If the test indicates a positive result, but you do not designate a private physician, the test results will be provided to you by a representative of the Texas Department of Health.

### Consent

I have read and I understand this Notice and Consent for HIV-Related Testing. I voluntarily consent to the collection of a sample of blood, oral fluid extracted from cheek and gum tissue, or urine from me, the testing of that sample, and the disclosure of the test results as described above. I have read the information on this form about what a test result means.

I understand that I have the right to request and receive a copy of this authorization.

HIV0431595869

ERNEST SMITH
Name of Proposed Insured

610 TAYLOR CT.   DUNCANVILLE, TX   75737
Address

Ernest Smith
Signature of Proposed Insured or Parent/Guardian

01 07 2006
Date Signed

TX-001
PLA-888-TX                    INSURER                    1 97

# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001 • (770) 381-1000

## NOTICE AND CONSENT FOR HIV-RELATED TESTING

To evaluate your insurability, the insurer named above (Primerica Life Insurance Company) has requested that you provide a sample of your blood, oral fluid extracted from cheek and gum tissue, or urine for testing and analysis to determine the presence of human immunodeficiency virus (HIV) antibodies. By signing and dating this form you agree that this test may be done and that underwriting decisions will be based on the test result. A series of three tests will be performed by a licensed laboratory through a medically accepted procedure.

### Pre-Testing Considerations

Many public health organizations have recommended that before taking an HIV-related test a person seek counseling to become informed concerning the implications of such a test. You may wish to consider counseling, at your expense, prior to being tested.

### Meaning of Positive Test Result

The test is not a test for AIDS. It is a test for antibodies to the HIV virus, the causative agent for AIDS, and shows whether you have been exposed to the virus. A positive test result does not mean that you have AIDS but that you are at significantly increased risk of developing problems with your immune system. The test for HIV antibodies is very sensitive. Errors are rare, but they do occur. Your private physician, a public health clinic, or an AIDS information organization in your city might provide you with further information on the medical implications of a positive test.

Positive HIV antibody test results will adversely affect your application for insurance. This means that your application may be declined, that an increased premium may be charged, or that other policy changes may be necessary.

### Confidentiality of Test Results

All test results are required to be treated confidentially. They will be reported by the laboratory to the Insurer. The test results may be disclosed as required by law or may be disclosed to employees of the Insurer who have the responsibility to make underwriting decisions on behalf of the Insurer or to outside legal counsel who needs such information to effectively represent the Insurer in regard to your application. The results may be disclosed to a reinsurer, if the reinsurer is involved in the underwriting process. The test may be released to an insurance medical information exchange under procedures that are designed to assure confidentiality, including the use of general codes that also cover results of tests for other diseases or conditions not related to AIDS, or for the preparation of statistical reports that do not disclose the identity of any particular person.

### Notification of Test Result

If your test results are negative, no routine notification will be sent to you. If your test results are reported by the laboratory to the Insurer as being positive, you will receive written notification of such results from a physician you have designated or, in the absence of such designation, from the Texas Department of Health. Because a trained person should deliver that information so that you can understand clearly what the test result means, please list your private physician so that the Insurer can have him or her tell you the test result and explain its meaning.

Name of physician for reporting a possible positive test result _____

Address: _____ NONE _____

_____

In the event the test is positive and you are denied coverage because of that fact and you request the reason for the denial, the Insurer may require you to name a physician at that time in order to receive the information.

If the test indicates a positive result, but you do not designate a private physician, the test results will be provided to you by a representative of the Texas Department of Health.

### Consent

I have read and I understand this Notice and Consent for HIV-Related Testing. I volunt
extracted from cheek and gum tissue, or urine from me, the testing of that sample, and
read the information on this form about what a test result means.

**HIS0431595869**

I understand that I have the right to request and receive a copy of this authorizati

_Emma Smith_
Name of Proposed Insured

_610 Taylor Ct. Duncanville TX 75137_
Address

_Emma Smith_                                    _07-27-2006_
Signature of Proposed Insured or Parent/Guardian          Date Signed

HIV

TB-001
PLA-008-TX                              INSURER                              1-97

## POLICY SPECIFICATIONS

POLICY NUMBER:   0431595869   INSURED:  ERNEST R SMITH JR

ISSUE AGE:   33   DATE OF ISSUE: ORIGINAL ISSUE

INITIAL FACE AMOUNT:  $100,000   POLICY DATE:   APRIL 25, 2001

PREMIUM CLASS:   STANDARD/   EXPIRY DATE:   APRIL 25, 2048
NON-TOBACCO USE

| FORM NUMBER | PLAN NAME | INITIAL FACE AMOUNT | SCHEDULED ANNUAL PREMIUMS* | |
|---|---|---|---|---|
| | | | YEAR 1 | YEARS 2-20 |
| D-25 | MODIFIED PREMIUM TERM LIFE INS | $100,000 | $477.00 | $201.00 |
| C-25S | SPOUSE TERM INSURANCE RIDER | 100,000 | 188.00 | SEE RIDER |
| CH-25 | CHILDRENS TERM INS. RIDER TO AGE 25 | 10,000 | 65.00 | SEE RIDER |
| B-20TR | INSURED TERM INSURANCE RIDER | 200,000 | 306.00 | SEE RIDER |
| B-20SR | SPOUSE TERM INSURANCE RIDER | 200,000 | 376.00 | SEE RIDER |
| C4-I15 | INSURED TERM INSURANCE RIDER | 150,000 | 374.00 | SEE RIDER |
| C4-I20IX | INSURED TERM INSURANCE RIDER | 350,000 | 511.00 | SEE RIDER |
| C4-S20IX | SPOUSE TERM INSURANCE RIDER | 250,000 | 480.00 | SEE RIDER |
| DWP | WAIVER OF PREMIUM | | SEE RIDER | SEE RIDER |

*The Scheduled Annual Premiums shown above are guaranteed for the years for
which premium amounts are shown.  Premium guarantees shown above beyond the
first 5 years are provided by the Extension of Scheduled Premium Guarantee
Rider.  The premiums for the premium payment option You chose are shown on
Page 3A and explained in Part 4. Premium Provisions.

TOTAL PREMIUM PAYMENT OPTIONS (includes all riders):

| | ANNUAL | SEMI-ANNUAL | QUARTERLY | MONTHLY |
|---|---|---|---|---|
| PRESENT YEAR | $2,505.50 | $1,302.86 | $663.99 | $238.06 |
| | | | | 2.97 |

D-25   Policy Page 3

## POLICY SPECIFICATIONS (CONT'D)

### TABLE A
#### MONTHLY PREMIUMS FOR BASIC POLICY CONTINUATION TO EXPIRY DATE

| POLICY YEARS | ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | FACE AMOUNT |
|---|---|---|---|---|
| 01 | 33 | $45.32 | $45.32 | $100,000.00 |
| 02 | 34 | $19.10 | $19.10 | $100,000.00 |
| 03 | 35 | $19.10 | $19.10 | $100,000.00 |
| 04 | 36 | $19.10 | $19.10 | $100,000.00 |
| 05 | 37 | $19.10 | $19.10 | $100,000.00 |
| 06 | 38 | $19.10 | $19.10 | $100,000.00 |
| 07 | 39 | $19.10 | $19.10 | $100,000.00 |
| 08 | 40 | $19.10 | $19.10 | $100,000.00 |
| 09 | 41 | $19.10 | $19.10 | $100,000.00 |
| 10 | 42 | $19.10 | $19.10 | $100,000.00 |
| 11 | 43 | $19.10 | $19.10 | $100,000.00 |
| 12 | 44 | $19.10 | $19.10 | $100,000.00 |
| 13 | 45 | $19.10 | $19.10 | $100,000.00 |
| 14 | 46 | $19.10 | $19.10 | $100,000.00 |
| 15 | 47 | $19.10 | $19.10 | $100,000.00 |
| 16 | 48 | $19.10 | $19.10 | $100,000.00 |
| 17 | 49 | $19.10 | $19.10 | $100,000.00 |
| 18 | 50 | $19.10 | $19.10 | $100,000.00 |
| 19 | 51 | $19.10 | $19.10 | $100,000.00 |
| 20 | 52 | $19.10 | $19.10 | $100,000.00 |
| 21 | 53 | $19.10 | $78.47 | $100,000.00 |
| 22 | 54 | $19.10 | $78.47 | $100,000.00 |
| 23 | 55 | $19.10 | $78.47 | $100,000.00 |
| 24 | 56 | $19.10 | $78.47 | $100,000.00 |
| 25 | 57 | $19.10 | $78.47 | $100,000.00 |
| 26 | 58 | $19.10 | $78.47 | $94,000.00 |
| 27 | 59 | $19.10 | $78.47 | $89,000.00 |
| 28 | 60 | $19.10 | $78.47 | $84,000.00 |
| 29 | 61 | $19.10 | $78.47 | $78,000.00 |
| 30 | 62 | $19.10 | $78.47 | $72,000.00 |
| 31 | 63 | $19.10 | $78.47 | $66,000.00 |
| 32 | 64 | $19.10 | $78.47 | $60,000.00 |
| 33 | 65 | $107.07 | $188.58 | $60,000.00 |
| 34 | 66 | $117.71 | $209.19 | $60,000.00 |
| 35 | 67 | $129.30 | $230.85 | $60,000.00 |

*Scheduled premiums may change, but they will not increase beyond the maximum premiums.  See Part 4, Premium Provisions.

D-25                              Policy Page 3A                              2.97

POLICY SPECIFICATIONS (CONT'D)

TABLE A (CONT'D)
MONTHLY PREMIUMS FOR BASIC POLICY CONTINUATION TO EXPIRY DATE

| POLICY YEARS | ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | FACE AMOUNT |
|---|---|---|---|---|
| 36 | 68 | $141.65 | $258.97 | $60,000.00 |
| 37 | 69 | $155.23 | $298.40 | $60,000.00 |
| 38 | 70 | $183.07 | $335.72 | $60,000.00 |
| 39 | 71 | $198.27 | $380.76 | $60,000.00 |
| 40 | 72 | $213.37 | $423.13 | $60,000.00 |
| 41 | 73 | $231.33 | $474.72 | $60,000.00 |
| 42 | 74 | $251.66 | $535.42 | $60,000.00 |
| 43 | 75 | $273.89 | $604.11 | $60,000.00 |
| 44 | 76 | $297.45 | $679.44 | $60,000.00 |
| 45 | 77 | $321.86 | $760.48 | $60,000.00 |
| 46 | 78 | $347.13 | $847.07 | $60,000.00 |
| 47 | 79 | $373.92 | $941.64 | $60,000.00 |

*Scheduled premiums may change, but they will not increase beyond the
maximum premiums.  See Part 4, Premium Provisions.

D-25                    Policy Page 3A (Cont'd)                    2.97

## RIDER SPECIFICATIONS

POLICY NUMBER:   0431595869          INSURED   ERNEST R SMITH JR

RIDER ISSUE AGE:  38                 RIDER DATE OF ISSUE:  JANUARY 28, 2006

RIDER FACE
     AMOUNT:      $350,000           RIDER DATE:           JANUARY 25, 2006

PREMIUM CLASS:    STANDARD/          RIDER EXPIRY DATE:    APRIL 25, 2048
                  NON-TOBACCO USE

| FORM NUMBER | PLAN NAME | RIDER FACE AMOUNT | SCHEDULED ANNUAL PREMIUMS* YEARS 1-20 |
|---|---|---|---|
| C4-120TX | INSURED TERM INSURANCE RIDER | $350,000 | $511.00 |

*The Scheduled Annual Premiums shown above are guaranteed for the years for
which premium amounts are shown.  All premiums for the premium payment option
You chose are shown on Rider Page 3A and explained in the Premium Changes
by Company provision.

     C4-120TX                       Rider Page 3                        3.03

## RIDER SPECIFICATIONS (CONT'D)

### TABLE A
#### MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | GUARANTEED MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 01 | 38 | $48.55 | $48.55 | $350,000.00 |
| 02 | 39 | $48.55 | $48.55 | $350,000.00 |
| 03 | 40 | $48.55 | $48.55 | $350,000.00 |
| 04 | 41 | $48.55 | $48.55 | $350,000.00 |
| 05 | 42 | $48.55 | $48.55 | $350,000.00 |
| 06 | 43 | $48.55 | $48.55 | $350,000.00 |
| 07 | 44 | $48.55 | $48.55 | $350,000.00 |
| 08 | 45 | $48.55 | $48.55 | $350,000.00 |
| 09 | 46 | $48.55 | $48.55 | $350,000.00 |
| 10 | 47 | $48.55 | $48.55 | $350,000.00 |
| 11 | 48 | $48.55 | $48.55 | $350,000.00 |
| 12 | 49 | $48.55 | $48.55 | $350,000.00 |
| 13 | 50 | $48.55 | $48.55 | $350,000.00 |
| 14 | 51 | $48.55 | $48.55 | $350,000.00 |
| 15 | 52 | $48.95 | $48.55 | $350,000.00 |
| 16 | 53 | $48.55 | $48.55 | $350,000.00 |
| 17 | 54 | $48.55 | $48.55 | $350,000.00 |
| 18 | 55 | $48.55 | $48.55 | $350,000.00 |
| 19 | 56 | $48.55 | $48.55 | $350,000.00 |
| 20 | 57 | $48.55 | $48.55 | $350,000.00 |
| 21 | 58 | $310.89 | $514.05 | $350,000.00 |
| 22 | 59 | $310.89 | $514.05 | $350,000.00 |
| 23 | 60 | $310.89 | $514.05 | $350,000.00 |
| 24 | 61 | $310.89 | $514.05 | $350,000.00 |
| 25 | 62 | $310.89 | $514.05 | $350,000.00 |
| 26 | 63 | $508.06 | $854.86 | $350,000.00 |
| 27 | 64 | $508.06 | $854.86 | $350,000.00 |
| 28 | 65 | $508.06 | $854.86 | $350,000.00 |
| 29 | 66 | $508.06 | $854.86 | $350,000.00 |
| 30 | 67 | $508.06 | $854.86 | $350,000.00 |
| 31 | 68 | $713.22 | $1,215.29 | $350,000.00 |
| 32 | 69 | $713.22 | $1,215.29 | $350,000.00 |
| 33 | 70 | $801.99 | $1,408.18 | $350,000.00 |
| 34 | 71 | $881.13 | $1,582.04 | $350,000.00 |
| 35 | 72 | $965.25 | $1,730.67 | $350,000.00 |
| 36 | 73 | $1,056.69 | $1,928.84 | $350,000.00 |
| 37 | 74 | $1,156.77 | $2,151.94 | $350,000.00 |
| 38 | 75 | $1,267.49 | $2,391.01 | $350,000.00 |
| 39 | 76 | $1,389.85 | $2,645.37 | $350,000.00 |
| 40 | 77 | $1,524.85 | $2,913.04 | $350,000.00 |

*Scheduled premiums may change, but they will not increase above the guaranteed maximum premiums.  See Premium Changes by Company provision.

C4-T207X                          Rider Page 3A                          3.03

RIDER SPECIFICATIONS (CONT'D)

TABLE A (CONT'D)
MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | GUARANTEED MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 42 | 78 | $1,672.81 | $3,190.67 | $350,000.00 |
| 42 | 79 | $1,833.41 | $3,485.60 | $350,000.00 |

*Scheduled premiums may change, but they will not increase above the
guaranteed maximum premiums.  See Premium Changes by Company provision.
C4-120TX                    Rider Page 3A (Cont'd)                    3.03

## RIDER SPECIFICATIONS

| | |
|---|---|
| POLICY NUMBER: 0431595869 | INSURED SPOUSE: EMMA J SMITH |
| RIDER ISSUE AGE: 42 | RIDER DATE OF ISSUE: JANUARY 28, 2006 |
| RIDER FACE AMOUNT: $250,000 | RIDER DATE: JANUARY 25, 2006 |
| PREMIUM CLASS: STANDARD/ NON-TOBACCO USE | RIDER EXPIRY DATE: APRIL 25, 2048 |

| FORM NUMBER | PLAN NAME | RIDER FACE AMOUNT | SCHEDULED ANNUAL PREMIUMS* YEARS 1-20 |
|---|---|---|---|
| C4-S20TX | SPOUSE TERM INSURANCE RIDER | $250,000 | $480.00 |

*The Scheduled Annual Premiums shown above are guaranteed for the years for which premium amounts are shown.  All premiums for the premium payment option You chose are shown on Rider Page 3A and explained in the Premium Changes by Company provision.

C4-S20TX                    Rider Page 3                    3.03

RIDER SPECIFICATIONS (CONT'D)

TABLE A
MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | GUARANTEED MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 01 | 42 | $45.60 | $45.60 | $250,000.00 |
| 02 | 43 | $45.60 | $45.60 | $250,000.00 |
| 03 | 44 | $45.60 | $45.60 | $250,000.00 |
| 04 | 45 | $45.60 | $45.60 | $250,000.00 |
| 05 | 46 | $45.60 | $45.60 | $250,000.00 |
| 06 | 47 | $45.60 | $45.60 | $250,000.00 |
| 07 | 48 | $45.60 | $45.60 | $250,000.00 |
| 08 | 49 | $45.60 | $45.60 | $250,000.00 |
| 09 | 50 | $45.60 | $45.60 | $250,000.00 |
| 10 | 51 | $45.60 | $45.60 | $250,000.00 |
| 11 | 52 | $45.60 | $45.60 | $250,000.00 |
| 12 | 53 | $45.60 | $45.60 | $250,000.00 |
| 13 | 54 | $45.60 | $45.60 | $250,000.00 |
| 14 | 55 | $45.60 | $45.60 | $250,000.00 |
| 15 | 56 | $45.60 | $45.60 | $250,000.00 |
| 16 | 57 | $45.60 | $45.60 | $250,000.00 |
| 17 | 58 | $45.60 | $45.60 | $250,000.00 |
| 18 | 59 | $45.60 | $45.60 | $250,000.00 |
| 19 | 60 | $45.60 | $45.60 | $250,000.00 |
| 20 | 61 | $45.60 | $45.60 | $250,000.00 |
| 21 | 62 | $329.42 | $551.00 | $250,000.00 |
| 22 | 63 | $329.42 | $551.00 | $250,000.00 |
| 23 | 64 | $329.42 | $551.00 | $250,000.00 |
| 24 | 65 | $329.42 | $551.00 | $250,000.00 |
| 25 | 66 | $329.42 | $551.00 | $250,000.00 |
| 26 | 67 | $485.22 | $826.27 | $250,000.00 |
| 27 | 68 | $485.22 | $826.27 | $250,000.00 |
| 28 | 69 | $485.22 | $826.27 | $250,000.00 |
| 29 | 70 | $577.85 | $1,005.82 | $250,000.00 |
| 30 | 71 | $629.38 | $1,130.03 | $250,000.00 |
| 31 | 72 | $689.47 | $1,236.19 | $250,000.00 |
| 32 | 73 | $754.78 | $1,377.74 | $250,000.00 |
| 33 | 74 | $826.27 | $1,537.10 | $250,000.00 |
| 34 | 75 | $905.35 | $1,707.87 | $250,000.00 |
| 35 | 76 | $992.75 | $1,889.55 | $250,000.00 |
| 36 | 77 | $1,089.18 | $2,080.74 | $250,000.00 |
| 37 | 78 | $1,194.87 | $2,279.05 | $250,000.00 |
| 38 | 79 | $1,309.58 | $2,489.72 | $250,000.00 |
| 39 | 80 | $1,433.66 | $2,720.57 | $250,000.00 |
| 40 | 81 | $1,566.79 | $2,977.54 | $250,000.00 |

*Scheduled premiums may change, but they will not increase above the
guaranteed maximum premiums.  See Premium Changes by Company provision

C4-S20TX                      Rider Page 3A                      3.03

## RIDER SPECIFICATIONS (CONT'D)

### TABLE A (CONT'D)
#### MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | GUARANTEED MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 41 | 82 | $1,707.63 | $3,268.00 | $250,000.00 |
| 42 | 83 | $1,856.78 | $3,595.28 | $250,000.00 |

*Scheduled premiums may change, but they will not increase above the
guaranteed maximum premiums.  See Premium Changes by Company provision.

C4-S2OTX                    Rider Page 3A (Cont'd)                    3.03