MKP24

# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001

Client Services 1-800-257-4725

Personal RVP Line 1-800-737-5596

## MULTIPURPOSE CHANGE FORM

### POLICY OWNER INFORMATION (COMPLETE FOR ANY CHANGES FRONT AND BACK)

Policy Owner _EMMA J. Smith_     Policy Number _0431595869_

Owner's Date of Birth _5-21-64_     Social Security Number _4315_

Current Address _610 TAYLOR Ct,_     ☐ IF NEW ADDRESS CHECK HERE

*Street Address*

_Dunconville  TX.  75137-2541_

*City*          *State*          *Zip Code*

Day Phone No. _601 347 1747_ ☐ Home ☐ Work ☑ Other (cell)     Night Phone No. _____ ☐ Home ☐ Work ☐ Other

### NAME CHANGE

☐ Policy Owner   ☐ Primary Insured   ☐ Insured Spouse   ☐ Other Insured   ☐ Child

Prior Name _____   New Name _____

*First   Middle   Last*          *First   Middle   Last*

New Signature _____   Reason For Change _____

*(Not Required for Child)*          *(Marriage, Court Order, etc.)*

*Authorization for Name Change*

X _____ Date _____   X _____ Date _____

*Signature of Witness or Agent & Solution #*          *Signature of Policy Owner*

### TRANSFER OWNERSHIP

I, _____, the owner of Policy # _____ issued on the life of

*Name of Present Owner*

_____ transfer ownership of said Policy, along with all rights, title and interest

in said Policy to _____ (NEW OWNER MUST COMPLETE THE FOLLOWING:)

*Name Of New Owner*

Social Security Number _____   Day Phone Number _____ ☐ Home ☐ Work ☐ Other

Date of Birth _____

Relationship to Insured _____   Night Phone Number _____ ☐ Home ☐ Work ☐ Other

Address _____

*Authorization for Ownership Change*

X _____   X _____

*Signature of Witness or Agent & Solution #*          *Signature of Present Policy Owner*

X _____   X _____

*Signature of Witness or Agent & Solution #*          *Signature of New Policy Owner*

X _____   X _____

*Signature of Witness or Agent & Solution #*          *Signature*

SIGNED THIS _____ DAY OF _____

BOC0431595869

PLA-83

EXHIBIT

E

## CHANGE BENEFICIARY

All designations of present beneficiaries and elections of settlement options pertaining to death benefits on the referenced Policy are hereby revoked and the proceeds payable under said Policy are to be paid to the following named person(s) as specified below pursuant to the payment provisions of said Policy, with the right to change this designation reserved:

**PRINCIPAL BENEFICIARY** Principal Beneficiaries in equal shares to the survivor(s), unless otherwise directed under percentage/amt. column

If this is an Irrevocable Beneficiary designation, check here ☐

1. ERNEST Smith JR.     6,868     50%
   First Name / Middle Name / Last Name     Number / Percentage or Amount

   1-5-68        HUSBAND
   Date of Birth      Relationship to Insured

2. James R. RAINE     48,19     50%
   First Name / Middle Name / Last Name     y Number / Percentage or Amount

   _____        _____
   Date of Birth      Relationship to Insured

3. _____
   First Name / Middle Name / Last Name / Social Security Number / Percentage or Amount

   _____
   Date of Birth      Relationship to Insured

4. _____
   First Name / Middle Name / Last Name / Social Security Number / Percentage or Amount

   _____
   Date of Birth      Relationship to Insured

**CONTINGENT BENEFICIARY** Contingent Beneficiaries in equal shares to the survivor(s), unless otherwise directed under percentage/amt. column

1. _____
   First Name / Middle Name / Last Name / Social Security Number / Percentage or Amount

   _____
   Date of Birth      Relationship to Insured

2. _____
   First Name / Middle Name / Last Name / Social Security Number / Percentage or Amount

   _____
   Date of Birth      Relationship to Insured

**SPOUSE RIDER BENEFICIARY**

1. _____
   First Name / Middle Name / Last Name / Social Security Number / Percentage or Amount

   _____
   Date of Birth      Relationship to Insured

**IF A MINOR (BELOW THE AGE OF 18) IS LISTED ABOVE, PLEASE DESIGNATE A TRUSTEE**

MINOR'S NAME
First Name / Middle Name / Last Name / Name of Trustee / Date Established

*Authorization for Beneficiary Change*

SIGNED THIS 20 DAY OF Feb, 2006.

X _Arthur L. Brock AH924_     X _Emma Smith_
Signature of Witness or Agent & Solution #     Signature of Policy Owner

X _____     X _____
Signature of Witness or Agent & Solution #     Signature of Policy Owner's Spouse (if living in Community Property State) or Irrevocable Beneficiary

| OTHER MISCELLANEOUS CHANGES | ENDORSED BY ATTACHMENT |
|---|---|
| | PRIMERICA LIFE INSURANCE COMPANY |
| | By _____ |
| | Company Officer / Date |

PLA-83     1.00

PDC0431595869



## Primerica Life Insurance Company
## Policy Delivery Receipt

**Policy Number:** 0431595869

**Policyowner:** Emma J Smith

**This Receipt acknowledges delivery of my Primerica Life Insurance policy output. I understand and accept the policy output as issued.**

Policyown.. Signature *Emma J. Smith*
Emma J Smith

Date 4-3-06

**Primerica Life Representative:** Kelly Case

**Solution Number:** AEW66

        **RETURN TO:** **Primerica Life Insurance Company
        3120 Breckinridge Boulevard
        Duluth, Georgia 30099-0001**

POLICY SPECIFICATIONS

POLICY NUMBER:        0431595869     INSURED:  ERNEST R SMITH JR

ISSUE AGE:            33             DATE OF ISSUE: DUPLICATE

INITIAL FACE AMOUNT:  $100,000       POLICY DATE:   APRIL 25, 2001

PREMIUM CLASS:        STANDARD/       EXPIRY DATE:   APRIL 25, 2048
                      NON-TOBACCO USE

| FORM NUMBER | PLAN NAME | INITIAL FACE AMOUNT | SCHEDULED ANNUAL PREMIUMS* YEAR 1 | SCHEDULED ANNUAL PREMIUMS* YEARS 2-20 |
|---|---|---|---|---|
| D-25 | MODIFIED PREMIUM TERM LIFE INS | $100,000 | $477.00 | $201.00 |
| C-25S | SPOUSE TERM INSURANCE RIDER | 100,000 | 188.00 | SEE RIDER |
| CH-25 | CHILDRENS TERM INS. RIDER TO AGE 25 | 10,000 | 65.00 | SEE RIDER |
| B-20IB | INSURED TERM INSURANCE RIDER | 200,000 | 306.00 | SEE RIDER |
| B-20SB | SPOUSE TERM INSURANCE RIDER | 200,000 | 376.00 | SEE RIDER |
| C4-I15 | INSURED TERM INSURANCE RIDER | 150,000 | 174.00 | SEE RIDER |
| C4-I20TX | INSURED TERM INSURANCE RIDER | 350,000 | 511.00 | SEE RIDER |
| C4-S20TX | SPOUSE TERM INSURANCE RIDER | 250,000 | 480.00 | SEE RIDER |
| DWP | WAIVER OF PREMIUM | | SEE RIDER | SEE RIDER |

*The Scheduled Annual Premiums shown above are guaranteed for the years for
which premium amounts are shown.  Premium guarantees shown above beyond the
first 5 years are provided by the Extension of Scheduled Premium Guarantee
Rider.  The premiums for the premium payment option You chose are shown on
Page 3A and explained in Part 4, Premium Provisions.

TOTAL PREMIUM PAYMENT OPTIONS (includes all riders):

|  | ANNUAL | SEMI-ANNUAL | QUARTERLY | MONTHLY |
|---|---|---|---|---|
| PRESENT YEAR | $2,505.50 | $1,302.86 | $663.99 | $238.06 |

D-25                          Policy Page 3                               2.97

POLICY SPECIFICATIONS (CONT'D)

TABLE A
MONTHLY PREMIUMS FOR BASIC POLICY CONTINUATION TO EXPIRY DATE

| POLICY YEARS | ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | FACE AMOUNT |
|---|---|---|---|---|
| 01 | 33 | $45.32 | $45.32 | $100,000.00 |
| 02 | 34 | $19.10 | $19.10 | $100,000.00 |
| 03 | 35 | $19.10 | $19.10 | $100,000.00 |
| 04 | 36 | $19.10 | $19.10 | $100,000.00 |
| 05 | 37 | $19.10 | $19.10 | $100,000.00 |
| 06 | 38 | $19.10 | $19.10 | $100,000.00 |
| 07 | 39 | $19.10 | $19.10 | $100,000.00 |
| 08 | 40 | $19.10 | $19.10 | $100,000.00 |
| 09 | 41 | $19.10 | $19.10 | $100,000.00 |
| 10 | 42 | $19.10 | $19.10 | $100,000.00 |
| 11 | 43 | $19.10 | $19.10 | $100,000.00 |
| 12 | 44 | $19.10 | $19.10 | $100,000.00 |
| 13 | 45 | $19.10 | $19.10 | $100,000.00 |
| 14 | 46 | $19.10 | $19.10 | $100,000.00 |
| 15 | 47 | $19.10 | $19.10 | $100,000.00 |
| 16 | 48 | $19.10 | $19.10 | $100,000.00 |
| 17 | 49 | $19.10 | $19.10 | $100,000.00 |
| 18 | 50 | $19.10 | $19.10 | $100,000.00 |
| 19 | 51 | $19.10 | $19.10 | $100,000.00 |
| 20 | 52 | $19.10 | $19.10 | $100,000.00 |
| 21 | 53 | $19.10 | $78.47 | $100,000.00 |
| 22 | 54 | $19.10 | $78.47 | $100,000.00 |
| 23 | 55 | $19.10 | $78.47 | $100,000.00 |
| 24 | 56 | $19.10 | $78.47 | $100,000.00 |
| 25 | 57 | $19.10 | $78.47 | $100,000.00 |
| 26 | 58 | $19.10 | $78.47 | $94,000.00 |
| 27 | 59 | $19.10 | $78.47 | $89,000.00 |
| 28 | 60 | $19.10 | $78.47 | $84,000.00 |
| 29 | 61 | $19.10 | $78.47 | $78,000.00 |
| 30 | 62 | $19.10 | $78.47 | $72,000.00 |
| 31 | 63 | $19.10 | $78.47 | $66,000.00 |
| 32 | 64 | $19.10 | $78.47 | $60,000.00 |
| 33 | 65 | $107.07 | $188.58 | $60,000.00 |
| 34 | 66 | $117.71 | $209.19 | $60,000.00 |
| 35 | 67 | $129.30 | $230.85 | $60,000.00 |

*Scheduled premiums may change, but they will not increase beyond the maximum premiums.  See Part 4, Premium Provisions.

POLICY SPECIFICATIONS (CONT'D)

TABLE A (CONT'D)
MONTHLY PREMIUMS FOR BASIC POLICY CONTINUATION TO EXPIRY DATE

| POLICY YEARS | ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | FACE AMOUNT |
|---|---|---|---|---|
| 36 | 68 | $141.65 | $258.97 | $60,000.00 |
| 37 | 69 | $155.23 | $298.40 | $60,000.00 |
| 38 | 70 | $183.07 | $339.72 | $60,000.00 |
| 39 | 71 | $198.27 | $380.76 | $60,000.00 |
| 40 | 72 | $213.37 | $423.13 | $60,000.00 |
| 41 | 73 | $231.33 | $474.72 | $60,000.00 |
| 42 | 74 | $251.66 | $535.42 | $60,000.00 |
| 43 | 75 | $273.89 | $604.11 | $60,000.00 |
| 44 | 76 | $297.45 | $679.44 | $60,000.00 |
| 45 | 77 | $321.86 | $760.48 | $60,000.00 |
| 46 | 78 | $347.13 | $847.02 | $60,000.00 |
| 47 | 79 | $373.92 | $941.64 | $60,000.00 |

*Scheduled premiums may change, but they will not increase beyond the maximum premiums. See Part 4, Premium Provisions.

### RIDER SPECIFICATIONS

POLICY NUMBER:      0431595869      INSURED SPOUSE:  EMMA J SMITH

RIDER ISSUE AGE:  39              RIDER DATE OF ISSUE:  MAY 12, 2006

RIDER FACE
     AMOUNT:       $200,000       RIDER DATE:          JULY 25, 2003

PREMIUM CLASS:    STANDARD/        RIDER EXPIRY DATE:  JULY 25, 2044
                  NON-TOBACCO USE

| FORM NUMBER | PLAN NAME | RIDER FACE AMOUNT | SCHEDULED ANNUAL PREMIUMS* YEARS 1-20 |
|---|---|---|---|
| B-20SB | SPOUSE TERM INSURANCE RIDER | $200,000 | $376.00 |

*The Scheduled Annual Premiums shown above are guaranteed for the years for
which premium amounts are shown.  Premium guarantees shown above beyond the
first 5 years are provided by the Extension of Scheduled Premium Guarantee
Rider.  The premiums for the premium payment option You chose are shown on
Rider Page 3A and explained in the Premium Changes Provisions.

     B-20SB                    Rider Page 3                    3.99

RIDER SPECIFICATIONS (CONT'D)

TABLE A
MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 01 | 39 | $35.72 | $35.72 | $200,000.00 |
| 02 | 40 | $35.72 | $35.72 | $200,000.00 |
| 03 | 41 | $35.72 | $35.72 | $200,000.00 |
| 04 | 42 | $35.72 | $35.72 | $200,000.00 |
| 05 | 43 | $35.72 | $35.72 | $200,000.00 |
| 06 | 44 | $35.72 | $35.72 | $200,000.00 |
| 07 | 45 | $35.72 | $35.72 | $200,000.00 |
| 08 | 46 | $35.72 | $35.72 | $200,000.00 |
| 09 | 47 | $35.72 | $35.72 | $200,000.00 |
| 10 | 48 | $35.72 | $35.72 | $200,000.00 |
| 11 | 49 | $35.72 | $35.72 | $200,000.00 |
| 12 | 50 | $35.72 | $35.72 | $200,000.00 |
| 13 | 51 | $35.72 | $35.72 | $200,000.00 |
| 14 | 52 | $35.72 | $35.72 | $200,000.00 |
| 15 | 53 | $35.72 | $35.72 | $200,000.00 |
| 16 | 54 | $35.72 | $35.72 | $200,000.00 |
| 17 | 55 | $35.72 | $35.72 | $200,000.00 |
| 18 | 56 | $35.72 | $35.72 | $200,000.00 |
| 19 | 57 | $35.72 | $35.72 | $200,000.00 |
| 20 | 58 | $35.72 | $35.72 | $200,000.00 |
| 21 | 59 | $175.37 | $434.91 | $200,000.00 |
| 22 | 60 | $175.37 | $434.91 | $200,000.00 |
| 23 | 61 | $175.37 | $434.91 | $200,000.00 |
| 24 | 62 | $175.37 | $434.91 | $200,000.00 |
| 25 | 63 | $175.37 | $434.91 | $200,000.00 |
| 26 | 64 | $321.29 | $749.17 | $200,000.00 |
| 27 | 65 | $321.29 | $749.17 | $200,000.00 |
| 28 | 66 | $321.29 | $749.17 | $200,000.00 |
| 29 | 67 | $321.29 | $749.17 | $200,000.00 |
| 30 | 68 | $321.29 | $749.17 | $200,000.00 |
| 31 | 69 | $491.72 | $1,090.41 | $200,000.00 |
| 32 | 70 | $583.30 | $1,105.42 | $200,000.00 |
| 33 | 71 | $633.84 | $1,242.22 | $200,000.00 |
| 34 | 72 | $684.38 | $1,383.39 | $200,000.00 |
| 35 | 73 | $744.04 | $1,555.34 | $200,000.00 |

*Scheduled premiums may change, but they will not increase beyond the
maximum premiums.  See Premium Changes Provisions.

B-20SB                          Rider Page 3A                          3.99

RIDER SPECIFICATIONS (CONT'D)

TABLE A (CONT'D)
MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 36 | 74 | $811.87 | $1,757.69 | $200,000.00 |
| 37 | 75 | $885.97 | $1,986.64 | $200,000.00 |
| 38 | 76 | $964.44 | $2,238.01 | $200,000.00 |
| 39 | 77 | $1,045.95 | $2,508.00 | $200,000.00 |
| 40 | 78 | $1,130.31 | $2,796.61 | $200,000.00 |
| 41 | 79 | $1,219.61 | $3,111.82 | $200,000.00 |

*Scheduled premiums may change, but they will not increase beyond the maximum premiums. See Premium Changes Provisions.

B-20SB                        Rider Page 3A (Cont'd)                        3.99

## RIDER SPECIFICATIONS

POLICY NUMBER:     0431595869        INSURED:  ERNEST R SMITH JR

RIDER ISSUE AGE:  36                 RIDER DATE OF ISSUE:  MAY 12, 2006

RIDER FACE
      AMOUNT:     $200,000           RIDER DATE:           JULY 25, 2003

PREMIUM CLASS:    STANDARD/          RIDER EXPIRY DATE:    JULY 25, 2047
                  NON-TOBACCO USE

| FORM NUMBER | PLAN NAME | RIDER FACE AMOUNT | SCHEDULED ANNUAL PREMIUMS* YEARS 1-20 |
|---|---|---|---|
| B-20IB | INSURED TERM INSURANCE RIDER | $200,000 | $306.00 |

*The Scheduled Annual Premiums shown above are guaranteed for the years for
which premium amounts are shown.  Premium guarantees shown above beyond the
first 5 years are provided by the Extension of Scheduled Premium Guarantee
Rider.  The premiums for the premium payment option You chose are shown on
Rider Page 3A and explained in the Premium Changes Provisions.

B-20IB                        Rider Page 3                          3.99

RIDER SPECIFICATIONS (CONT'D)

TABLE A
MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 01 | 36 | $29.07 | $29.07 | $200,000.00 |
| 02 | 37 | $29.07 | $29.07 | $200,000.00 |
| 03 | 38 | $29.07 | $29.07 | $200,000.00 |
| 04 | 39 | $29.07 | $29.07 | $200,000.00 |
| 05 | 40 | $29.07 | $29.07 | $200,000.00 |
| 06 | 41 | $29.07 | $29.07 | $200,000.00 |
| 07 | 42 | $29.07 | $29.07 | $200,000.00 |
| 08 | 43 | $29.07 | $29.07 | $200,000.00 |
| 09 | 44 | $29.07 | $29.07 | $200,000.00 |
| 10 | 45 | $29.07 | $29.07 | $200,000.00 |
| 11 | 46 | $29.07 | $29.07 | $200,000.00 |
| 12 | 47 | $29.07 | $29.07 | $200,000.00 |
| 13 | 48 | $29.07 | $29.07 | $200,000.00 |
| 14 | 49 | $29.07 | $29.07 | $200,000.00 |
| 15 | 50 | $29.07 | $29.07 | $200,000.00 |
| 16 | 51 | $29.07 | $29.07 | $200,000.00 |
| 17 | 52 | $29.07 | $29.07 | $200,000.00 |
| 18 | 53 | $29.07 | $29.07 | $200,000.00 |
| 19 | 54 | $29.07 | $29.07 | $200,000.00 |
| 20 | 55 | $29.07 | $29.07 | $200,000.00 |
| 21 | 56 | $126.35 | $318.44 | $200,000.00 |
| 22 | 57 | $126.35 | $318.44 | $200,000.00 |
| 23 | 58 | $126.35 | $318.44 | $200,000.00 |
| 24 | 59 | $126.35 | $318.44 | $200,000.00 |
| 25 | 60 | $126.35 | $318.44 | $200,000.00 |
| 26 | 61 | $229.33 | $541.31 | $200,000.00 |
| 27 | 62 | $229.33 | $541.31 | $200,000.00 |
| 28 | 63 | $229.33 | $541.31 | $200,000.00 |
| 29 | 64 | $229.33 | $541.31 | $200,000.00 |
| 30 | 65 | $229.33 | $541.31 | $200,000.00 |
| 31 | 66 | $384.56 | $880.08 | $200,000.00 |
| 32 | 67 | $384.56 | $880.08 | $200,000.00 |
| 33 | 68 | $384.56 | $880.08 | $200,000.00 |
| 34 | 69 | $384.56 | $880.08 | $200,000.00 |
| 35 | 70 | $583.30 | $1,105.42 | $200,000.00 |

*Scheduled premiums may change, but they will not increase beyond the
maximum premiums.  See Premium Changes Provisions.

B-201B                          Rider Page 3A                        3.99

RIDER SPECIFICATIONS (CONT'D)

TABLE A (CONT'D)
MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 36 | 71 | $633.84 | $1,242.22 | $200,000.00 |
| 37 | 72 | $684.38 | $1,383.39 | $200,000.00 |
| 38 | 73 | $744.04 | $1,555.34 | $200,000.00 |
| 39 | 74 | $811.87 | $1,757.69 | $200,000.00 |
| 40 | 75 | $885.97 | $1,986.64 | $200,000.00 |
| 41 | 76 | $964.44 | $2,238.01 | $200,000.00 |
| 42 | 77 | $1,045.95 | $2,508.00 | $200,000.00 |
| 43 | 78 | $1,130.31 | $2,796.61 | $200,000.00 |
| 44 | 79 | $1,219.61 | $3,111.82 | $200,000.00 |

*Scheduled premiums may change, but they will not increase beyond the
maximum premiums.  See Premium Changes Provisions.

B-20IB                    Rider Page 3A (Cont'd)                    3.99

## RIDER SPECIFICATIONS

POLICY NUMBER:      0431595869      INSURED SPOUSE:   EMMA J SMITH

RIDER ISSUE AGE:   37              RIDER DATE OF ISSUE:   MAY 12, 2006

INITIAL RIDER
     FACE AMOUNT: $100,000         RIDER DATE:            APRIL 25, 2001

PREMIUM CLASS:      STANDARD/       RIDER EXPIRY DATE:    APRIL 25, 2044
                    NON-TOBACCO USE

| FORM NUMBER | PLAN NAME | INITIAL RIDER FACE AMOUNT | SCHEDULED ANNUAL PREMIUMS* YEARS 1-20 |
|---|---|---|---|
| C-25S | SPOUSE TERM INSURANCE RIDER | $100,000 | $188.00 |

*The Scheduled Annual Premiums shown above are guaranteed for the years for which premium amounts are shown.  Premium guarantees shown above beyond the first 5 years are provided by the Extension of Scheduled Premium Guarantee Rider.  The premiums for the premium payment option You chose are shown on Rider Page 3A and explained in the Premium Changes Provisions.

C-25S                          Rider Page 3                          2.97

RIDER SPECIFICATIONS (CONT'D)

TABLE A
MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 01 | 37 | $17.86 | $17.86 | $100,000.00 |
| 02 | 38 | $17.86 | $17.86 | $100,000.00 |
| 03 | 39 | $17.86 | $17.86 | $100,000.00 |
| 04 | 40 | $17.86 | $17.86 | $100,000.00 |
| 05 | 41 | $17.86 | $17.86 | $100,000.00 |
| 06 | 42 | $17.86 | $17.86 | $100,000.00 |
| 07 | 43 | $17.86 | $17.86 | $100,000.00 |
| 08 | 44 | $17.86 | $17.86 | $100,000.00 |
| 09 | 45 | $17.86 | $17.86 | $100,000.00 |
| 10 | 46 | $17.86 | $17.86 | $100,000.00 |
| 11 | 47 | $17.86 | $17.86 | $100,000.00 |
| 12 | 48 | $17.86 | $17.86 | $100,000.00 |
| 13 | 49 | $17.86 | $17.86 | $100,000.00 |
| 14 | 50 | $17.86 | $17.86 | $100,000.00 |
| 15 | 51 | $17.86 | $17.86 | $100,000.00 |
| 16 | 52 | $17.86 | $17.86 | $100,000.00 |
| 17 | 53 | $17.86 | $17.86 | $100,000.00 |
| 18 | 54 | $17.86 | $17.86 | $100,000.00 |
| 19 | 55 | $17.86 | $17.86 | $100,000.00 |
| 20 | 56 | $17.86 | $17.86 | $100,000.00 |
| 21 | 57 | $17.86 | $87.02 | $100,000.00 |
| 22 | 58 | $17.86 | $87.02 | $100,000.00 |
| 23 | 59 | $17.86 | $87.02 | $100,000.00 |
| 24 | 60 | $17.86 | $87.02 | $100,000.00 |
| 25 | 61 | $17.86 | $87.02 | $100,000.00 |
| 26 | 62 | $17.86 | $87.02 | $92,000.00 |
| 27 | 63 | $17.86 | $87.02 | $84,000.00 |
| 28 | 64 | $17.86 | $87.02 | $76,000.00 |
| 29 | 65 | $125.31 | $228.67 | $76,000.00 |
| 30 | 66 | $138.80 | $254.70 | $76,000.00 |
| 31 | 67 | $153.52 | $282.15 | $76,000.00 |
| 32 | 68 | $169.20 | $317.78 | $76,000.00 |
| 33 | 69 | $186.39 | $367.75 | $76,000.00 |
| 34 | 70 | $221.64 | $420.09 | $76,000.00 |
| 35 | 71 | $240.83 | $472.06 | $76,000.00 |

*Scheduled premiums may change, but they will not increase beyond the
maximum premiums.  See Premium Changes Provisions.

C-25S                          Rider Page 3A                        2.97

RIDER SPECIFICATIONS (CONT'D)

### TABLE A (CONT'D)
MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 36 | 72 | $260.11 | $525.73 | $76,000.00 |
| 37 | 73 | $282.72 | $591.00 | $76,000.00 |
| 38 | 74 | $308.47 | $667.95 | $76,000.00 |
| 39 | 75 | $336.68 | $754.97 | $76,000.00 |
| 40 | 76 | $366.51 | $850.44 | $76,000.00 |
| 41 | 77 | $397.48 | $953.04 | $76,000.00 |
| 42 | 78 | $429.50 | $1,062.67 | $76,000.00 |
| 43 | 79 | $463.41 | $1,182.47 | $76,000.00 |

*Scheduled premiums may change, but they will not increase beyond the
maximum premiums.  See Premium Changes Provisions.
C-25S                     Rider Page 3A (Cont'd)                    2.97

RIDER SPECIFICATIONS

| FORM NUMBER | PLAN NAME | RIDER FACE AMOUNT | SCHEDULED ANNUAL PREMIUM* |
|---|---|---|---|
| CH-25 | CHILDRENS TERM INS. RIDER TO AGE 25 | $10,000 | $65.00 |

*The Scheduled Annual Premium shown above is guaranteed for the First
Rider Year. Subsequent premiums are also guaranteed and are shown
on Rider Page 3A.

RIDER SCHEDULE

POLICY NUMBER:          0431595869

INSURED:               ERNEST R SMITH JR

DATE OF ISSUE:         MAY 12, 2006

RIDER FACE AMOUNT:     $10,000

RIDER DATE:            APRIL 25, 2001

RIDER EXPIRY DATE:     APRIL 25, 2048

INSURED CHILDREN:      SEE RIDER
                       Rider Page 3

CH-25                                                    2.97

RIDER SPECIFICATIONS (CONT'D)

TABLE A
MONTHLY PREMIUMS FOR CHILDRENS TERM INSURANCE TO AGE 25 RIDER

| RIDER YEARS | SCHEDULED MONTHLY PREMIUMS | MAXIMUM MONTHLY PREMIUMS |
|---|---|---|
| 2 AND LATER | $6.18 | $6.18 |

CH-25                          Rider Page 3A                                    2.97

RIDER SPECIFICATIONS
_____

| FORM<br>NUMBER | PLAN NAME | SCHEDULED<br>ANNUAL<br>PREMIUM* |
|---|---|---|
| DWP | DISABILITY WAIVER OF PREMIUM | SEE RIDER PAGE 3A |

*The Scheduled Annual Premium shown above is guaranteed for the First
Rider Year. Subsequent premiums are also guaranteed and are shown
on Page 3A.

RIDER SCHEDULE

POLICY NUMBER:        0431595869

INSURED:             ERNEST R SMITH JR

DATE OF ISSUE:       MAY 12, 2006

RIDER EXPIRY DATE:   APRIL 25, 2028

RIDER DATE:          APRIL 25, 2001

DWP                  Rider Page 3                                    2.97

RIDER SPECIFICATIONS (CONT'D)

TABLE A
MONTHLY PREMIUMS FOR DISABILITY WAIVER OF PREMIUM BENEFIT RIDER

| RIDER YEARS | SCHEDULED MONTHLY PREMIUMS | MAXIMUM MONTHLY PREMIUMS |
|---|---|---|
| 2 | N/A | N/A |
| 3 | N/A | N/A |
| 4 | N/A | N/A |
| 5 | N/A | N/A |
| 6 * | $19.45 | $19.45 |
| 7 | $19.45 | $19.45 |
| 8 | $19.45 | $19.45 |
| 9 | $19.45 | $19.45 |
| 10 | $19.45 | $19.45 |
| 11 | $19.45 | $19.45 |
| 12 | $19.45 | $19.45 |
| 13 | $19.45 | $19.45 |
| 14 | $19.45 | $19.45 |
| 15 | $19.45 | $19.45 |
| 16 | $19.45 | $19.45 |
| 17 | $19.45 | $19.45 |
| 18 | $19.45 | $19.45 |
| 19 | $20.92 | $20.92 |
| 20 | $28.28 | $28.28 |
| 21 | $28.28 | $28.28 |
| 22 | $28.28 | $28.28 |
| 23 | $62.78 | $62.78 |
| 24 | $76.19 | $76.19 |
| 25 | $108.74 | $108.74 |
| 26 | $177.57 | $177.57 |
| 27 | $177.57 | $177.57 |

* NOTE: THIS PREMIUM IS PAYABLE UNTIL THE NEXT POLICY ANNIVERSARY SINCE
ADDITIONAL COVERAGE WAS ADDED AFTER ORIGINAL POLICY ISSUE.

DWP                              Rider Page 3A                              2.97

## RIDER SPECIFICATIONS

POLICY NUMBER:     0431595869          INSURED:   ERNEST R SMITH JR

RIDER ISSUE AGE:   38                  RIDER DATE OF ISSUE:  MAY 12, 2006

RIDER FACE
      AMOUNT:      $350,000            RIDER DATE:           JANUARY 25, 2006

PREMIUM CLASS:     STANDARD/           RIDER EXPIRY DATE:    APRIL 25, 2048
                   NON-TOBACCO USE

| FORM NUMBER | PLAN NAME | RIDER FACE AMOUNT | SCHEDULED ANNUAL PREMIUMS* YEARS 1-20 |
|---|---|---|---|
| C4-I20TX | INSURED TERM INSURANCE RIDER | $350,000 | $511.00 |

*The Scheduled Annual Premiums shown above are guaranteed for the years for
which premium amounts are shown.  All premiums for the premium payment option
You chose are shown on Rider Page 3A and explained in the Premium Changes
by Company provision.

RIDER SPECIFICATIONS (CONT'D)

TABLE A
MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | GUARANTEED MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 01 | 38 | $48.55 | $48.55 | $350,000.00 |
| 02 | 39 | $48.55 | $48.55 | $350,000.00 |
| 03 | 40 | $48.55 | $48.55 | $350,000.00 |
| 04 | 41 | $48.55 | $48.55 | $350,000.00 |
| 05 | 42 | $48.55 | $48.55 | $350,000.00 |
| 06 | 43 | $48.55 | $48.55 | $350,000.00 |
| 07 | 44 | $48.55 | $48.55 | $350,000.00 |
| 08 | 45 | $48.55 | $48.55 | $350,000.00 |
| 09 | 46 | $48.55 | $48.55 | $350,000.00 |
| 10 | 47 | $48.55 | $48.55 | $350,000.00 |
| 11 | 48 | $48.55 | $48.55 | $350,000.00 |
| 12 | 49 | $48.55 | $48.55 | $350,000.00 |
| 13 | 50 | $48.55 | $48.55 | $350,000.00 |
| 14 | 51 | $48.55 | $48.55 | $350,000.00 |
| 15 | 52 | $48.55 | $48.55 | $350,000.00 |
| 16 | 53 | $48.55 | $48.55 | $350,000.00 |
| 17 | 54 | $48.55 | $48.55 | $350,000.00 |
| 18 | 55 | $48.55 | $48.55 | $350,000.00 |
| 19 | 56 | $48.55 | $48.55 | $350,000.00 |
| 20 | 57 | $48.55 | $48.55 | $350,000.00 |
| 21 | 58 | $310.89 | $514.05 | $350,000.00 |
| 22 | 59 | $310.89 | $514.05 | $350,000.00 |
| 23 | 60 | $310.89 | $514.05 | $350,000.00 |
| 24 | 61 | $310.89 | $514.05 | $350,000.00 |
| 25 | 62 | $310.89 | $514.05 | $350,000.00 |
| 26 | 63 | $508.06 | $854.86 | $350,000.00 |
| 27 | 64 | $508.06 | $854.86 | $350,000.00 |
| 28 | 65 | $508.06 | $854.86 | $350,000.00 |
| 29 | 66 | $508.06 | $854.86 | $350,000.00 |
| 30 | 67 | $508.06 | $854.86 | $350,000.00 |
| 31 | 68 | $713.22 | $1,215.29 | $350,000.00 |
| 32 | 69 | $713.22 | $1,215.29 | $350,000.00 |
| 33 | 70 | $801.99 | $1,408.14 | $350,000.00 |
| 34 | 71 | $881.13 | $1,582.04 | $350,000.00 |
| 35 | 72 | $965.25 | $1,730.67 | $350,000.00 |
| 36 | 73 | $1,056.69 | $1,928.84 | $350,000.00 |
| 37 | 74 | $1,156.77 | $2,151.94 | $350,000.00 |
| 38 | 75 | $1,267.49 | $2,391.01 | $350,000.00 |
| 39 | 76 | $1,389.85 | $2,645.37 | $350,000.00 |
| 40 | 77 | $1,524.85 | $2,913.04 | $350,000.00 |

*Scheduled premiums may change, but they will not increase above the guaranteed maximum premiums.  See Premium Changes by Company provision.

C4-I20TX                          Rider Page 3A                          3.03

RIDER SPECIFICATIONS (CONT'D)

TABLE A (CONT'D)
MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | GUARANTEED MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 41 | 78 | $1,672.81 | $3,190.67 | $350,000.00 |
| 42 | 79 | $1,833.41 | $3,485.60 | $350,000.00 |

*Scheduled premiums may change, but they will not increase above the
guaranteed maximum premiums.  See Premium Changes by Company provision.

C4-I20TX                      Rider Page 3A (Cont'd)                    3.03

## RIDER SPECIFICATIONS

POLICY NUMBER:      0431595869      INSURED SPOUSE:   EMMA J SMITH

RIDER ISSUE AGE:   42              RIDER DATE OF ISSUE:   MAY 12, 2006

RIDER FACE
     AMOUNT:      $250,000        RIDER DATE:        JANUARY 25, 2006

PREMIUM CLASS:     STANDARD/       RIDER EXPIRY DATE:   APRIL 25, 2048
            NON-TOBACCO USE

| FORM NUMBER | PLAN NAME | RIDER FACE AMOUNT | SCHEDULED ANNUAL PREMIUMS* YEARS 1-20 |
|---|---|---|---|
| C4-S20TX | SPOUSE TERM INSURANCE RIDER | $250,000 | $480.00 |

*The Scheduled Annual Premiums shown above are guaranteed for the years for
which premium amounts are shown.  All premiums for the premium payment option
You chose are shown on Rider Page 3A and explained in the Premium Changes
by Company provision.
    C4-S20TX                    Rider Page 3                        3.03

RIDER SPECIFICATIONS (CONT'D)

TABLE A

MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | GUARANTEED MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 01 | 42 | $45.60 | $45.60 | $250,000.00 |
| 02 | 43 | $45.60 | $45.60 | $250,000.00 |
| 03 | 44 | $45.60 | $45.60 | $250,000.00 |
| 04 | 45 | $45.60 | $45.60 | $250,000.00 |
| 05 | 46 | $45.60 | $45.60 | $250,000.00 |
| 06 | 47 | $45.60 | $45.60 | $250,000.00 |
| 07 | 48 | $45.60 | $45.60 | $250,000.00 |
| 08 | 49 | $45.60 | $45.60 | $250,000.00 |
| 09 | 50 | $45.60 | $45.60 | $250,000.00 |
| 10 | 51 | $45.60 | $45.60 | $250,000.00 |
| 11 | 52 | $45.60 | $45.60 | $250,000.00 |
| 12 | 53 | $45.60 | $45.60 | $250,000.00 |
| 13 | 54 | $45.60 | $45.60 | $250,000.00 |
| 14 | 55 | $45.60 | $45.60 | $250,000.00 |
| 15 | 56 | $45.60 | $45.60 | $250,000.00 |
| 16 | 57 | $45.60 | $45.60 | $250,000.00 |
| 17 | 58 | $45.60 | $45.60 | $250,000.00 |
| 18 | 59 | $45.60 | $45.60 | $250,000.00 |
| 19 | 60 | $45.60 | $45.60 | $250,000.00 |
| 20 | 61 | $45.60 | $45.60 | $250,000.00 |
| 21 | 62 | $329.42 | $551.00 | $250,000.00 |
| 22 | 63 | $329.42 | $551.00 | $250,000.00 |
| 23 | 64 | $329.42 | $551.00 | $250,000.00 |
| 24 | 65 | $329.42 | $551.00 | $250,000.00 |
| 25 | 66 | $329.42 | $551.00 | $250,000.00 |
| 26 | 67 | $485.22 | $826.27 | $250,000.00 |
| 27 | 68 | $485.22 | $826.27 | $250,000.00 |
| 28 | 69 | $485.22 | $826.27 | $250,000.00 |
| 29 | 70 | $572.85 | $1,005.82 | $250,000.00 |
| 30 | 71 | $629.38 | $1,130.03 | $250,000.00 |
| 31 | 72 | $689.47 | $1,236.19 | $250,000.00 |
| 32 | 73 | $754.78 | $1,377.74 | $250,000.00 |
| 33 | 74 | $826.27 | $1,537.10 | $250,000.00 |
| 34 | 75 | $905.35 | $1,707.87 | $250,000.00 |
| 35 | 76 | $992.75 | $1,889.55 | $250,000.00 |
| 36 | 77 | $1,089.18 | $2,080.74 | $250,000.00 |
| 37 | 78 | $1,194.87 | $2,279.05 | $250,000.00 |
| 38 | 79 | $1,309.58 | $2,489.72 | $250,000.00 |
| 39 | 80 | $1,433.55 | $2,720.57 | $250,000.00 |
| 40 | 81 | $1,566.79 | $2,977.54 | $250,000.00 |

*Scheduled premiums may change, but they will not increase above the guaranteed maximum premiums. See Premium Changes by Company provision.

C4-S20TX                          Rider Page 3A                              3.03

RIDER SPECIFICATIONS (CONT'D)

TABLE A (CONT'D)
MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | GUARANTEED MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 41 | 82 | $1,707.63 | $3,268.00 | $250,000.00 |
| 42 | 83 | $1,856.78 | $3,595.28 | $250,000.00 |

*Scheduled premiums may change, but they will not increase above the guaranteed maximum premiums.  See Premium Changes by Company provision.

C4-S20TX                     Rider Page 3A (Cont'd)                     3.03

## RIDER SPECIFICATIONS

POLICY NUMBER:   0431595869        INSURED:   ERNEST R SMITH JR

RIDER ISSUE AGE:  37               RIDER DATE OF ISSUE:  MAY 12, 2006

RIDER FACE
    AMOUNT:      $150,000        RIDER DATE:         FEBRUARY 25, 2005

PREMIUM CLASS:    STANDARD/        RIDER EXPIRY DATE:  APRIL 25, 2048
                  NON-TOBACCO USE

| FORM NUMBER | PLAN NAME | RIDER FACE AMOUNT | SCHEDULED ANNUAL PREMIUMS* YEARS 1-15 |
|---|---|---|---|
| C4-I15 | INSURED TERM INSURANCE RIDER | $150,000 | $174.00 |

*The Scheduled Annual Premiums shown above are guaranteed for the years for
which premium amounts are shown.  All premiums for the premium payment option
You chose are shown on Rider Page 3A and explained in the Premium Changes
by Company provision.

C4-I15                       Rider Page 3                      2.03

RIDER SPECIFICATIONS (CONT'D)

TABLE A
MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 01 | 37 | $16.53 | $16.53 | $150,000.00 |
| 02 | 38 | $16.53 | $16.53 | $150,000.00 |
| 03 | 39 | $16.53 | $16.53 | $150,000.00 |
| 04 | 40 | $16.53 | $16.53 | $150,000.00 |
| 05 | 41 | $16.53 | $16.53 | $150,000.00 |
| 06 | 42 | $16.53 | $16.53 | $150,000.00 |
| 07 | 43 | $16.53 | $16.53 | $150,000.00 |
| 08 | 44 | $16.53 | $16.53 | $150,000.00 |
| 09 | 45 | $16.53 | $16.53 | $150,000.00 |
| 10 | 46 | $16.53 | $16.53 | $150,000.00 |
| 11 | 47 | $16.53 | $16.53 | $150,000.00 |
| 12 | 48 | $16.53 | $16.53 | $150,000.00 |
| 13 | 49 | $16.53 | $16.53 | $150,000.00 |
| 14 | 50 | $16.53 | $16.53 | $150,000.00 |
| 15 | 51 | $16.53 | $16.53 | $150,000.00 |
| 16 | 52 | $73.82 | $123.69 | $150,000.00 |
| 17 | 53 | $73.82 | $123.69 | $150,000.00 |
| 18 | 54 | $73.82 | $123.69 | $150,000.00 |
| 19 | 55 | $73.82 | $123.69 | $150,000.00 |
| 20 | 56 | $73.82 | $123.69 | $150,000.00 |
| 21 | 57 | $120.42 | $199.93 | $150,000.00 |
| 22 | 58 | $120.42 | $199.93 | $150,000.00 |
| 23 | 59 | $120.42 | $199.93 | $150,000.00 |
| 24 | 60 | $120.42 | $199.93 | $150,000.00 |
| 25 | 61 | $120.42 | $199.93 | $150,000.00 |
| 26 | 62 | $197.65 | $330.60 | $150,000.00 |
| 27 | 63 | $197.65 | $330.60 | $150,000.00 |
| 28 | 64 | $197.65 | $330.60 | $150,000.00 |
| 29 | 65 | $197.65 | $330.60 | $150,000.00 |
| 30 | 66 | $197.65 | $330.60 | $150,000.00 |
| 31 | 67 | $291.13 | $495.76 | $150,000.00 |
| 32 | 68 | $291.13 | $495.76 | $150,000.00 |
| 33 | 69 | $291.13 | $495.76 | $150,000.00 |
| 34 | 70 | $343.71 | $603.49 | $150,000.00 |
| 35 | 71 | $377.63 | $678.02 | $150,000.00 |
| 36 | 72 | $413.68 | $741.72 | $150,000.00 |
| 37 | 73 | $452.87 | $826.65 | $150,000.00 |
| 38 | 74 | $495.76 | $922.26 | $150,000.00 |
| 39 | 75 | $543.21 | $1,024.72 | $150,000.00 |
| 40 | 76 | $595.65 | $1,133.73 | $150,000.00 |

*Scheduled premiums may change, but they will not increase above the
maximum premiums. See Premium Changes by Company provision.

C4-I15                          Rider Page 3A                          2.03

RIDER SPECIFICATIONS (CONT'D)

TABLE A (CONT'D)
MONTHLY PREMIUMS FOR RIDER CONTINUATION TO EXPIRY DATE

| RIDER YEARS | RIDER ATTAINED AGE | SCHEDULED MONTHLY PREMIUMS* | MAXIMUM MONTHLY PREMIUMS | RIDER FACE AMOUNT |
|---|---|---|---|---|
| 41 | 77 | $653.51 | $1,248.45 | $150,000.00 |
| 42 | 78 | $716.92 | $1,367.43 | $150,000.00 |
| 43 | 79 | $785.75 | $1,493.83 | $150,000.00 |

*Scheduled premiums may change, but they will not increase above the
maximum premiums.  See Premium Changes by Company provision.

C4-I15                    Rider Page 3A (Cont'd)                    2.03

PRIMERICA LIFE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

EXECUTIVE OFFICE: 3120 BRECKINRIDGE BLVD., DULUTH, GA 30099-0001, 1-800-257-4725

*** STATEMENT OF POLICY COST AND BENEFIT INFORMATION ***

DESCRIPTIVE TITLE (FORM NUMBER AND NAME)

```
BASIC POLICY: D-25        MODIFIED PREMIUM TERM LIFE INS
     RIDER(S): DWP        WAIVER OF PREMIUM
              C-25S       SPOUSE TERM INSURANCE RIDER
             *CH-25       CHILDRENS TERM INS. RIDER TO AGE 25
              B-20IB      INSURED TERM INSURANCE RIDER
              B-20SB      SPOUSE TERM INSURANCE RIDER
              C4-I15      INSURED TERM INSURANCE RIDER
              C4-I20TX    INSURED TERM INSURANCE RIDER
              C4-S20TX    SPOUSE TERM INSURANCE RIDER
```

** ILLUSTRATION OF PREMIUM AND BENEFIT PATTERNS **

*************************** POLICY YEARS ***************************

| FORM NUMBER | YEAR 1 PREMIUM BENEFIT | SCHEDULED | GUARANTEED | YEAR 2 PREMIUM BENEFIT | SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $477.00 | $477.00 | $100,000 | $201.00 | $201.00 |
| DWP | | SEE RIDER | SEE RIDER | | SEE RIDER | SEE RIDER |
| C-25S | $100,000 | $188.00 | $188.00 | $100,000 | $188.00 | $188.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $306.00 | $306.00 | $200,000 | $306.00 | $306.00 |
| B-20SB | $200,000 | $376.00 | $376.00 | $200,000 | $376.00 | $376.00 |
| C4-I15 | $150,000 | $174.00 | $174.00 | $150,000 | $174.00 | $174.00 |
| C4-I20TX | $350,000 | $511.00 | $511.00 | $350,000 | $511.00 | $511.00 |
| C4-S20TX | $250,000 | $480.00 | $480.00 | $250,000 | $480.00 | $480.00 |

| FORM NUMBER | YEAR 3 PREMIUM BENEFIT | SCHEDULED | GUARANTEED | YEAR 4 PREMIUM BENEFIT | SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $201.00 | $201.00 | $100,000 | $201.00 | $201.00 |
| DWP | | SEE RIDER | SEE RIDER | | SEE RIDER | SEE RIDER |
| C-25S | $100,000 | $188.00 | $188.00 | $100,000 | $188.00 | $188.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $306.00 | $306.00 | $200,000 | $306.00 | $306.00 |
| B-20SB | $200,000 | $376.00 | $376.00 | $200,000 | $376.00 | $376.00 |
| C4-I15 | $150,000 | $174.00 | $174.00 | $150,000 | $174.00 | $174.00 |
| C4-I20TX | $350,000 | $511.00 | $511.00 | $350,000 | $511.00 | $511.00 |
| C4-S20TX | $250,000 | $480.00 | $480.00 | $250,000 | $480.00 | $480.00 |

POLICY NUMBER:  31595869    INSURED:  ERNEST R SMITH JR
* RIDER BENEFITS CEASE FOR EACH INSURED CHILD WHO ATTAINS AGE 25

POLICY NUMBER:   31595869      INSURED:   ERNEST R SMITH JR

** ILLUSTRATION OF PREMIUM AND BENEFIT PATTERNS -- CONTINUED **

*********************** POLICY YEARS ***********************

| FORM NUMBER | YEAR 5 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 6 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $201.00 | $201.00 | $100,000 | $201.00 | $201.00 |
| DWP | | SEE RIDER | SEE RIDER | | SEE RIDER | SEE RIDER |
| C-25S | $100,000 | $188.00 | $188.00 | $100,000 | $188.00 | $188.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $306.00 | $306.00 | $200,000 | $306.00 | $306.00 |
| B-20SB | $200,000 | $376.00 | $376.00 | $200,000 | $376.00 | $376.00 |
| C4-I15 | $150,000 | $174.00 | $174.00 | $150,000 | $174.00 | $174.00 |
| C4-I20TX | $350,000 | $511.00 | $511.00 | $350,000 | $511.00 | $511.00 |
| C4-S20TX | $250,000 | $480.00 | $480.00 | $250,000 | $480.00 | $480.00 |

| FORM NUMBER | YEAR 7 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 8 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $201.00 | $201.00 | $100,000 | $201.00 | $201.00 |
| DWP | | SEE RIDER | SEE RIDER | | SEE RIDER | SEE RIDER |
| C-25S | $100,000 | $188.00 | $188.00 | $100,000 | $188.00 | $188.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $306.00 | $306.00 | $200,000 | $306.00 | $306.00 |
| B-20SB | $200,000 | $376.00 | $376.00 | $200,000 | $376.00 | $376.00 |
| C4-I15 | $150,000 | $174.00 | $174.00 | $150,000 | $174.00 | $174.00 |
| C4-I20TX | $350,000 | $511.00 | $511.00 | $350,000 | $511.00 | $511.00 |
| C4-S20TX | $250,000 | $480.00 | $480.00 | $250,000 | $480.00 | $480.00 |

| FORM NUMBER | YEAR 9 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 10 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $201.00 | $201.00 | $100,000 | $201.00 | $201.00 |
| DWP | | SEE RIDER | SEE RIDER | | SEE RIDER | SEE RIDER |
| C-25S | $100,000 | $188.00 | $188.00 | $100,000 | $188.00 | $188.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $306.00 | $306.00 | $200,000 | $306.00 | $306.00 |
| B-20SB | $200,000 | $376.00 | $376.00 | $200,000 | $376.00 | $376.00 |
| C4-I15 | $150,000 | $174.00 | $174.00 | $150,000 | $174.00 | $174.00 |
| C4-I20TX | $350,000 | $511.00 | $511.00 | $350,000 | $511.00 | $511.00 |
| C4-S20TX | $250,000 | $480.00 | $480.00 | $250,000 | $480.00 | $480.00 |

POLICY NUMBER:   31595869      INSURED:   ERNEST R SMITH JR

POLICY NUMBER:   31595869      INSURED:   ERNEST R SMITH JR

**   ILLUSTRATION OF PREMIUM AND BENEFIT PATTERNS -- CONTINUED **

*********************** POLICY YEARS ***********************

| FORM NUMBER | YEAR 11 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 12 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $201.00 | $201.00 | $100,000 | $201.00 | $201.00 |
| DWP | | SEE RIDER | SEE RIDER | | SEE RIDER | SEE RIDER |
| C-25S | $100,000 | $188.00 | $188.00 | $100,000 | $188.00 | $188.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $306.00 | $306.00 | $200,000 | $306.00 | $306.00 |
| B-20SB | $200,000 | $376.00 | $376.00 | $200,000 | $376.00 | $376.00 |
| C4-I15 | $150,000 | $174.00 | $174.00 | $150,000 | $174.00 | $174.00 |
| C4-I20TX | $350,000 | $511.00 | $511.00 | $350,000 | $511.00 | $511.00 |
| C4-S20TX | $250,000 | $480.00 | $480.00 | $250,000 | $480.00 | $480.00 |

| FORM NUMBER | YEAR 13 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 14 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $201.00 | $201.00 | $100,000 | $201.00 | $201.00 |
| DWP | | SEE RIDER | SEE RIDER | | SEE RIDER | SEE RIDER |
| C-25S | $100,000 | $188.00 | $188.00 | $100,000 | $188.00 | $188.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $306.00 | $306.00 | $200,000 | $306.00 | $306.00 |
| B-20SB | $200,000 | $376.00 | $376.00 | $200,000 | $376.00 | $376.00 |
| C4-I15 | $150,000 | $174.00 | $174.00 | $150,000 | $174.00 | $174.00 |
| C4-I20TX | $350,000 | $511.00 | $511.00 | $350,000 | $511.00 | $511.00 |
| C4-S20TX | $250,000 | $480.00 | $480.00 | $250,000 | $480.00 | $480.00 |

| FORM NUMBER | YEAR 15 BENEFIT | PREMIUM SCHEDULED | GUARANTEED | YEAR 16 BENEFIT | PREMIUM SCHEDULED | GUARANTEED |
|---|---|---|---|---|---|---|
| D-25 | $100,000 | $201.00 | $201.00 | $100,000 | $201.00 | $201.00 |
| DWP | | SEE RIDER | SEE RIDER | | SEE RIDER | SEE RIDER |
| C-25S | $100,000 | $188.00 | $188.00 | $100,000 | $188.00 | $188.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $306.00 | $306.00 | $200,000 | $306.00 | $306.00 |
| B-20SB | $200,000 | $376.00 | $376.00 | $200,000 | $376.00 | $376.00 |
| C4-I15 | $150,000 | $174.00 | $174.00 | $150,000 | $777.00 | $1,302.00 |
| C4-I20TX | $350,000 | $511.00 | $511.00 | $350,000 | $511.00 | $511.00 |
| C4-S20TX | $250,000 | $480.00 | $480.00 | $250,000 | $480.00 | $480.00 |

POLICY NUMBER:   31595869      INSURED:   ERNEST R SMITH JR

POLICY NUMBER:  31595869      INSURED:  ERNEST R SMITH JR

**  ILLUSTRATION OF PREMIUM AND BENEFIT PATTERNS -- CONTINUED  **

************************* POLICY YEARS *************************

| FORM | YEAR 17 | PREMIUM | | YEAR 18 | PREMIUM | |
|------|---------|---------|--|---------|---------|--|
| NUMBER | BENEFIT | SCHEDULED | GUARANTEED | BENEFIT | SCHEDULED | GUARANTEED |
| D-25 | $100,000 | $201.00 | $201.00 | $100,000 | $201.00 | $201.00 |
| DWP | | SEE RIDER | SEE RIDER | | SEE RIDER | SEE RIDER |
| C-25S | $100,000 | $188.00 | $188.00 | $100,000 | $188.00 | $188.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $306.00 | $306.00 | $200,000 | $306.00 | $306.00 |
| B-20SB | $200,000 | $376.00 | $376.00 | $200,000 | $376.00 | $376.00 |
| C4-I15 | $150,000 | $777.00 | $1,302.00 | $150,000 | $777.00 | $1,302.00 |
| C4-I20TX | $350,000 | $511.00 | $511.00 | $350,000 | $511.00 | $511.00 |
| C4-S20TX | $250,000 | $480.00 | $480.00 | $250,000 | $480.00 | $480.00 |

| FORM | YEAR 19 | PREMIUM | | YEAR 20 | PREMIUM | |
|------|---------|---------|--|---------|---------|--|
| NUMBER | BENEFIT | SCHEDULED | GUARANTEED | BENEFIT | SCHEDULED | GUARANTEED |
| D-25 | $100,000 | $201.00 | $201.00 | $100,000 | $201.00 | $201.00 |
| DWP | | SEE RIDER | SEE RIDER | | SEE RIDER | SEE RIDER |
| C-25S | $100,000 | $188.00 | $188.00 | $100,000 | $188.00 | $188.00 |
| CH-25 | $10,000 | $65.00 | $65.00 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $306.00 | $306.00 | $200,000 | $306.00 | $306.00 |
| B-20SB | $200,000 | $376.00 | $376.00 | $200,000 | $376.00 | $376.00 |
| C4-I15 | $150,000 | $777.00 | $1,302.00 | $150,000 | $777.00 | $1,302.00 |
| C4-I20TX | $350,000 | $511.00 | $511.00 | $350,000 | $511.00 | $511.00 |
| C4-S20TX | $250,000 | $480.00 | $480.00 | $250,000 | $480.00 | $480.00 |

| FORM | POLICY INSURED'S AGE 60 PREMIUM | | |
|------|---------|---------|---|
| NUMBER | BENEFIT | SCHEDULED | GUARANTEED |
| D-25 | $84,000 | $201.00 | $826.00 |
| C-25S | $76,000 | $188.00 | $916.00 |
| CH-25 | $10,000 | $65.00 | $65.00 |
| B-20IB | $200,000 | $2,414.00 | $5,698.00 |
| B-20SB | $200,000 | $3,382.00 | $7,886.00 |
| C4-I15 | $150,000 | $2,080.50 | $3,480.00 |
| C4-I20TX | $350,000 | $5,348.00 | $8,998.50 |
| C4-S20TX | $250,000 | $5,107.50 | $8,697.50 |

POLICY NUMBER:  31595869      INSURED:  ERNEST R SMITH JR

POLICY NUMBER:  31595869     INSURED:  ERNEST R SMITH JR

**  CASH SURRENDER VALUES  **
NONE

| | SCHEDULED BASIS | | GUARANTEED BASIS | |
|---|---|---|---|---|
| LIFE INSURANCE SURRENDER COST INDEX | 10 YEARS | 20 YEARS | 10 YEARS | 20 YEARS |
| D-25 | $2.35 | $2.22 | $2.35 | $2.22 |
| C-25S | $1.88 | $1.88 | $1.88 | $1.88 |
| B-20IB | $1.53 | $1.53 | $1.53 | $1.53 |
| B-20SB | $1.88 | $1.88 | $1.88 | $1.88 |
| C4-I15 | $1.16 | $1.83 | $1.16 | $2.42 |
| C4-I20TX | $1.46 | $1.46 | $1.46 | $1.46 |
| C4-S20TX | $1.92 | $1.92 | $1.92 | $1.92 |

| | 10 YEARS | 20 YEARS | 10 YEARS | 20 YEARS |
|---|---|---|---|---|
| LIFE INSURANCE NET PAYMENT COST INDEX | 10 YEARS | 20 YEARS | 10 YEARS | 20 YEARS |
| D-25 | $2.35 | $2.22 | $2.35 | $2.22 |
| C-25S | $1.88 | $1.88 | $1.88 | $1.88 |
| B-20IB | $1.53 | $1.53 | $1.53 | $1.53 |
| B-20SB | $1.88 | $1.88 | $1.88 | $1.88 |
| C4-I15 | $1.16 | $1.83 | $1.16 | $2.42 |
| C4-I20TX | $1.46 | $1.46 | $1.46 | $1.46 |
| C4-S20TX | $1.92 | $1.92 | $1.92 | $1.92 |

(INTEREST RATE = 5.00%)
AN EXPLANATION OF THE INTENDED USE OF THESE INDEXES
IS PROVIDED IN THE LIFE INSURANCE BUYER'S GUIDE.
RIGHT TO RETURN POLICY:  YOU MAY RETURN THIS POLICY FOR ANY REASON TO US
AT OUR EXECUTIVE OFFICES OR BRANCH OFFICE OR TO OUR REPRESENTATIVE WITHIN
20 DAYS AFTER IT IS RECEIVED.  IF RETURNED, IT WILL BE CONSIDERED VOID FROM
THE BEGINNING AND ANY PREMIUM PAID WILL BE REFUNDED.
THIS FORM IS NOT A CONTRACT.
IT IS INTENDED ONLY AS A SUMMARY OF THE POLICY PROVISIONS SHOWN.
IN ALL CASES, CONSULT YOUR POLICY FOR FULL DETAILS.

AGENT NAME
ADDRESS