# STATE OF LOUISIANA
## CERTIFICATE OF DEATH
### THIS RECORD IS VALID FOR DEATH ONLY

**File No.:** 1136472
**Birth No.:** 5162914

**DECEDENT**
- 1A. Last Name of Decedent: Smith, Jr.
- 1B. First Name: Ernest
- 1C. Middle Name: Rodney
- 2A. Date of Death: April 12, 2006
- 2B. Hour of Death: 1:55 PM
- 3. Sex: Male
- 4. Race: Black
- 5. Marital Status: Married
- 6. Surviving Spouse: Emma Jean Judge
- 7. Date of Birth: January 5, 1968
- 8A. Age Years: 38
- 9. Birthplace: Houston, Texas
- 10. Usual Occupation: Pastor
- 11. Kind of Business/Industry: Religion
- 12. Of Hispanic Origin?: No
- 13. Ever in U.S. Armed Forces?: Yes
- 14. Social Security Number: -6869
- 15. Decedent's Education: College 2

**PLACE OF DEATH**
- 16A. Place of Death: Residence
- 16B. Name of Facility: 11700 Roger Drive apt. D
- 16C. Place of Death in City Limits: Yes
- 17A. City, Town or Location of Death: New Orleans
- 17B. Parish of Death: Orleans

**RESIDENCE**
- 18A. Street Address: 10700 Roger Drive Apt. D
- 18B. Parish of Residence: Orleans
- 18C. State of Residence: Louisiana
- 18D. Usual Residence of Decedent: New Orleans
- 18E. Zip Code: 70127
- 18F. Residence Inside City Limits: Yes

**PARENTS**
- 19A. Father's Last Name: Smith, Sr.
- First: Ernest
- Middle: Rodney
- 19B. Father's Place of Birth: New Orleans
- 19C. State: LA
- 20A. Mother's Maiden Name: Savage
- First: Robena
- Middle: Kelly
- 20B. Mother's Place of Birth: New Orleans
- 20C. State: LA

**INFORMANT**
- 21A. Type or Print Name of Informant: Emma Smith
- 21B. Informant's Address: 10700 Roger Drive Apt. D, New Orleans, Louisiana 70127
- 21C. Date: 4/14/2006

**DISPOSITION**
- 22A. Method of Disposition: Burial
- 22B. Date Thereof: 4/22/2006
- 22C. Name and Location of Cemetery or Crematorium: Floral Hills Cemetery, Gulfport, Mississippi
- 23A. Signature and Address of Funeral Director: Professional Funeral Services, Inc., 1620 Elysian Fields Avenue, New Orleans, Louisiana 70117
- 23B. Facility Number: 2642
- 23C. License Number: E-2431

**REGISTRAR**
- 25A. Burial Transit Permit: S-263590
- 25B. Parish of Issue: Jefferson
- 25C. Date of Issue: 4/12/06
- 26. Signature of Local Registrar: Sally Silvein/D.D.

**MANNER OF DEATH**
- 27. Manner of Death: Homicide
- 28A. Date of Injury: April 12, 2006
- 28B. Time of Injury: Unknown
- 28C. Injury at Work: No
- 28D. Describe How Injury Occurred: Shooting
- 28E. Place of Injury: by Staircase
- 28F. Location: 11700 Roger Drive, New Orleans, LA

**CERTIFIER**
- 29A. I Certify That I Attended the Decedent From: Orleans Parish Coroner's Office
- 29B. Signature of Physician or Coroner: Frank Minyard M.D./cq
- 29C. Date: 4-21-06
- 29D. Type or Print Name and Title of Physician or Coroner: Frank Minyard M.D., Coroner
- 29E. Address: 2612 Martin Luther King Blvd, NOLA 70113

**CAUSE OF DEATH**
- 30. Part I. Immediate Cause: Multiple Gunshot Wounds
- 32A. Was an Autopsy Performed?: Yes
- 32B. Were Autopsy Findings Available Prior to Completion of Cause of Death?: Yes

PHS 16 - (REV. 04/04)
OFFICE OF PUBLIC HEALTH - VITAL RECORDS REGISTRY

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA — R.S.40:32, ET SEQ.

Darlene W. Smith
ACTING STATE REGISTRAR

EXHIBIT F