# NEW ORLEANS POLICE DEPARTMENT

☒ INCIDENT REPORT
☐ SUPPLEMENTAL REPORT   PAGE 1 OF 8

**ITEM NUMBER:** D-11813-06

## EVENT

| SIGNAL | INCIDENT | DATE/TIME OCCURRED | DIST/ZONE/SUB | STATUS | BULLETIN REQUIRED |
|---|---|---|---|---|---|
| 30S | Homicide/Shooting | 4/12/06 11:32 PM | 7/07 | ☒ OPEN ☐ CLEARED BY ARREST ☐ CLEARED BY EXCEPT. ☐ WARRANT ISSUED ☐ UNFOUNDED | ☐ YES ☒ NO |

**LOCATION OF OCCURRENCE:** 10700 Roger Dr. Apt. D
**DATE/TIME OF REPORT:** 4/13/06 2:30 AM
**LIGHTING:** P

## VICTIM/REPORTING PERSON

☒ VICTIM  ☐ WITNESS  ☐ REPORTING PERSON  ☐ INTERVIEW

| Name | DOB | Race | Sex | Victim Type | Victim # |
|---|---|---|---|---|---|
| Smith, Ernest Jr. | 01/05/1968 | B | M | O | 1 |

| Home Address | Zip | Home Phone | SSN | Sobriety | Injury | Treated |
|---|---|---|---|---|---|---|
| 10700 Roger Dr. Apt. D | 70127 | X | 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 | X | O | X |

| Business Address | Zip | Business Phone | DL # | Occupation |
|---|---|---|---|---|
| X | X | X | UNK | X |

☐ VICTIM  ☐ WITNESS  ☒ REPORTING PERSON  ☐ INTERVIEW

| Name | DOB | Race | Sex | Victim Type | Victim # |
|---|---|---|---|---|---|
| Smith, Emma | 05/21/1964 | B | F | O | X |

| Home Address | Zip | Home Phone | SSN | Sobriety | Injury | Treated |
|---|---|---|---|---|---|---|
| 10700 Roger Dr. Apt. D | 70127 | 237-0035 | -4315 | S | N | X |

| Business Address | Zip | Business Phone | DL # | Occupation |
|---|---|---|---|---|
| 7045 Read Blvd. Suite 105 | 70127 | 241-7803 | 4315 | Clerk |

## OFFENDER NO. 1

☐ ARRESTED  ☒ WANTED  ☐ MISSING  ☐ RUNAWAY

| Name | DOB | Race | Sex | Height | Weight |
|---|---|---|---|---|---|
| Unknown | X | X | X | X | X |

| Home Address | Zip | Date/Time of Arrest | Arrest Credit | Sobriety | Injury | Treated |
|---|---|---|---|---|---|---|
| X | X | X | X | X | X | X |

| Arrest Location | SSN | DL # | Dist/Zone/Sub | Rights Waived Form # |
|---|---|---|---|---|
| X | -X- | X | X | X |

| Alias/Nickname | Magistrate Date/Time | Transported By | Unit |
|---|---|---|---|
| X | X | X | X |

**ARRESTEE ARMED AT TIME OF ARREST:** ☐ UNARMED ☐ SHOTGUN ☐ KNIFE ☐ AUTOMATIC ☐ HANDGUN ☐ RIFLE ☐ OTHER WEAPON ☐ SEMI-AUTOMATIC

**ARREST TYPE:** ☐ ON VIEW ☐ EXISTING WARRANT ☐ SUMMONS

**RESIDENT STATUS:** ☐ ORLEANS RESIDENT ☐ NON-RESIDENT

**JUVENILE DISPOSITION:** ☐ RELEASED TO PARENT ☐ HELD FOR COURT

**VICTIM # / RELATIONSHIP:** 1 / U

**CHARGES:** R.S. 14:30 Relative To 1ST DEGREE Murder

EXHIBIT G

## DESCRIPTION

01-BUILD / 02-ODDITIES / 03-SCARS / 04-TATTOOS / 05-APPAREL / 06-SPEECH
07-ACCENT / 08-FACIAL ODDITIES / 09-EYES / 10-NOSE / 11-TEETH / 12-HAIR COLOR / 13-HAIR STYLE / 14-FACIAL HAIR / 15-COMPLEXION

**ADDITIONAL DESCRIPTION:**

## CODES

**RACE:** W-White, B-Black, I-Amerind, A-Asian, U-Unknown
**VICTIM TYPE:** B-Business, F-Financial Inst., G-Government, L-Law Officer, R-Religious Org., S-Society, O-Orleans Resident, M-Metro Resident, N-Non Resident, U-Unknown
**SOBRIETY:** S-Sober, A-Alcohol, D-Drugs, U-Unknown
**INJURY:** B-Broken Bones, I-Internal Injury, L-Lacerations, M-Minor, O-Other Major, N-No Injury
**TREATED:** R-Refused, T-Treated, H-Hospitalized
**VICTIM RELATIONSHIP TO OFFENDER:** A-Spouse, B-Common Law, C-Parent, D-Offspring, E-Sibling, F-Grandparent, G-Grandchild, H-Other Family, I-Acquaintance, J-Neighbor, K-Employer, L-Employee, M-Boyfriend/Girlfriend, N-Stranger, O-Unknown

## ADM

| Detective | Badge | Crime Lab | EMS |
|---|---|---|---|
| Duzmal | 1730 | D. MELDER UNIT 5134 | GUILLEN/LATIMER |

| Reporting Officer | Badge | Reporting Officer | Badge | Supervisor |
|---|---|---|---|---|
| P/O I RANDI GRAY | 1569 | X | | |

This is to certify that the above is a true and correct copy of the official record on file at the New Orleans Police Department.
JUN 30 2006
Custodian of Records - New Orleans Police Department
NOT VALID WITHOUT DEPARTMENT SEAL