


*CITY OF NEW ORLEANS*

# DEPARTMENT OF POLICE

*P.O. Box 51480*
*New Orleans, LA 70151*

*"to protect and to serve"*
July 12, 2006

**C. RAY NAGIN**
*MAYOR*

**WARREN J. RILEY**
*SUPERINTENDENT*

2760

Ms. Connie Brooks, Case Manager
BROYLES Claim Decision Support, Inc.
850 Petty Road, NE, Suite "B"
Lawrenceville, GA 30043

RE: ERNEST SMITH, JR.
N.O.P.D. ITEM NO. D-11613-06

Dear Ms. Brooks:

It is understood that you are attempting to process a life insurance claim on Ernest Smith, Jr., who was murdered on 10700 Roger Drive in New Orleans, LA on March 4th, 2006.

Please be advised that the beneficiary, Emma Smith, wife of the deceased, cannot be ruled out as a suspect in the death of Ernest Smith.

Sincerely,

Detective Ron Ruiz
New Orleans Police Department

06 AUG -4 PM 2:19



EXHIBIT H

*A Nationally Accredited Law Enforcement Agency*