# PRIMERICA LIFE INSURANCE COMPANY

EXECUTIVE OFFICE:   3120 Breckinridge Boulevard   ●   Duluth, Georgia 30099-0001

FOR ASSISTANCE
CALL TOLL-FREE
1-888-893-9858

## CLAIMANT'S STATEMENT

0431595869

### *Please Attach a Certified Death Certificate*

*Please show all names the deceased was known by, including full name, maiden name, hyphenated name, nickname, derivative form of first and/or middle name, or any alias.*

1. Deceased's Name in Full   Ernest Rodney Smith Jr.

**EXHIBIT I**

2. Policy Numbers   0431595869

3. Deceased's Birth Date   1-5-68

   Source from which Birth Date Obtained   Birth Certificate

   Birth Certificate, Family Record, Other Record

4. Residence of Deceased at Death   10,700 Roger Dr Apt D   New Orleans LA 70127

   Street Address         City         State   Zip

5. Date of Death   4-12-06

   Place of Death   New Orleans

6. Cause of Death   Gun Shot

7. Your relationship to the Deceased   Wife

8. Employer of Deceased   NA

   Deceased's Occupation   Truck driver / Pastor

9. If deceased has insurance with other companies, list names of companies and amounts below:

| Names of Companies | Amounts |
|---|---|
| NA | |

10. Marital Status of Deceased   M

    Children of Deceased   ①

    Spouse's Name   Emma S. Smith

    Spouse's Address   2250 Gause Blvd Suit 510
    Slidell LA 70461

*The furnishing of this form or its acceptance by the Company must not be construed as an admission of any liability on the part of the Company, nor a waiver of any of the conditions of the insurance contract.*

The **Claimant Information** on the reverse side *must* be filled out completely in order to avoid any delay.

# CLAIMANT INFORMATION

All information in this section *must* be completed and *must* pertain to the Claimant (*the beneficiary*). Please complete the Claimant's name as it should appear on the Primerica Estate Account or check.

Name: Emma S. Smith
*Print Name as it should appear on Primerica Estate Account or check*

MB1

Permanent Address: 10,700 Roger Dr
*(Do not use a P.O. Box or in-care-of address)*

New Orleans — LA — 70127
*City* — *State* — *Zip*

Mailing Address: 2250 Cause Blvd Suite 51019
*(If different than above)*

Slidell — LA — 70461
*City* — *State* — *Zip*

Home Number: ( 601 ) 347-1747     Work Number: ( 504 ) 237-0035
*Area Code    Phone Number*                 *Area Code    Phone Number*

Claimant's Date of Birth: 5-21-64

# CLAIMANT W-9 INFORMATION    (*Must Be Completed*)

Social Security No. or Tax Id.: _____-4315

• Individual - Claimant's Social Security Number     • Estate - Estate Tax Id Number
• Guardianship - Child's Social Security Number      • Trust - Trust Tax Id Number

Under the penalties of perjury, I certify that: (1) The number shown on this form is my correct taxpayer identification number; and (2) I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report interest or dividends, or (c) that the IRS has notified me that I am no longer subject to backup withholding; and (3) I am a U.S. person (including a U.S. resident alien).

Certification Instructions. -- You must cross out item 2 if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature of Claimant  x *Emma Smith*

# PAYMENT METHOD FOR CLAIM PROCEEDS

Please be sure to review the payment method information found in the Claim Instructions Sheet. **Unless you choose another method, a Primerica Estate Account will automatically be established for you.**

Method or Option Selected _____
*If other than Primerica Estate*

**If the Primerica Estate Account is your payment method, your signature confirms acceptance of the attached Primerica Account Agreement, located on page 1A.**

# CLAIMANT'S SIGNATURE    (*Must Be Completed*)

Any person who knowingly and with intent to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

*I certify that all answers on this form (PLA-880) are correct and true.*

Signature of Claimant  x *Emma Smith*
*Sign name as printed above in the Claimant Information section*

Subscribed and sworn to before me this 24 day of April , 2006

Signature of Notary Public  x *Mary Crocker*

My Commission expires May 09, 2008

06 MAY 16 PM 3:02

PLA-880
1.04

3